JONATHAN A. SHAPIRO (SBN 257199)
*JShapiro@goodwinlaw.com*
**GOODWIN PROCTER LLP**
Three Embarcadero Center, 28TH Floor
San Francisco, CA 94111
Phone: +1 415 733 6000
Fax: +1 415 677 9041

Attorneys for Defendants:
CARIBOU BIOSCIENCES, INC., RACHEL E.
HAURWITZ, JASON V. O'BYRNE, RYAN
FISCHESSER, SCOTT BRAUNSTEIN, ANDREW
GUGGENHIME, JEFFREY LONG-MCGIE, AND
NATALIE R. SACKS

LAURENCE M. ROSEN (SBN 219683)
*lrosen@rosenlegal.com*
**THE ROSEN LAW FIRM, P.A.**
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684

Attorneys for Plaintiff:
RON BERGMAN

[*Additional counsel listed in signature block*]

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| RON BERGMAN, Individually and on Behalf of All Others Similarly Situated<br><br>Plaintiff,<br><br>v.<br><br>CARIBOU BIOSCIENCES, INC., RACHEL E. HAURWITZ, JASON V. O'BYRNE, RYAN FISCHESSER, SCOTT BRAUNSTEIN, ANDREW GUGGENHIME, JEFFREY LONG-MCGIE, and NATALIE R. SACKS,<br><br>Defendants. | Case No. 4:23-cv-01742-YGR<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT (CIV. L.R. 6-1); [PROPOSED] ORDER**<br><br>Date:      Tuesdays<br>Time:      2:00 ~~a.m.~~ p.m.<br>Courtroom: 1  (4TH Floor)<br>Judge:     Hon. Yvonne Gonzalez Rogers<br>          1301 Clay Street<br>          Oakland, CA 94612<br><br>Complaint filed:  April 11, 2023 |

Pursuant to Civil L.R. 6-1(a), Plaintiff Ron Bergman ("Plaintiff") and Defendants Caribou Biosciences, Inc., Rachel E. Haurwitz, Jason V. O'Byrne, Ryan Fischesser, Scott Braunstein, Andrew Guggenhime, Jeffrey Long-McGie, and Natalie R. Sacks (collectively, "Defendants"), by and through their undersigned counsel, hereby stipulate as follows:

WHEREAS, Plaintiff commenced the above-captioned action by filing a complaint on April 11, 2023. The complaint asserts claims under Sections 11 and 15 of the Securities Act of 1933 and Sections 10(b) and 20(a) of the Securities Exchange Act of 1934, and Rule 10b-5 promulgated thereunder, on behalf of a purported class;

WHEREAS, Defendants have waived service of the summons and complaint, subject to any defenses or objections that any Defendant may assert, including to the Court's jurisdiction and the venue of this action, all of which defenses and objections are hereby preserved, except a defense as to the sufficiency of service of the summons and complaint and the form of the summons;

WHEREAS, the claims brought against Defendants are governed by the Private Securities Litigation Reform Act of 1995 ("PSLRA"). Under the PSLRA, "not later than 60 days after the date on which the notice is published, any member of the purported class may move the court to serve as lead plaintiff of the purported class." 15 U.S.C. §§ 77z-1(a)(3)(A)(i)(II), 78u-4(a)(3)(A)(i)(II);

WHEREAS, on February 11, 2023, a notice was published on *GlobeNewswire* alerting investors to the pendency of a previously filed class action styled as *Greenhalgh v. Caribou Biosciences, Inc., et. al,* Case No. 3:23-cv-00609-VC (the "Greenhalgh Action") and informing them of the 60-day deadline to seek appointment as lead plaintiff, which was April 11, 2023;

WHEREAS, by entering into this Stipulation, Defendants take no position regarding Plaintiff's pending motion to consolidate the above-captioned action with the Greenhalgh Action, which was voluntarily dismissed and has been closed;

WHEREAS, given the possibility that the Court-appointed lead plaintiff may desire to file an amended complaint, the parties agree (i) that it would be inefficient and a waste of resources to require Defendants to respond to any complaint prior to the Court's appointment of lead plaintiff and the filing, if any, of an amended complaint by lead plaintiff, and (ii) that within fourteen (14) days after the appointment of lead plaintiff and approval of lead counsel, lead counsel and counsel

STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT;
ORDER                                                                  Case No. 4:23-CV-01742-YGR
1

for Defendants will confer and submit a proposed schedule for filing an amended complaint, if any, and Defendants' response to the operative complaint.

IT IS HEREBY STIPULATED AND AGREED by Plaintiff and Defendants, pursuant to Local Rule 6-1(a), to enlarge the time to respond to the complaint until the Court's appointment of lead plaintiff and the filing, if any, of an amended complaint by lead plaintiff.

IT IS FURTHER STIPULATED AND AGREED by Plaintiff and Defendants that within fourteen (14) days after the appointment of lead plaintiff and approval of lead counsel, lead counsel and counsel for Defendants will confer and submit a proposed schedule for filing an amended complaint, if any, and Defendants' response to the operative complaint.

**IT IS SO STIPULATED AND AGREED.**

Respectfully submitted,

Dated: May 5, 2023

By: /s/ *Jonathan A. Shapiro*
JONATHAN A. SHAPIRO (SBN 257199)
*JShapiro@goodwinlaw.com*
**GOODWIN PROCTER LLP**

Attorneys for Defendant
CARIBOU BIOSCIENCES, INC., RACHEL E. HAURWITZ, JASON V. O'BYRNE, RYAN FISCHESSER, SCOTT BRAUNSTEIN, ANDREW GUGGENHIME, JEFFREY LONG-MCGIE, AND NATALIE R. SACKS

Dated: May 5, 2023

By: /s/ *Laurence M. Rosen*
LAURENCE M. ROSEN (SBN 219683)
*lrosen@rosenlegal.com*
**THE ROSEN LAW FIRM, P.A.**

BRIAN SCHALL (SBN 290685)
*brian@schallfirm.com*
IVY T. NGO (SBN 249860)
*ivy@schallfirm.com*
RINA RESTAINO (SBN 285415)
*rina@schallfirm.com*
**THE SCHALL LAW FIRM**
2049 Century Park East
Los Angeles, CA 90067
Tel. (310) 301-3335
Attorneys for Plaintiff:
RON BERGMAN

STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT;
ORDER                                                                 Case No. 4:23-CV-01742-YGR

2

# [PROPOSED] ORDER

Upon consideration of the motion of stipulation by the Parties, IT IS HEREBY ORDERED as follows:

1.    The time for Defendants to respond to the complaint is enlarged until the Court's appointment of lead plaintiff and the filing, if any, of an amended complaint by lead plaintiff.

2.    Within fourteen (14) days after the appointment of lead plaintiff and approval of lead counsel, lead counsel and counsel for Defendants will confer and submit a proposed schedule for filing an amended complaint, if any, and Defendants' response to the operative complaint.

**IT IS SO ORDERED**

Dated: __May 8_____, 2023    _____
HON. YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE

STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT;
ORDER                                                    Case No. 4:23-CV-01742-YGR

3