1  **THE ROSEN LAW FIRM, P.A.**
   Laurence M. Rosen (SBN 219683)
2  355 South Grand Avenue, Suite 2450
   Los Angeles, CA 90071
3  Telephone: (213) 785-2610
   Facsimile: (213) 226-4684
4  Email: lrosen@rosenlegal.com

5  *[Additional Counsel on Signature Page]*

6

7

8                    **UNITED STATES DISTRICT COURT**

9                   **NORTHERN DISTRICT OF CALIFORNIA**

10                         **OAKLAND DIVISION**

11 | RON BERGMAN, Individually and on Behalf of All Others Similarly Situated, | Case No.: 4:23-cv-01742-YGR |
12 | Plaintiff, | **JOINT STIPULATION AND [PROPOSED] ORDER REGARDING CASE SCHEDULE** |
13 | v. | |
14 | CARIBOU BIOSCIENCES, INC., RACHEL E. HAURWITZ, JASON V. O'BYRNE, RYAN FISCHESSER, SCOTT BRAUNSTEIN, ANDREW GUGGENHIME, JEFFREY LONG-MCGIE, and NATALIE R. SACKS, | **Judge:** Hon. Yvonne Gonzalez Rogers
**Courtroom:** 1 – 4th Floor |
   | Defendants. | |

Lead Plaintiff Ron Bergman ("Plaintiff") and Defendants Caribou Biosciences, Inc., Rachel E. Haurwitz, Jason V. O'Byrne, Ryan Fischesser, Scott Braunstein, Andrew Guggenhime, Jeffrey Long-McGie, and Natalie R. Sacks (collectively, "Defendants"), by and through their respective counsel, respectfully submit this Stipulation and [Proposed] Order setting forth a schedule for the filing of an amended complaint, a motion to dismiss, an opposition to the motion to dismiss, and a reply to the opposition to the motion to dismiss.

**WHEREAS,** on May 8, 2023, the Court entered an order directing the parties to submit a proposed scheduling order within 14 days of appointment of lead plaintiff [Docket No. 11];

**WHEREAS,** on July 6, 2023, the Court entered an Order Appointing Lead Plaintiff and Lead Counsel [Docket No. 26];

**WHEREAS,** Plaintiff presently intends to file an amended complaint;

**WHEREAS,** the Defendants presently intend to move to dismiss any complaint in this action;

**WHEREAS,** pursuant to the Private Securities Litigation Reform Act of 1995, codified at 15 U.S.C. § 77z-1 and 78u-4 ("PSLRA"), all discovery and other proceedings in this action are stayed pending the determination of the Defendants' planned motion to dismiss;

**NOW, THEREFORE,** Plaintiff and the Defendants stipulate and agree, subject to approval of the Court, as follows:

1. Plaintiff shall file an amended complaint (the "AC") within 60 days of entry of this order;

2. The Defendants shall answer or otherwise respond to the AC within 45 days of its filing;

3. If a motion to dismiss is filed, Plaintiff shall file any opposition within 45 days of the filing of any motion to dismiss;

4. The Defendants shall file any reply within 20 days of the filing of the opposition; and

5. Consistent with Federal Rule of Civil Procedure 6(a)(1)(C), if any of the deadlines set forth above fall on a Saturday, Sunday, or a legal holiday, the filing shall be made on the next day that is not a Saturday, Sunday, or legal holiday.

| | | |
|---|---|---|
| Dated: | July 17, 2023 | **THE ROSEN LAW FIRM, P.A.**<br>Laurence M. Rosen (SBN 219683)<br>355 South Grand Avenue, Suite 2450<br>Los Angeles, CA 90071<br>Telephone: (213) 785-2610<br>Facsimile: (213) 225-4684<br>Email: lrosen@rosenlegal.com<br><br>By:   */s/Laurence M. Rosen*<br>         Laurence M. Rosen<br><br>**THE SCHALL LAW FIRM**<br>Brian Schall (290685)<br>Ivy T. Ngo (249860)<br>Rina Restaino (285415)<br>2049 Century Park East, Suite 2460<br>Los Angeles, CA 90067<br>Telephone: (310) 301-3335<br>brian@schallfirm.com<br>ivy@schallfirm.com<br>rina@schallfirm.com<br><br>*Co-Lead Counsel for Lead Plaintiff and for the Class* |
| Dated: | July 17, 2023 | **GOODWIN PROCTER LLP**<br>Jonathan A. Shapiro (SBN 257199)<br>Three Embarcadero Center, 28th Floor<br>San Francisco, CA 94111<br>Telephone: +1 415 733 6000<br>Facsimile: +1 415 733 6000<br>jshapiro@goodwinlaw.com<br><br>**GOODWIN PROCTER LLP**<br>Adam Slutsky- admitted pro hac vice<br>Jennifer B. Luz- admitted pro hac vice<br>Katherine G. McKenney- admitted pro hac vice<br>100 Northern Avenue<br>Boston, MA 02210<br>Telephone: +1 617 570 1000<br>Facsimile: +1 617 523 1231<br>aslutsky@goodwinlaw.com<br>jluz@goodwinlaw.com<br>kmckenney@goodwinlaw.com<br><br>By:   */s/ Jonathan A. Shapiro*<br>         Jonathan A. Shapiro<br><br>*Counsel for Defendants Caribou Biosciences, Inc., Rachel E. Haurwitz, Jason V. O'Byrne, Ryan Fischesser, Scott Braunstein, Andrew* |

*Guggenhime, Jeffrey Long-McGie, and Natalie R. Sacks*

### SIGNATURE ATTESTATION

Pursuant to Local Civil Rule 5-1(h)(3), I attest under penalty of perjury that each of the other signatories have concurred in the filing of this document.

July 17, 2023                               By: */s/ Laurence M. Rosen*
                                                                    Laurence M. Rosen

**IT IS SO ORDERED**

Dated:  7/19/2023

_____
Hon. Yvonne Gonzalez Rogers
United States District Court Judge