United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RON BERGMAN,

        Plaintiff,

    v.

CARIBOU BIOSCIENCES, INC., et al.,

        Defendants.

Case No. 23-cv-01742-PCP (SVK)

**ORDER FOR BRIEFING RE CONTROLLING INTEREST**

Defendant BofA Securities, Inc. has disclosed that it is a wholly-owned subsidiary of NB Holdings Corporation, that NB Holdings Corporation is a wholly-owned subsidiary of Bank of America Corporation, and that Berkshire Hathaway Inc. beneficially owns more than ten percent of the outstanding common stock of Bank of America Corporation. Dkt. 44. Published Advisory Opinion No. 57 of the Committee on Codes of Conduct, in discussing Code of Judicial Conduct Canon 3C(3)(c), provides in relevant part:

> The Committee concludes that under the Code the owner of stock in a parent corporation has a financial interest in a controlled subsidiary. Therefore, when a judge knows that a party is controlled by a corporation in which the judge owns stock, the judge should recuse. See Canon 3C(3)(c). When a parent company does not own all or a majority of stock in the subsidiary, the judge should determine whether the parent has control of the subsidiary.

*See* https://www.uscourts.gov/rules-policies/judiciary-policies/ethics-policies/published-advisory-opinions.

For purposes of determining whether recusal is required under Canon 3C(3)(c), the Court directs BofA Securities to file a brief, with supporting evidence as necessary, no later than **November 14, 2023**, as to whether BofA Securities is a "controlled subsidiary" of Berkshire Hathaway. The Court notes that BofA Securities has briefed this issue in another case in this District. *See Hoang v. Contextlogic, Inc.,* Case No. 21-cv-3930-BLF at Dkt. 89. BofA Securities'

brief in this case may adopt by reference that filing if there is no updated information to report. The other Parties may, but are not required to, file a responsive pleading no later than **ten (10) days following the filing of BofA Securities' brief.**   No brief filed in response to this order may exceed ten pages in length.

    **SO ORDERED.**

Dated: October 31, 2023

 

SUSAN VAN KEULEN
United States Magistrate Judge