**THE ROSEN LAW FIRM, P.A.**
Laurence M. Rosen (SBN 219683)
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

*[Additional Counsel on Signature Page]*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| RON BERGMAN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CARIBOU BIOSCIENCES, INC., RACHEL E. HAURWITZ, JASON V. O'BYRNE, RYAN FISCHESSER, SCOTT BRAUNSTEIN, ANDREW GUGGENHIME, JEFFREY LONG-MCGIE, NATALIE R. SACKS, BOFA SECURITIES INC., CITIGROUP GLOBAL MARKETS, INC., and SVB SECURITIES LLC<br><br>Defendants. | Case No.:  5:23-cv-01742-PCP<br><br>**AMENDED JOINT STIPULATION AND [PROPOSED] ORDER REGARDING CASE SCHEDULE**<br><br>**Judge:**        Hon. P. Casey Pitts<br>**Courtroom:** 8 – 4th Floor |

JOINT STIPULATION AND [PROPOSED]
ORDER RE CASE SCHEDULE

CASE NO. 5:23-cv-01742-PCP

Lead Plaintiff Ron Bergman and named plaintiff Carl Cooper ("Plaintiffs") and Defendants Caribou Biosciences, Inc., Rachel E. Haurwitz, Jason V. O'Byrne, Ryan Fischesser, Scott Braunstein, Andrew Guggenhime, Jeffrey Long-McGie, and Natalie R. Sacks ("Caribou Defendants"),  Bank of America Securities, Inc., Citigroup Global Markets, Inc., and SVB Securities LLC[1] ("Underwriter Defendants," and together with the Caribou Defendants, "Defendants") by and through their respective counsel, respectfully submit this Amended Stipulation and [Proposed] Order setting forth a revised schedule for the filing of motions to dismiss, oppositions thereto and replies to the oppositions to the motions to dismiss.

**WHEREAS,** on May 8, 2023, the Court entered an order directing the parties to submit a proposed scheduling order within 14 days of appointment of lead plaintiff [Docket No. 11];

**WHEREAS,** on July 6, 2023, the Court entered an Order Appointing Lead Plaintiff and Lead Counsel [Docket No. 26];

**WHEREAS**, on July 17, 2023, Lead Plaintiff and the Caribou Defendants filed a joint stipulation and proposed order re case schedule setting forth deadlines for the filing of an amended complaint and briefing on the Caribou Defendants' motion to dismiss, which the Court so-ordered [Docket No. 28].

**WHEREAS,** on September 18, 2023, Plaintiffs filed the Amended Class Action Complaint for Violations of the Federal Securities Laws ("AC") [Docket No. 35], which added, as Defendants, the Underwriter Defendants.

**WHEREAS,** the Underwriter Defendants' counsel are authorized to accept, and hereby do accept, service of the AC on behalf of the Underwriter Defendants, and the Underwriter Defendants expressly reserve all rights, claims, and defenses, including defenses related to jurisdiction and intend to move to dismiss the AC.

**WHEREAS,** the Parties wish to coordinate briefing of the Caribou Defendants' motion to dismiss and the Underwriter Defendants' motion to dismiss such that both motions are heard by the

---

[1] The Amended Class Action Complaint names "SVB Securities LLC" as a defendant in this action.  *See* ECF No. 35 ¶¶ 12, 177.  SVB Securities LLC, which was formerly known as SVB Leerink LLC, has changed its legal name to Leerink Partners LLC.

STIPULATION AND [PROPOSED] ORDER RE CASE SCHEDULE                    1                    CASE NO. 5:23-cv-01742-PCP

Court on the same date, and the Caribou Defendants wish to extend the deadline for filing their motion to dismiss by 12 days.

**NOW, THEREFORE,** Plaintiffs and the Defendants stipulate and agree, subject to approval of the Court, as follows:

1. The Caribou Defendants shall file their motion to dismiss the AC by November 14, 2023;

2. The Underwriter Defendants shall file their motion to dismiss the AC by November 21, 2023;

3. Plaintiffs shall file their oppositions to Defendants' motions to dismiss by January 22, 2024; and

4. Defendants shall file their replies by February 21, 2024.

Dated:    October 26, 2023

**THE ROSEN LAW FIRM, P.A.**
Laurence M. Rosen (SBN 219683)
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Email: lrosen@rosenlegal.com

**THE ROSEN LAW FIRM, P.A.**
Sara Fuks (*admitted pro hac vice*)
275 Madison Avenue, 40th Floor
New York, NY 10016
Telephone: (212) 686-1060
Email: sfuks@rosenlegal.com

By:    */s/Laurence M. Rosen*
         Laurence M. Rosen

**THE SCHALL LAW FIRM**
Brian Schall (290685)
Ivy T. Ngo (249860)
Rina Restaino (285415)
2049 Century Park East, Suite 2460
Los Angeles, CA 90067
Telephone: (310) 301-3335
brian@schallfirm.com
ivy@schallfirm.com
rina@schallfirm.com

*Co-Lead Counsel for Lead Plaintiff and for the Class*

Dated:   October 26, 2023

**GOODWIN PROCTER LLP**
Jonathan A. Shapiro (SBN 257199)
Three Embarcadero Center, 28th Floor
San Francisco, CA 94111
Telephone: +1 415 733 6000
Facsimile: +1 415 733 6000
jshapiro@goodwinlaw.com

**GOODWIN PROCTER LLP**
Adam Slutsky- admitted pro hac vice
Jennifer B. Luz- admitted pro hac vice
Katherine G. McKenney- admitted pro hac vice
100 Northern Avenue
Boston, MA 02210
Telephone: +1 617 570 1000
Facsimile: +1 617 523 1231
aslutsky@goodwinlaw.com
jluz@goodwinlaw.com
kmckenney@goodwinlaw.com

By:   */s/ Jonathan A. Shapiro*
         Jonathan A. Shapiro

*Counsel for Defendants Caribou Biosciences, Inc., Rachel E. Haurwitz, Jason V. O'Byrne, Ryan Fischesser, Scott Braunstein, Andrew Guggenhime, Jeffrey Long-McGie, and Natalie R. Sacks*

Dated:   October 26, 2023

**MORGAN, LEWIS & BOCKIUS LLP**
Charlene S. Shimada, Bar No. 91407
charlene.shimada@morganlewis.com
Kevin M. Papay, Bar No. 274161
kevin.papay@morganlewis.com
Robert H. O'Leary, Bar No. 284879
bob.oleary@morganlewis.com
One Market, Spear Street Tower
San Francisco, CA  94105-1596
Tel:     +1.415.442.1000
Fax:     +1.415.442.1001

J. Warren Rissier, Bar No. 197939
warren.rissier@morganlewis.com
300 South Grand Avenue
Twenty-Second Floor
Los Angeles, CA  90071-3132
Tel:     +1.213.612.2500
Fax:     +1.213.612.2501

STIPULATION AND [PROPOSED]
ORDER RE CASE SCHEDULE                                    3                              CASE NO. 5:23-cv-01742-PCP

By:    /s Charlene S. Shimada
       Charlene S. Shimada

Attorneys for Defendants
*BofA Securities, Inc., Citigroup Global Markets Inc., and Leerink Partners LLC f/k/a SVB Securities LLC*

**SIGNATURE ATTESTATION**

Pursuant to Local Civil Rule 5-1(h)(3), I attest under penalty of perjury that each of the other signatories have concurred in the filing of this document.

October 26, 2023                                      By: /s/ Laurence M. Rosen
                                                                Laurence M. Rosen


**IT IS SO ORDERED**


Dated:  October 31, 2023                      _____
                                                              Hon. P. Casey Pitts
                                                              United States District Court Judge

STIPULATION AND [PROPOSED]                                      CASE No. 5:23-cv-01742-PCP
ORDER RE CASE SCHEDULE                          5