MORGAN, LEWIS & BOCKIUS LLP
Charlene S. Shimada, Bar No. 91407
charlene.shimada@morganlewis.com
Kevin M. Papay, Bar No. 274161
kevin.papay@morganlewis.com
Robert H. O'Leary, Bar No. 284879
bob.oleary@morganlewis.com
One Market, Spear Street Tower
San Francisco, CA  94105-1596
Tel: +1.415.442.1000
Fax: +1.415.442.1001

J. Warren Rissier, Bar No. 197939
warren.rissier@morganlewis.com
300 South Grand Avenue
Twenty-Second Floor
Los Angeles, CA  90071-3132
Tel: +1.213.612.2500
Fax: +1.213. 612.2501

Attorneys for Defendants
*BofA Securities, Inc., Citigroup Global Markets Inc.,*
*and Leerink Partners LLC f/k/a SVB Securities LLC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RON BERGMAN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CARIBOU BIOSCIENCES, INC., RACHEL E. HAURWITZ, JASON V. O'BYRNE, RYAN FISCHESSER, SCOTT BRAUNSTEIN, ANDREW GUGGENHIME, JEFFREY LONG-MCGIE, NATALIE R. SACKS, BOFA SECURITIES INC., CITIGROUP GLOBAL MARKETS, INC., and SVB SECURITIES LLC,<br><br>Defendants. | Case No. 5:23-cv-01742-PCP<br><br>**DEFENDANT BOFA SECURITIES, INC.'S RESPONSE TO ORDER FOR BRIEFING RE CONTROLLING INTEREST** |

Case No. 5:23-cv-01742-PCP

DEFENDANT BOFA SECURITIES, INC.'S
RESPONSE TO COURT ORDER

On October 31, 2023, the Court ordered BofA Securities, Inc. ("BofA Securities") to "file a brief, with supporting evidence as necessary, . . . as to whether BofA Securities is a 'controlled subsidiary' of Berkshire Hathaway." ECF No. 45 (the "Order"). In the Order, the Court "notes that BofA Securities has briefed this issue in another case in this District," and states that "**BofA Securities' brief in this case may adopt by reference that filing if there is no updated information to report.**" *See* Order at 1-2 (citing *Hoang v. ContextLogic, Inc.*, Case No. 21-cv-3930-BLF at Dkt. 89) (emphasis added). In response to the Order, BofA Securities submits this brief and the supporting declaration of Colleen Johnson ("Johnson Declaration"), which demonstrate that BofA Securities is not a "controlled subsidiary" of Berkshire Hathaway under any applicable standards set forth in Delaware law, federal securities laws, or federal banking laws.

Pursuant to the above language in the Court's Order, BofA Securities incorporates by reference the Response to Order for Briefing Re "Controlling Interest" that BofA Securities previously filed in this District on November 17, 2022 in *Hoang v. ContextLogic, Inc.*, Case No. 21-cv-3930-BLF at Dkt. 89 (the "Prior Brief"). The arguments in the Prior Brief, as well as the supporting evidence in the accompanying declarations and exhibits filed in support of the Prior Brief, apply with equal force here. BofA Securities updates the Prior Brief by stating that Bank of America Corporation's ("BAC") 2023 Proxy Statement disclosed that "Warren Buffett/Berkshire Hathaway, Inc." beneficially owned approximately **12.9%** of its outstanding common stock, instead of the **12.8%** beneficial ownership disclosed in BAC's 2022 Proxy Statement. *Compare* Declaration of Colleen Johnson (filed herewith) ¶ 5 *with Hoang v. ContextLogic, Inc.*, Case No. 21-cv-3930-BLF, Dkt. 89-1 (Declaration of Jennifer E. Bennett) ¶ 5. This *de minimis* change has no material impact on any of the arguments or conclusions in the Prior Brief.

For the reasons stated above and in the Prior Brief, BofA Securities is not a "controlled subsidiary" of Berkshire Hathaway.

//

//

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

Case No. 5:23-cv-01742-PCP

2

DEFENDANT BOFA SECURITIES, INC.'S
RESPONSE TO COURT ORDER

Dated:  November 14, 2023                MORGAN, LEWIS & BOCKIUS LLP


By    _/s/ Charlene S. Shimada_
      Charlene S. Shimada

      Attorneys for Defendants
      _BofA Securities, Inc., Citigroup Global_
      _Markets Inc., and Leerink Partners LLC_
      _f/k/a SVB Securities LLC_

Case No. 5:23-cv-01742-PCP

3

DEFENDANT BOFA SECURITIES, INC.'S
RESPONSE TO COURT ORDER