MORGAN, LEWIS & BOCKIUS LLP
Charlene S. Shimada, Bar No. 91407
charlene.shimada@morganlewis.com
Kevin M. Papay, Bar No. 274161
kevin.papay@morganlewis.com
Robert H. O'Leary, Bar No. 284879
bob.oleary@morganlewis.com
One Market, Spear Street Tower
San Francisco, CA  94105-1596
Tel: +1.415.442.1000
Fax: +1.415.442.1001

J. Warren Rissier, Bar No. 197939
warren.rissier@morganlewis.com
300 South Grand Avenue
Twenty-Second Floor
Los Angeles, CA  90071-3132
Tel: +1.213.612.2500
Fax: +1.213. 612.2501

Attorneys for Defendants
*BofA Securities, Inc., Citigroup Global Markets Inc.,*
*and Leerink Partners LLC f/k/a SVB Securities LLC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RON BERGMAN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CARIBOU BIOSCIENCES, INC., RACHEL E. HAURWITZ, JASON V. O'BYRNE, RYAN FISCHESSER, SCOTT BRAUNSTEIN, ANDREW GUGGENHIME, JEFFREY LONG-MCGIE, NATALIE R. SACKS, BOFA SECURITIES INC., CITIGROUP GLOBAL MARKETS, INC., and SVB SECURITIES LLC,<br><br>Defendants. | Case No. 5:23-cv-01742-PCP<br><br>**DECLARATION OF COLLEEN JOHNSON IN SUPPORT OF DEFENDANT BOFA SECURITIES, INC.'S RESPONSE TO ORDER FOR BRIEFING RE CONTROLLING INTEREST** |

Case No. 5:23-cv-01742-PCP

DECLARATION OF
COLLEEN JOHNSON

**DECLARATION OF COLLEEN JOHNSON**

I, Colleen Johnson, declare as follows:

1.      My name is Colleen Johnson.  I am over the age of 18 and am competent to provide this declaration based on personal knowledge of the facts stated herein.  I submit this declaration in support of Defendant BofA Securities, Inc.'s Response to Order for Briefing re Controlling Interest.

2.      I am the Assistant Secretary of BofA Securities, Inc.  I have been in that role since June 29, 2019.

3.      BofA Securities, Inc. ("BofA Securities") is a direct, wholly-owned subsidiary of NB Holdings Corporation, which itself is a direct, wholly-owned subsidiary of Bank of America Corporation ("BAC").

4.      Berkshire Hathaway Inc. ("Berkshire Hathaway") is not a corporate parent of either Bank of America Corporation or BofA Securities, Inc.

5.      In its 2023 Proxy Statement, BAC disclosed that "Warren Buffett/Berkshire Hathaway, Inc." beneficially owned approximately 12.9% of its outstanding common stock.  *See* Bank of America, 2023 Proxy Statement (available at https://investor.bankofamerica.com/2023-proxy-statement) at 48.

6.      BAC is a bank holding company, as defined in the Bank Holding Company Act, 12 U.S.C. § 1841 et seq.

7.      BAC is controlled by its board of directors.  Each board member is, in turn, elected by BAC's shareholders.  Berkshire Hathaway is a minority shareholder and does not maintain a seat on BAC's board of directors.  Berkshire Hathaway does not maintain a seat on the board of directors of any subsidiary of BAC, including BofA Securities.

8.      To my knowledge, Berkshire Hathaway does not control the day-to-day operations, business strategy, or business affairs of BAC or any of its subsidiaries, including BofA Securities.

//

//

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

Case No. 5:23-cv-01742-PCP

2

DECLARATION OF
COLLEEN JOHNSON

//

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 13th day of November 2023, at Charlotte, North Carolina.


_____
Colleen Johnson

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

Case No. 5:23-cv-01742-PCP

3

DECLARATION OF
COLLEEN JOHNSON