JONATHAN A. SHAPIRO (SBN 257199)
*JShapiro@goodwinlaw.com*
**GOODWIN PROCTER LLP**
Three Embarcadero Center, 28TH Floor
San Francisco, CA 94111
Phone: +1 415 733 6000
Fax: +1 415 677 9041

JENNIFER B. LUZ (*pro hac vice*)
*JLuz@goodwinlaw.com*
ADAM SLUTSKY (*pro hac vice*)
*ASlutsky@goodwinlaw.com*
KATHERINE G. McKENNEY (*pro hac vice*)
*KMcKenney@goodwinlaw.com*
**GOODWIN PROCTER LLP**
100 Northern Avenue
Boston, MA 02210
Phone: +1 415 733 6000
Fax: +1 415 677 9041

Attorneys for Defendants:
Caribou Biosciences, Inc., Rachel E. Haurwitz,
Jason V. O'Byrne, Ryan Fischesser, Scott
Braunstein, Andrew Guggenhime, Jeffrey
Long-McGie, and Natalie R. Sacks.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RON BERGMAN, Individually and on Behalf of All Others Similarly Situated<br><br>Plaintiff,<br><br>v.<br><br>CARIBOU BIOSCIENCES, INC., RACHEL E. HAURWITZ, JASON V. O'BYRNE, RYAN FISCHESSER, SCOTT BRAUNSTEIN, ANDREW GUGGENHIME, JEFFREY LONG-MCGIE, and NATALIE R. SACKS,<br><br>Defendants. | Case No. 5:23-cv-01742-PCP<br><br>**DECLARATION OF JONATHAN A. SHAPIRO IN SUPPORT OF CARIBOU DEFENDANTS' MOTION TO DISMISS AMENDED COMPLAINT**<br><br>Date:   March 28, 2024<br>Time:   10:00 a.m.<br>Courtroom:  8  (4TH Floor)<br>Judge:   Hon. P. Casey Pitts<br>    280 South First Street<br>    San Jose, CA  95113<br><br>Complaint filed:   April 11, 2023<br>Amended Complaint filed:   Sept. 18, 2023<br><br>Filed/Lodged Concurrently with:<br>  1.  Notice of Motion and Motion to Dismiss<br>  2.  Request for Judicial Notice |

## DECLARATION OF JONATHAN A. SHAPIRO

I, Jonathan A. Shapiro, declare as follows:

1.     I am a partner with the law firm Goodwin Procter LLP and a member of the bar of this Court, and I represent Defendants CARIBOU BIOSCIENCES, INC. ("Caribou"), RACHEL E. HAURWITZ, JASON V. O'BYRNE, RYAN FISCHESSER, SCOTT BRAUNSTEIN, ANDREW GUGGENHIME, JEFFREY LONG-MCGIE, AND NATALIE R. SACKS (the "Caribou Defendants") in the above-captioned matter. I submit this Declaration in connection with the Caribou Defendants' Motion to Dismiss the Amended Complaint (the "Motion to Dismiss"). Unless stated otherwise, this Declaration is based on my personal knowledge; if called as a witness I could and would testify as follows.

2.     Attached as **Exhibit A** for the Court's convenience is a chart that summarizes the risk disclosures that are referenced on pages 7–9 of the Motion to Dismiss. The disclosures summarized in Exhibit A appeared in Caribou's filings with the U.S. Securities and Exchange Commission ("SEC") and are each incorporated by reference in the Amended Complaint. Excerpts of the documents referenced in Exhibit A are attached as Exhibits C–K, M, O–P, and R–S.

3.     Attached as **Exhibit B** for the Court's convenience is a chart that summarizes the Amended Complaint's alleged false and misleading statements and the applicable bases for dismissal, as set forth in the Motion to Dismiss at pages 10–18.

4.     Attached hereto as **Exhibit C** is a true and correct copy of excerpts of Caribou's Amendment No. 2 to Registration Statement, filed on Form S-1/A with the SEC on July 22, 2021.

5.     Attached hereto as **Exhibit D** is a true and correct copy of excerpts of Caribou's Prospectus, filed on Form 424B4 with the SEC on July 23, 2021.

6.     Attached hereto as **Exhibit E** is a true and correct copy of excerpts of Caribou's Form 10-Q for Q2 2021, filed with the SEC on September 2, 2021.

7.     Attached hereto as **Exhibit F** is a true and correct copy of excerpts of Caribou's Form 10-Q for Q3 2021, filed with the SEC on November 9, 2021.

8.     Attached hereto as **Exhibit G** is a true and correct copy of excerpts of Caribou's Form 10-K for 2021, filed with the SEC on March 21, 2022.

9. Attached hereto as **Exhibit H** is a true and correct copy of excerpts of Caribou's Form 10-Q for Q1 2022, filed with the SEC on May 9, 2022.

10. Attached hereto as **Exhibit I** is a true and correct copy of Caribou's press release attached as an exhibit to Form 8-K, filed with the SEC on May 12, 2022.

11. Attached hereto as **Exhibit J** is a true and correct copy of Caribou's press release attached as an exhibit to Form 8-K, filed with the SEC on June 10, 2022.

12. Attached hereto as **Exhibit K** is a true and correct copy of excerpts of Caribou's Form 10-Q for Q2 2022, filed with the SEC on August 9, 2022.

13. Attached hereto as **Exhibit L** is a true and correct copy of excerpts of Caribou's press release attached as an exhibit to Form 8-K, filed with the SEC on August 9, 2022.

14. Attached hereto as **Exhibit M** is a true and correct copy of excerpts of Caribou's Form 10-Q for Q3 2022, filed with the SEC on November 8, 2022.

15. Attached hereto as **Exhibit N** is a true and correct copy of Caribou's press release attached as an exhibit to Form 8-K, filed with the SEC on November 8, 2022.

16. Attached hereto as **Exhibit O** is a true and correct copy of excerpts of Caribou's press release attached as an exhibit to Form 8-K, filed with the SEC on December 12, 2022.

17. Attached hereto as **Exhibit P** is a true and correct copy of excerpts of Caribou's Form 10-K for 2022, filed with the SEC on March 9, 2023.

18. Attached hereto as **Exhibit Q** is a true and correct copy of excerpts of Caribou's press release attached as an exhibit to Form 8-K, filed with the SEC on March 9, 2023.

19. Attached hereto as **Exhibit R** is a true and correct copy of Caribou's press release attached as an exhibit to Form 8-K, filed with the SEC on March 29, 2023.

20. Attached hereto as **Exhibit S** is a true and correct copy of excerpts of Caribou's Form 10-Q for Q1 2023, filed with the SEC on May 9, 2023.

21. Attached hereto as **Exhibit T** is a true and correct copy of Caribou's press release attached as an exhibit to Form 8-K, filed with the SEC on July 13, 2023.

22. Attached hereto as **Exhibit U** are true and correct copies of the Forms 4 for Rachel Haurwitz and Jason O'Byrne filed with the SEC between July 23, 2021 and July 13, 2023.

23.     Attached hereto as **Exhibit V** is a true and correct copy of an article titled, "Phase 1 study of CAR-T cells with PD-1 and TCR disruption in mesothelin-positive solid tumors," by Wang, Z., Li, N., Feng, K. et al., published in Volume 18, Issue 9 of Cellular & Molecular Immunology on August 11, 2011 and available at https://www.nature.com/articles/s41423-021-00749-x.

24.     Attached hereto as **Exhibit W** is a true and correct copy of an article titled, "Caribou ready to uncork the chardonnay thanks to first-in-human CAR-T results," by Armstrong, A., *Fierce Biotech*, published on May 12, 2022 and available at https://www.fiercebiotech.com.

25.     Attached here to as **Exhibit X** is a true and correct copy of the transcript of Caribou's conference call presentation at the European Hematology Association Congress on June 10, 2022, available from FactSet.

26.     Attached hereto as **Exhibit Y** is a true and correct copy of the transcript of Caribou's conference call presentation at the Jefferies LLC London Healthcare Conference on November 17, 2022, available from Bloomberg.

27.     Attached hereto as **Exhibit Z** is a true and correct copy of the transcript of Caribou's conference call presentation at the Bank of America 2022 Biotech SMID Cap Conference on December 7, 2022, available from Bloomberg.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on November 14, 2023.

*/s/ Jonathan A. Shapiro*_____
JONATHAN A. SHAPIRO

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Northern District of California by using the CM/ECF system on **November 14, 2023**.  I further certify that all participants in the case are registered CM/ ECF users and that service will be accomplished by the CM/ECF system.

I certify under penalty of perjury that the foregoing is true and correct. Executed on **November 14, 2023**.

/s/ Jonathan A. Shapiro
JONATHAN A. SHAPIRO