# EXHIBIT A

## Excerpts of Risk Disclosures from Caribou's SEC Filings[1]

| Disclosure[2] | Source[3] |
|---|---|
| **Disclosures Regarding Risks Related to Investing in Clinical-Stage Companies** | |
| **Summary of Risk Factors**<br><br>• We have a limited operating history, which may make it difficult to evaluate our technologies and product candidate development capabilities or to predict our future performance.<br><br>• We are early in our development efforts and it will be many years before we commercialize a product candidate, if ever. If we are unable to advance our product candidates through clinical trials, obtain regulatory approval, and ultimately commercialize our product candidates, or experience significant delays in doing so, our business will be materially harmed.<br><br>• Our product candidates are cell therapies generated by novel chRDNA genome-editing technologies, which makes it difficult to predict the time and cost of developing our product candidates and obtaining regulatory approval. To date, no other products that use these genome-editing technologies have advanced into clinical trials or received marketing approval in the United States.<br><br>• Our business is highly dependent on the success of our lead product candidates, including CB-010 and CB-011, which will require significant additional preclinical and clinical testing before we can seek regulatory approval and potentially commercially launch our product candidates. If we are unable to advance our preclinical studies and clinical trials, obtain approval for, and successfully commercialize, our lead product | Prospectus (filed Jul. 23, 2021), Ex. D at 9–10 (referenced throughout the AC)<br><br>Caribou Form S-1/A (filed July 22, 2021), Ex. C at 9–10 (referenced throughout the AC)<br><br>*See also* Caribou Form 10-K for Fiscal Year 2021 (filed Mar. 21, 2022), Ex. G at 48 |

[1] For the Court's convenience, this exhibit compiles the risk disclosures that are contained in Caribou's SEC filings cited in Plaintiffs' Amended Class Action Complaint for Violations of Federal Securities Laws (the "AC") and discussed in the Memorandum of Law in Support of the Caribou Defendants' Motion to Dismiss the AC. *See, e.g.*, *Dreiling v. Am. Exp. Co.*, 458 F.3d 942, 946 n.2 (9th Cir. 2006) (SEC filings are subject to judicial notice); *Knievel v. ESPN*, 393 F.3d 1068, 1076 (9th Cir. 2005) (documents incorporated by reference are subject to judicial notice). The disclosure language among these filings varies in certain respects.

[2] Unless otherwise noted, text that is underlined and bolded represents emphasis added. Text that is italicized and bolded, or only bolded represents emphasis in the original.

[3] All exhibits ("Ex.") are attached to the Declaration of Jonathan A. Shapiro in Support of the Caribou Defendants' Motion to Dismiss Plaintiffs' Amended Class Action Complaint for Violations of Federal Securities Laws, filed contemporaneously herewith.

| Disclosure[2] | Source[3] |
|---|---|
| **Disclosures Regarding Risks Related to Investing in Clinical-Stage Companies** | |
| candidates for the treatment of patients in approved indications or if we are significantly delayed in doing so, our business would be significantly harmed.<br><br>…<br><br>• Our clinical trials may fail to demonstrate adequately the safety and efficacy of any of our product candidates and the development of our product candidates may be delayed or unsuccessful, which could prevent or delay regulatory approval and commercialization. | (referenced at AC ¶¶ 48 n.14, 105–107)<br><br>*See also*<br>Caribou Form 10-K for Fiscal Year 2022 (filed Mar. 9, 2023), Ex. P at ii–iii (referenced at AC ¶ 129 & n.51) |
| *We have a limited operating history, which may make it difficult to evaluate our technologies and product candidate development capabilities or to predict our future performance.*<br><br>**We are early in our development efforts.** To date, we have only dosed the first patient in our first clinical trial, which is the ANTLER phase 1 clinical trial for our CB-010 product candidate. All of our programs will require clinical development, regulatory approval, manufacturing at commercial scale, distribution channels, a commercial organization, significant marketing efforts, and substantial investment before we generate any revenue from product sales. In addition, our product candidates must be approved for marketing by the FDA before we may commercialize our products in the United States and, if we wish to commercialize our products outside the United States, by foreign regulatory agencies. Furthermore, following closing of this offering, we expect to incur additional costs associated with operating as a public company, including significant legal, accounting, insurance, investor relations, and other expenses that we did not incur as a private company.<br><br>**Additionally, the rapidly evolving nature of the genome-editing and cell therapy fields may make it difficult to evaluate our technologies and product candidates as well as to predict our future performance. Our short history as an operating company makes any assessment of our future success or viability subject to significant uncertainty**. We will encounter risks and difficulties, known and unknown, that are frequently experienced by early-stage companies in rapidly evolving fields. As we advance our product candidates, we must transition from a company with a research focus to a company capable of supporting clinical development and, if successful, commercial activities. We may not be successful in such transitions. If we do not address these risks | Prospectus (filed Jul. 23, 2021), Ex. D at 19–20 (referenced throughout the AC)<br><br>Caribou Form S-1/A (filed July 22, 2021), Ex. C at 19–20 (referenced throughout the AC)<br><br>*See also*<br>Caribou Form 10-K for Fiscal Year 2021 (filed Mar. 21, 2022), Ex. G at 48 (referenced at AC ¶¶ 48 n.14, 105–107) |

| Disclosure[2] | Source[3] |
|---|---|
| **Disclosures Regarding Risks Related to Investing in Clinical-Stage Companies** | |
| successfully, our business will suffer. Similarly, we expect that our financial condition and operating results may fluctuate significantly from quarter to quarter and year to year due to a variety of factors, many of which are beyond our control. As a result, you should not rely upon the results of any quarterly or annual period as an indicator of future operating performance. | *See also* Caribou Form 10-K for Fiscal Year 2022 (filed Mar. 9, 2023), Ex. P at 54 (referenced at AC ¶ 129 & n.51) |
| *We are early in our development efforts and it will be many years before we commercialize a product candidate, if ever. If we are unable to advance our product candidates through clinical trials, obtain regulatory approval, and ultimately commercialize our product candidates, or experience significant delays in doing so, our business will be materially harmed.*<br><br>…**Our future success depends heavily on the successful development of our product candidates. Our ability to generate product revenue, which we do not expect will occur for many years, if ever, will be a result of the successful development and eventual commercialization of our product candidates, which may never occur. Our product candidates may have adverse side effects or fail to demonstrate safety and efficacy.** Additionally, our product candidates may have other characteristics that may make them impractical or prohibitively expensive for largescale manufacturing. Furthermore, our product candidates may not receive regulatory approval or, if they do, they may not be accepted by the medical community or patients or may not be competitive with other products that become available. We currently generate no revenue from sales of any product and we may never be able to successfully develop or commercialize a marketable product. … | Prospectus (filed July 23, 2021), Ex. D at 20 (referenced throughout the AC)<br><br>Caribou Form S-1/A (filed July 22, 2021), Ex. C at 20 (referenced throughout the AC)<br><br>*See also* Caribou Form 10-K for Fiscal Year 2021 (filed Mar. 21, 2022), Ex. G at 48 (referenced at AC ¶¶ 48 n.14, 105–107)<br><br>*See also* Caribou Form 10-K for Fiscal Year 2022 |

| Disclosure[2] | Source[3] |
|---|---|
| **Disclosures Regarding Risks Related to Investing in Clinical-Stage Companies** | |
| | (filed Mar. 9, 2023), Ex. P at 54–55 (referenced at AC ¶ 129 & n.51) |
| *Our product candidates are cell therapies generated by novel chRDNA genome-editing technologies, which makes it difficult to predict the time and cost of developing our product candidates and obtaining regulatory approval. To date, no other products that use these genome-editing technologies have advanced into clinical trials or received marketing approval in the United States.*<br><br>We are concentrating our initial research, development, and manufacturing efforts on our allogeneic CAR-T cell therapies that are intended to treat patients with certain cancers. **Before obtaining regulatory approval for the commercial sale of any of our product candidates, we must demonstrate through lengthy, complex, and expensive preclinical studies and clinical trials that our product candidates are both safe and effective for their intended use.** The clinical trial requirements of the FDA and other regulatory authorities, and the criteria these regulators use to determine the safety and efficacy of a product candidate, vary substantially according to the type, complexity, novelty, intended use, and target population of our product candidates. **The outcome of preclinical studies and clinical trials is inherently uncertain. Failure can occur at any time during the preclinical study and clinical trial processes and because we have never successfully launched a product and our first product candidate is in an early stage of clinical development, there is a high risk of failure. We may never succeed in developing marketable products.**<br><br>Approval processes by the FDA or other regulatory authorities for existing autologous anti-CD19 and anti-B cell maturation antigen, or BCMA, CAR-T cell therapies may not be indicative of what these regulatory authorities will require for approval of our allogeneic anti-CD19 CAR-T cell therapy or our other product candidates. Also, although we expect reduced variability in our allogeneic products candidates compared to autologous products, we do not have any clinical data supporting benefits of lower variability, and the use of healthy donor material may create separate variability challenges for us. **Moreover, our product candidates may not perform successfully in** | Prospectus (filed July 23, 2021), Ex. D at 22–23 (referenced throughout the AC)<br><br>Caribou Form S-1/A (filed July 22, 2021), Ex. C at 22–23 (referenced throughout the AC)<br><br>*See also* Caribou Form 10-K for Fiscal Year 2021 (filed Mar. 21, 2022), Ex. G at 49–50 (referenced at AC ¶¶ 48 n.14, 105–107)<br><br>*See also* Caribou Form 10-K for Fiscal Year 2022 |

| Disclosure[2] | Source[3] |
|---|---|
| **Disclosures Regarding Risks Related to Investing in Clinical-Stage Companies** | |
| **clinical trials or may be associated with serious adverse events that distinguish them from the autologous anti-CD19 and anti-BCMA CAR-T therapies that have previously been approved.** For instance, allogeneic product candidates may result in graft versus host disease, or GvHD, not experienced with autologous products. GvHD results when allogeneic T cells see the patient's normal tissue as foreign and attack and damage those cells. **Even if we collect promising initial clinical data for our product candidates, longer-term data may reveal adverse events or responses that are not durable.** Unexpected negative clinical outcomes would significantly impact our business.<br><br>…<br><br>… **CRISPR genome editing generally is relatively new; to date, no genome-editing technologies have been approved in the United States although clinical trials of product candidates based on CRISPR and other genome-editing technologies are underway.** As a result, the regulatory approval process for cell therapy product candidates such as ours is uncertain and may be more expensive and take longer than the approval process for product candidates based on better known or more extensively studied technologies. As such, it is difficult to accurately predict the developmental challenges we may face as we progress our product candidates through preclinical studies and clinical trials. There may be long-term adverse effects from treatment with our product candidates resulting from the use of our chRDNA genome-editing technology that we cannot predict at this time. Also, animal models may not exist for some of the diseases we choose to pursue in our programs, which may complicate and increase the cost of preclinical research. As a result of these factors, it is difficult for us to predict the time and cost of our product candidate development, and we cannot predict whether the application of our chRDNA genome-editing technology, or other genome-editing technologies we may use in the future, will result in the identification, development, preclinical studies, and clinical trials to support regulatory approval of any of our cell therapy product candidates. There can be no assurance that any development problems we experience in the future related to our chRDNA genome-editing technology or any of our research programs will not cause significant delays or unanticipated costs, or that such development problems can be solved. **We may not achieve the desired safety and efficacy of our product candidates. Also, we may not sufficiently improve genome-editing specificity and our genome editing may have off-target events. Moreover, we may not be able to achieve a high degree of on-target gene knockout and insertion efficiency in developing our product candidates**. While **we expect to have initial clinical data from the CB-010 clinical trial in 2022, any of these factors may prevent** | (filed Mar. 9, 2023), Ex. P at 56–57 (referenced at AC ¶ 129 & n.51) |

5

| Disclosure[2] | Source[3] |
|---|---|
| **Disclosures Regarding Risks Related to Investing in Clinical-Stage Companies** | |
| **us from completing our clinical trials, delay or cause us to fail to meet our clinical trial endpoints, or lead us to fail to commercialize any of our cell therapy product candidates.**<br><br>We may also experience delays in developing robust, reproducible, and scalable manufacturing processes and transferring those processes to CMOs, which may prevent us from completing our clinical studies or commercializing our products on a timely or profitable basis, if at all. Currently, we have only manufactured our CB-010 product candidate for clinical trials. **In addition, since we are in the early stages of clinical development, we do not know the doses to be used in later phase 2 or pivotal trials needed to evaluate the efficacy of our product candidates**, which will impact the manufacturing requirements for our product candidates. Finding a suitable dose for our cell therapy product candidates may delay our anticipated clinical development timelines and prolong our clinical trials. Accordingly, our expectations with regard to our costs of manufacturing may vary significantly as we develop our product candidates and understand these critical factors. Such factors may delay or keep us from bringing a product candidate to market and could decrease our ability to generate sufficient product revenue, which could harm our business, financial condition, results of operations, and prospects. | |
| *Our business is highly dependent on the success of our lead product candidates, including CB-010 and CB-011, which will require significant additional preclinical and clinical testing before we can seek regulatory approval and potentially commercially launch our product candidates. If we are unable to advance our preclinical studies and clinical trials, obtain approval for and successfully commercialize our lead product candidates for the treatment of patients in approved indications, or if we are significantly delayed in doing so, our business would be significantly harmed.*<br><br>Our business and future success depends on our ability to advance our product candidates through preclinical studies and clinical trials, obtain regulatory approval for, and successfully commercialize, our product candidates. **Because CB-010 is our first allogeneic cell therapy product to be evaluated in the clinic, the failure of our lead product candidate, or the failure of other companies' allogeneic anti-CD19 CAR-T cell therapies, including for reasons due to safety, efficacy, or durability, may impede our ability to develop not only CB-010 but our other CAR-T and CAR-NK product candidates as well, and may significantly influence physicians' and regulatory authorities' opinions with regard to the viability of our entire pipeline of allogeneic cell therapies.** In order to submit INDs for our other product candidates, we will need to complete many objectives, such as our preclinical research of product candidates still in discovery and advancement of cGMP conditions for our product | Prospectus (filed July 23, 2021), Ex. D at 24 (referenced throughout the AC)<br><br>Caribou Form S-1/A (filed July 22, 2021), Ex. C at 24 (referenced throughout the AC)<br><br>*See also* Caribou Form 10-K for Fiscal Year 2021 |

| Disclosure[2] | Source[3] |
|---|---|
| **Disclosures Regarding Risks Related to Investing in Clinical-Stage Companies** | |
| candidates. If we are unable to achieve any of these objectives, we may not be able to submit other INDs in a timely manner or at all, which would significantly harm our business…. | (filed Mar. 21, 2022), Ex. G at 51 (referenced at AC ¶¶ 48 n.14, 105–107)<br><br>*See also* Caribou Form 10-K for Fiscal Year 2022 (filed Mar. 9, 2023), Ex. P at 58 (referenced at AC ¶ 129 & n.51) |
| *Clinical testing is expensive, time consuming, and subject to uncertainty. We cannot guarantee that any clinical studies will be conducted as planned or completed on schedule, if at all. Issues may arise that could suspend or terminate our clinical trials. A failure of one or more clinical studies may occur at any stage of testing, and our future clinical studies may not be successful.*<br><br>Events that may prevent successful or timely completion of clinical development include:<br><br>• …<br><br>• the emergence of unforeseen safety issues or undesirable side effects;<br><br>• **clinical trials of our product candidates producing negative or inconclusive results**, which may result in our deciding, or regulators requiring us, to conduct additional clinical trials or abandon development of our product candidates;<br><br>• inability to establish clinical trial endpoints that applicable regulatory authorities consider clinically meaningful, or, if we seek accelerated approval, that applicable regulatory authorities consider likely to predict clinical benefit; | Prospectus (filed July 23, 2021), Ex. D at 27–28 (referenced throughout the AC)<br><br>Caribou Form S-1/A (filed July 22, 2021), Ex. C at 27–28 (referenced throughout the AC)<br><br>*See also* Caribou Form 10-K for Fiscal Year 2021 (filed Mar. 21, 2022), Ex. G at 53 (referenced at AC ¶¶ 48 n.14, 105–107) |

| Disclosure[2] | Source[3] |
|---|---|
| **Disclosures Regarding Risks Related to Investing in Clinical-Stage Companies** | |
| • … | *See also* Caribou Form 10-K for Fiscal Year 2022 (filed Mar. 9, 2023), Ex. P at 60 (referenced at AC at ¶ 129 & n.51) |
| ***The market price of our common stock may be volatile, which could result in substantial losses for investors purchasing shares in this offering.***<br><br>The initial public offering price for our common stock was determined through negotiations between us and the underwriters. **The market price of our common stock following the offering may vary significantly from the initial public offering price.**<br><br>Some of the factors that may cause the market price of our common stock to fluctuate include:<br><br>    • **the timing and results of preclinical studies and clinical trials for any product candidates that we develop;**<br><br>    • …<br><br>**In recent years, the stock market in general, and the market for pharmaceutical and biotechnology companies in particular, has experienced extreme price and volume fluctuations that have often been unrelated or disproportionate to changes in the operating performance of the companies whose stock is experiencing those price and volume fluctuations**, including recently in connection with the ongoing COVID-19 pandemic. … | Prospectus (filed July 23, 2021), Ex. D at 77–78 (referenced throughout the AC)<br><br>Caribou Form S-1/A (filed July 22, 2021), Ex. C at 77–78 (referenced throughout the AC)<br><br>*See also* Caribou Form 10-K for Fiscal Year 2021 (filed Mar. 21, 2022), Ex. G at 87 (referenced at AC ¶¶ 48 n.14, 105–107)<br><br>*See also* Caribou Form 10-K for Fiscal Year 2022 |

| Disclosure[2] | Source[3] |
|---|---|
| **Disclosures Regarding Risks Related to Investing in Clinical-Stage Companies** | |
| | (filed Mar. 9, 2023), Ex. P at 97–98 (referenced at AC ¶ 129 & n.51) |
| **Item 2. Management's Discussion and Analysis of Financial Conditions and Results of Operations.**<br><br>***Operating Expenses***<br><br>*Research and Development Expenses*<br><br>… **The successful development of CB-010, CB-011, CB-012, CB-020, and our other potential future product candidates is highly uncertain**. …<br><br>The duration, costs, and timing of preclinical studies, clinical trials, and development of our product candidates will depend on a variety of factors, including:<br><br>- …<br><br>- data from our clinical trials that support an acceptable risk-benefit profile of our product candidates for the intended patient populations and that demonstrate safety and efficacy; | Caribou Form 10-Q for Period Ended June 30, 2021 (filed Sept. 2, 2021), Ex. E at 28–29 (referenced at AC ¶ 101)<br><br>*See also* Caribou Form 10-K for Fiscal Year 2021 (filed Mar. 21, 2022), Ex. G at 98–100 (referenced at AC ¶¶ 48 n.14, 105-107)<br><br>*See also* Caribou Form 10-K for Fiscal Year 2022 (filed Mar. 9, 2023), Ex. P at 108 (referenced at AC ¶ 129 & n.51) |

| Disclosure | Source |
|---|---|
| **Disclosures Regarding Risks Relating to Preliminary Data** | |
| **MANAGEMENT'S DISCUSSION AND ANALYSIS OF FINANCIAL CONDITION AND RESULTS OF OPERATIONS**<br><br>*Operating Expenses*<br><br>The successful development of CB-010, CB-011, CB-012, CB-020, and our other potential future product candidates is highly uncertain. | Prospectus (filed July 23, 2021), Ex. D at 98 (referenced throughout the AC)<br><br>Caribou Form S-1/A (filed July 22, 2021), Ex. C at 100 (referenced throughout the AC)<br><br>*See also* Form 10-K for Fiscal Year 2021 (filed Mar. 21, 2022), Ex. G at 99 (referenced at AC ¶¶ 48 n.14, 105–107)<br><br>*See also* Caribou Form 10-K for Fiscal Year 2022 (filed Mar. 9, 2023), Ex. P at 108 (referenced at AC ¶ 129 & n.51) |
| ***Our business is highly dependent on the success of our lead product candidates, including CB-010 and CB-011, which will require significant additional preclinical and clinical testing before we can seek regulatory approval and potentially commercially launch our product candidates. If we are unable to advance our preclinical studies and clinical trials, obtain approval for and successfully commercialize our lead product candidates for the*** | Prospectus (filed July 23, 2021), Ex. D at 24 |

10

| Disclosure | Source |
|---|---|
| **Disclosures Regarding Risks Relating to Preliminary Data** | |
| *treatment of patients in approved indications, or if we are significantly delayed in doing so, our business would be significantly harmed.*<br><br>…<br><br>*CB-010*<br><br>CB-010 is our allogeneic anti-CD19 CAR-T cell therapy for the treatment of relapsed or refractory B cell non-Hodgkin lymphoma, or B-NHL. We use our Cas9 chRDNA genome-editing technology to eliminate the T cell receptor from healthy donor T cells to reduce the risk of GvHD and to remove the PD-1 checkpoint from the CAR-T cell surface to reduce exhaustion of the CAR-T cells. We have manufactured CB-010 under cGMP conditions and are enrolling patients for our ANTLER phase 1 clinical trial. **We do not know if the preclinical animal results we observed will be borne out in human patients or if CB-010 will ultimately prove to be safe and effective.**<br><br>… | (referenced throughout the AC)<br><br>Caribou Form S-1/A (filed July 22, 2021), Ex. C at 24 (referenced throughout the AC)<br><br>*See also* Form 10-K for Fiscal Year 2021 (filed Mar. 21, 2022), Ex. G at 51 (referenced at AC ¶¶ 48 n.14, 105–107)<br><br>*See also* Caribou Form 10-K for Fiscal Year 2022 (filed Mar. 9, 2023), Ex. P at 58 (referenced at AC ¶ 129 & n.51) |
| *Our clinical trials may fail to adequately demonstrate the safety and efficacy of any of our product candidates and the development of our product candidates may be delayed or unsuccessful, which could prevent or delay regulatory approval and commercialization.*<br><br>Our product candidates are in various stages of preclinical and clinical development. If we encounter safety or efficacy problems in our ongoing or future studies, our developmental plans and business could be significantly harmed. **Product candidates in later stages of clinical trials may fail to show the desired safety profiles and** | Prospectus (filed July 23, 2021), Ex. D at 29–30 (referenced throughout the AC) |

11

| Disclosure | Source |
|---|---|
| **Disclosures Regarding Risks Relating to Preliminary Data** | |
| **efficacy results despite having progressed through initial clinical trials. A number of companies in the biopharmaceutical industry have suffered significant setbacks in advanced clinical trials due to lack of efficacy or adverse safety profiles, notwithstanding promising results in earlier trials.** Based upon negative or inconclusive results, we may decide, or regulatory agencies may require us, to conduct additional clinical trials or preclinical studies. In addition, data obtained from clinical trials are susceptible to varying interpretations, and regulatory agencies may not interpret our data as favorably as we do, which may delay, limit, or prevent regulatory approval.<br><br>In addition, the design of a clinical trial can determine whether its results will support approval of our product candidates, and flaws in the design of a clinical trial may not be apparent until the clinical trial is well advanced. We have limited experience designing clinical trials and may be unable to design and execute a clinical trial that will support regulatory approval.<br><br>From time to time, we may publish initial, interim, or preliminary data from our clinical trials. **Initial, interim, or preliminary data from clinical trials are subject to the risk that one or more of the clinical outcomes may materially change as patient enrollment continues and more patient data become available. We also make assumptions, estimations, calculations, and conclusions as part of our analyses of data, and we may not have received or had the opportunity to fully evaluate all data at the time of publishing initial, interim, or preliminary data. These data also remain subject to audit and verification procedures that may result in the final data being materially different from the data we previously published. As a result, initial, interim, and preliminary data should be viewed with caution until the final data are available. Moreover, initial, interim, and preliminary data are subject to the risk that one or more of the clinical outcomes may materially change as more patient data become available when patients mature on study, patient enrollment continues, or, for final data, as other ongoing or future clinical trials with a product candidate further develop. Past results of clinical trials may not be predictive of future results. Unfavorable differences between initial, interim, or preliminary data and final data could significantly harm our business prospects and may cause the trading price of our common stock to fluctuate significantly.** | Caribou Form S-1/A (filed July 22, 2021), Ex. C at 29–30 (referenced throughout the AC)<br><br>*See also* Caribou Form 10-K for Fiscal Year 2021 (filed Mar. 21, 2022), Ex. G at 54 (referenced at AC ¶¶ 48 n.14, 105–107)<br><br>*See also* Caribou Form 10-K for Fiscal Year 2022 (filed Mar. 9, 2023), Ex. P at 61–62 (referenced at AC ¶ 129 & n.51) |

| Disclosure | Source |
|---|---|
| **Disclosures Regarding Risks Relating to Preliminary Data** | |
| Because of these risks, our product candidates may fail or encounter difficulties in clinical trials. If we are unable to advance our product candidates through clinical trials to seek marketing approval, our business, financial condition, results of operations, and prospects may be materially harmed. | |
| From time to time, the Company plans to release additional clinical data from its ANTLER phase 1 clinical trial, including at the EHA 2022 Hybrid Congress and by year-end, as it continues its ANTLER phase 1 clinical trial. **Investors should consider that additional clinical data may be released from time to time, and the Company makes no representation regarding such clinical data or the timing of its release, or whether any such additional clinical data will support or contradict the findings in the initial clinical data reported in the abstract. Initial or interim clinical trial data is subject to the risk that it will not ultimately be predictive of the safety and efficacy of the Company's product candidates and that clinical outcomes may differ as more and longer-term clinical data become available. For example, the preliminary clinical data for CB-010 reported on May 12, 2022 is based on a limited number of patients (six patients in total), has a cutoff date of February 23, 2022, and is subject to risks, including that one or more of the clinical outcomes may materially and adversely change as patients continue on study, dose levels change, patient enrollment continues, and further and longer-term data (including, with respect to efficacy, duration of response, and safety) become available. For example, one of the patients who achieved a CR in cohort one had progressive disease at their six-month evaluation prior to the February 23, 2022 data cutoff date, and further data (including longer-term clinical data) may show additional instances of relapses and other adverse results. As a result, topline data should be viewed with caution until final clinical data are available from the ANTLER trial.** | Caribou Form 8-K (May 12, 2022 Press Release), Ex. I at 1 (May 12, 2022 Press Release referenced at AC ¶¶ 16, 110–112) |
| *Our product candidates are cell therapies generated by novel chRDNA genome-editing technologies, which makes it difficult to predict the time and cost of developing our product candidates and obtaining regulatory approval. To date, no other products that use these genome-editing technologies have advanced into clinical trials or received marketing approval in the United States.*<br><br>… **Even if we collect promising initial clinical data for our product candidates, longer-term data may reveal adverse events or responses that are not durable.** Unexpected negative clinical outcomes would significantly impact our business. | Prospectus (filed July 23, 2021), Ex. D at 22 (referenced throughout the AC)<br><br>Caribou Form S-1/A (filed July 22, 2021), Ex. C at 22 |

| Disclosure | Source |
|---|---|
| **Disclosures Regarding Risks Relating to Preliminary Data** | |
| | (referenced throughout the AC) *See also* Caribou Form 10-K for Fiscal Year 2021 (filed Mar. 21, 2022), Ex. G at 49–50 (referenced R AC ¶¶ 48 n.14, 105-107) *See also* Caribou Form 10-K for Fiscal Year 2022 (filed Mar. 9, 2023), Ex. P at 56 (referenced at AC ¶ 129 & n.51) |

| Disclosure | Source |
|---|---|
| **Disclosures Regarding Risks Relating to Competition** | |
| *We face significant competition from other biotechnology and pharmaceutical companies, which may result in other companies developing or commercializing products before, or more successfully than, we do, thus rendering our product candidates non-competitive or reducing the size of our market, and our operating results will suffer if we fail to compete effectively.* <br><br> **The biopharmaceutical industry, and the genome-editing, cell therapy, and immuno-oncology industries specifically, is characterized by intense competition and rapid innovation.** Our potential competitors include major multi-national pharmaceutical companies, established biotechnology companies, specialty pharmaceutical companies, and universities and other research institutions. Many of our competitors have substantially greater | Prospectus (filed July 23, 2021), Ex. D at 43–45 (referenced throughout the AC) Caribou Form S-1/A (filed July 22, 2021), Ex. C at 43–45 |

14

| Disclosure | Source |
|---|---|
| **Disclosures Regarding Risks Relating to Competition** | |
| financial, technical, and other resources, such as larger research and development staffs, established manufacturing capabilities and facilities, and experienced marketing organizations with well-established sales forces. Smaller or early-stage companies may also prove to be significant competitors, particularly through collaborative arrangements with large, established companies that have greater resources. Mergers and acquisitions in the biotechnology and pharmaceutical industries may result in even more resources being concentrated on our competitors. Competition may increase further as a result of advances in the commercial applicability of genome editing or other new technologies and greater availability of capital for investment in these industries. These competitors also compete with us in recruiting and retaining qualified scientific and management personnel and establishing clinical trial sites and patient enrollment for participation in clinical trials, as well as in acquiring technologies complementary to, or necessary for, our development programs. In addition, due to the intense research and development taking place in the genome-editing field, including by us and our competitors, the intellectual property landscape is in flux and highly competitive. There may be significant intellectual property-related litigation and proceedings relating to our owned and in-licensed, and other third-party, intellectual property rights in the future. Our commercial opportunities could be reduced or eliminated if our competitors develop and commercialize products that are safer, more effective, have fewer or less severe side effects, are more convenient to administer, have broader acceptance and higher rates of reimbursement by third-party payors, or are less expensive than any product candidates that we may develop. Our competitors also may obtain FDA or other regulatory approval for their products more rapidly than we may obtain approval for ours, which could result in our competitors establishing a strong market position before we are able to enter the market. **Additionally, genome-editing technologies developed by our competitors may render our product candidates uneconomical or obsolete, and we may not be successful in marketing any product candidates we may develop against competitor products. The key competitive factors affecting the success of all of our product candidates are likely to be their efficacy, safety, and availability of reimbursement.**<br><br>Our focus is on the development of cell therapies using our chRDNA genome-editing technology. We are aware of several companies focused on developing therapies for various indications using CRISPR-Cas9 genome-editing technology including CRISPR Therapeutics AG, Editas Medicine, Inc., and Intellia. In addition, several academic groups have developed new genome-editing technologies based on CRISPR-Cas9, such as base editing and prime editing, as well as alternative CRISPR systems, which may have utility in therapeutic development. We believe companies such as Beam Therapeutics Inc., Metagenomi Technologies, LLC, Prime Medicine, Inc., and Scribe Therapeutics, Inc. are developing alternative CRISPR systems. | (referenced throughout the AC)<br><br>*See also* Caribou Form 10-K for Fiscal Year 2021 (filed Mar. 21, 2022), Ex. G at 63 (referenced at AC ¶¶ 48 n.14, 105-107)<br><br>*See also* Caribou Form 10-K for Fiscal Year 2022 (filed Mar. 9, 2023), Ex. P at 71 (referenced at AC at ¶ 129 & n.51) |

| Disclosure | Source |
|---|---|
| **Disclosures Regarding Risks Relating to Competition** | |
| Multiple academic labs and companies have also published on other CRISPR-associated nuclease variants that can edit human DNA. There are also companies developing therapies using non-CRISPR genome-editing technologies, such as transcription activator-like effector nucleases, meganucleases, and zinc finger nucleases. These companies include Allogene Therapeutics, Inc., bluebird bio, Inc., Cellectis S.A., Precision BioSciences, Inc., and Sangamo Therapeutics. In addition to competition from other genome-editing therapies or gene or cell therapies, any product we may develop may also face competition from other types of therapies, such as small molecule, antibody, or protein therapies.<br><br>Our allogeneic CAR-T and CAR-NK cell therapy product candidates face significant competition from multiple companies, including Allogene, Atara Biotherapeutics, Inc., Cellectis, Celyad Oncology SA, CRISPR Therapeutics AG, Fate Therapeutics, Inc., Poseida Therapeutics, Inc., Precision BioSciences, and Sangamo Therapeutics. **There are over 200 preclinical- and clinical-stage autologous and allogeneic anti-CD19 CAR-T programs, some of which will be competitive with our CB-010 product candidate**, and over 90 preclinical- and clinical-stage autologous and allogeneic anti-BCMA CAR-T programs, some of which will be competitive with our CB-011 product candidate. Additionally, other companies are developing allogeneic CAR-T cell therapies for AML.<br><br>To become and remain profitable, we must develop and eventually commercialize product candidates with significant market potential, which will require us to be successful in a range of challenging activities. These activities can include completing preclinical studies and clinical trials of our product candidates; obtaining marketing and reimbursement approval for these product candidates; manufacturing, marketing, and selling those products that are approved; and satisfying any post-marketing requirements. We may never succeed in any or all of these activities and, even if we do, we may never generate revenues that are significant or large enough to achieve profitability. If we do achieve profitability, we may not be able to sustain or increase profitability on a quarterly or annual basis. Our failure to become and remain profitable would decrease the price of our common stock and could impair our ability to raise capital, maintain our research and development efforts, expand our business, or continue our operations. A decline in the price of our common stock also could cause stockholders to lose all or part of their investment. | |
| **Competition**<br>We believe that our CAR-T cell therapy product candidates have the potential to offer a superior product to patients due to genome edits we make to improve their persistence with the goal of extending robust CAR-T cell antitumor | Prospectus (filed July 23, 2021), Ex. D at 151–52 |

| Disclosure | Source |
|---|---|
| **Disclosures Regarding Risks Relating to Competition** | |
| activity in patients. Additionally, our pioneering scientific expertise in iPSC-derived NK cells sets the foundation for our first CAR-iNK cell therapy to target an antigen present on multiple solid tumor malignancies. Due to the promising therapeutic effect of cell therapies, and the potential benefit of allogeneic treatment alternatives, we expect increasing competition from new and existing companies across four major fronts, which include, among others:<br><br>• Autologous T cell therapy: Adaptimmune Therapeutics plc, Autolus Therapeutics plc, bluebird, Bristol-Myers Squibb Company, **Gracell Biotechnologies Inc.**, Kite, a Gilead Company, Novartis International AG, Poseida, TCR2 Therapeutics Inc., and Vor Biopharma Inc.;<br><br>• Allogeneic T cell therapy: Allogene, Atara Biotherapeutics, Inc., Cellectis, Celyad Oncology SA, CRISPR Therapeutics, Fate Therapeutics, Inc., **Gracell**, Kite, Legend Biotech Corporation, Poseida, Precision Bio, Sana Biotechnology, Inc., and Vor;<br><br>. . . | (referenced throughout the AC)<br><br>Caribou Form S-1/A (filed July 22, 2021), Ex. C at 153–54 (referenced throughout the AC)<br><br>*See also* Caribou Form 10-K for Fiscal Year 2021 (filed Mar. 21, 2022), Ex. G at 27–28 (referenced at AC ¶¶ 48 n.14, 105–107)<br><br>*See also* Caribou Form 10-K for Fiscal Year 2022 (filed Mar. 9, 2023), Ex. P at 31–32 (referenced at AC ¶ 129 & n.51) |
| ***The market price of our common stock may be volatile, which could result in substantial losses for investors purchasing shares in this offering.***<br><br>The initial public offering price for our common stock was determined through negotiations between us and the underwriters. **The market price of our common stock following the offering may vary significantly from the initial public offering price.** As a result, you may not be able to sell your common stock at or above the initial | Prospectus (filed July 23, 2021), Ex. D at 77–78 (referenced throughout the AC) |

| Disclosure | Source |
|---|---|
| **Disclosures Regarding Risks Relating to Competition** | |
| public offering price. **Some of the factors that may cause the market price of our common stock to fluctuate include**:<br><br>   •  the timing and results of preclinical and clinical studies for any product candidates that we develop;<br><br>   •  delay, failure, or discontinuation of any of our product candidates or research programs;<br><br>   •  **results of preclinical studies, clinical trials, or regulatory approvals of product candidates of our competitors, or announcements about new research programs or product candidates of our competitors;**<br><br>   •  … | Caribou Form S-1/A (filed July 22, 2021), Ex. C at 77–78 (referenced throughout the AC)<br><br>*See also* Caribou Form 10-K for Fiscal Year 2021 (filed Mar. 21, 2022), Ex. G at 87 (referenced at AC ¶¶ 48 n.14, 105–107)<br><br>*See also* Caribou Form 10-K for Fiscal Year 2022 (filed Mar. 9, 2023), Ex. P at 97–98 (referenced at AC ¶ 129 & n.51) |

| Disclosure | Source |
|---|---|
| **Disclosures Related to Forward-Looking Statements** | |
| SPECIAL NOTE REGARDING FORWARD-LOOKING STATEMENTS<br><br>This prospectus contains forward-looking statements. **All statements other than statements of historical facts contained in this prospectus, including statements regarding our future results of operations and financial position, future revenue, business strategy, prospects, product candidates, planned and ongoing preclinical studies and clinical trials, results of preclinical studies and clinical trials, research and development costs,** | Prospectus (filed July 23, 2021), Ex. D at 84–86 (referenced throughout the AC) |

18

| Disclosure | Source |
|---|---|
| **Disclosures Related to Forward-Looking Statements** | |
| **regulatory approvals, timing and likelihood of success, as well as plans and objectives of management for future operations, are forward-looking statements**. In some cases, you can identify forward-looking statements by terms such as "may," "will," "should," "expect," "plan," "anticipate," "could," "intend," "target," "project," "contemplate," "believe," "estimate," "predict," "potential," or "continue" or the negative of these terms or other similar expressions, although not all forward-looking statements contain these words. Forward-looking statements include, but are not limited to, statements concerning:<br><br>• **the initiation, timing, progress and results of our product candidate preclinical studies, clinical trials, and research programs**;<br><br>• our ability to demonstrate, and the timing of, preclinical proof-of-concept in vivo for our product candidates;<br><br>• **our ability to successfully develop our product candidates and to obtain and maintain regulatory approval for our product candidates**;<br><br>• our ability to successfully complete our clinical trials;<br><br>• our ability to quickly leverage our initial product candidates and to progress additional candidates;<br><br>• the prevalence of certain diseases and conditions we intend to treat and the size of the market opportunity for our product candidates;<br><br>• estimates of the number of patients with certain diseases and conditions we intend to treat and the number of patients that we will enroll in our clinical trials;<br><br>• **the likelihood of our clinical trials demonstrating safety and efficacy of our product candidates**;<br><br>• **the beneficial characteristics, safety, efficacy, therapeutic effects, and potential advantages of our product candidates**;<br><br>• … | Caribou Form S-1/A (filed July 22, 2021), Ex. C at 84–86 (referenced throughout the AC) |

19

| Disclosure | Source |
|---|---|
| **Disclosures Related to Forward-Looking Statements** | |
| <ul><li>**anticipated developments related to our competitors and our industry**;</li></ul><br><ul><li>our competitive position and ability to leverage the clinical, regulatory, and manufacturing advancements made by our genome-editing technologies to accelerate our clinical trials and regulatory approval of product candidates;</li></ul><br><ul><li>the success of competing therapies that are or may become available;</li></ul><br><ul><li>…</li></ul><br>The forward-looking statements in this prospectus are only predictions and are based largely on our current expectations and projections about future events and financial trends that we believe may affect our business, financial condition and results of operations. These forward-looking statements speak only as of the date of this prospectus and are subject to a number of known and unknown risks, uncertainties and assumptions, including those described under the sections in this prospectus entitled "Risk Factors" and "Management's Discussion and Analysis of Financial Condition and Results of Operations" and elsewhere in this prospectus. **Because forward-looking statements are inherently subject to risks and uncertainties, some of which cannot be predicted or quantified and some of which are beyond our control, you should not rely on these forward-looking statements as predictions of future events. The events and circumstances reflected in our forward-looking statements may not be achieved or occur and actual results could differ materially from those projected in the forward-looking statements. Moreover, we operate in a very competitive and rapidly evolving environment. New risk factors and uncertainties may emerge from time to time, and it is not possible for management to predict all risk factors and uncertainties**. Except as required by applicable law, we do not plan to publicly update or revise any forward-looking statements contained herein, whether as a result of any new information, future events, changed circumstances or otherwise. | |
| INDUSTRY AND MARKET DATA<br><br>Unless otherwise indicated, information contained in this prospectus concerning our industry and the markets in which we operate, including our general expectations about our product candidates, market position, market opportunity, market size, and the incidence of certain medical conditions, is based on industry information and other | Prospectus (filed July 23, 2021), Ex. D at 87 (referenced throughout the AC) |

| Disclosure | Source |
|---|---|
| **Disclosures Related to Forward-Looking Statements** | |
| third-party sources. **Our estimates of the potential market opportunities for our product candidates include a number of key assumptions based on our industry knowledge and industry publications, which we believe to be reasonable. However, any projections, assumptions, and estimates of our future performance and the future performance of the industry in which we operate are necessarily subject to risks and uncertainties due to a variety of factors, including those described in "Risk Factors" and elsewhere in this prospectus.** These and other factors could cause results to differ materially from those expressed in the estimates made by independent third parties and by us. | Caribou Form S-1/A (filed July 22, 2021), Ex. C at 87 (referenced throughout the AC) |
| **Special Note Regarding Forward-Looking Statements**<br><br>This Annual Report on Form 10-K contains forward-looking statements. **All statements other than statements of historical facts contained in this Annual Report on Form 10-K, including statements regarding our business strategy, plans, and objectives; expectations regarding our clinical and preclinical development programs, including our timing expectations with respect to such programs and the expected timing of disclosure of initial data from such programs; future regulatory filings; our results of operations and financial position; plans and objectives of management for future operations; and the like, are forward-looking statements**. In some cases, you can identify forward-looking statements by terms such as "may," "will," "should," "expect," "plan," "anticipate," "could," "intend," "target," "project," "contemplate," "believe," "estimate," "predict," "potential," or "continue," or the negative of these terms or other similar expressions, although not all forward-looking statements contain these words.<br><br>Forward-looking statements include, but are not limited to, statements concerning:<br><br>• **our expectations regarding the initiation, timing, progress, and results of our product candidate preclinical studies, clinical trials, and research programs including, without limitation, our timing expectations relating to the release of initial patient data from our ANTLER phase 1 clinical trial for CB-010, the submission of our IND applications for CB-011 and CB-012, and our target selection for CB-020**;<br><br>• our ability to demonstrate, and the timing of, preclinical proof-of-concept *in vivo* for our product candidates; | Caribou Form 10-K for Fiscal Year 2021 (filed Mar. 21, 2022), Ex. G at iv (referenced at AC ¶¶ 48 n.14, 105–107)<br><br>*See also* Caribou Form 10-K for Fiscal Year 2022 (filed Mar. 9, 2023), Ex. P at iv (referenced at AC ¶ 129 & n.51) |

| Disclosure | Source |
|---|---|
| **Disclosures Related to Forward-Looking Statements** | |
| • our ability to successfully develop our product candidates and to obtain and maintain regulatory approval for our product candidates;<br><br>• **the likelihood of our clinical trials demonstrating safety and efficacy of our product candidates**;<br><br>• …<br><br>• **a**nticipated developments related to our competitors and our industry;<br><br>• ….<br><br>The forward-looking statements in this Annual Report on Form 10-K are only predictions and are based largely on our current expectations and projections about future events and financial trends that we believe may affect our business, financial condition and results of operations. These forward-looking statements speak only as of the date of this Annual Report on Form 10-K and are subject to a number of known and unknown risks, uncertainties and assumptions, including those described in the "Risk Factors" section in Part I, Item 1A of this Annual Report on Form 10-K and in the "Management's Discussion and Analysis of Financial Condition and Results of Operations" section in Part II, Item 7 of this Annual Report on Form 10-K. Because forward-looking statements are inherently subject to risks and uncertainties, some of which cannot be predicted or quantified and some of which are beyond our control, you should not rely on these forward-looking statements as predictions of future events. **The events and circumstances reflected in our forward-looking statements may not be achieved or may not occur and actual results could differ materially from those projected in the forward-looking statements. Moreover, we operate in a very competitive and rapidly evolving environment. New risk factors and uncertainties may emerge from time to time, and it is not possible for management to predict all risk factors and uncertainties**. Except as required by applicable law, we do not plan to publicly update or revise any forward-looking statements contained herein, whether as a result of any new information, future events, changed circumstances or otherwise. | |
| **Special Note Regarding Forward-Looking Statements**<br>This Quarterly Report contains forward-looking statements. **All statements other than statements of historical facts contained in this Quarterly Report, including statements regarding our future results of operations and financial position, future revenue, business strategy, prospects, product candidates, planned and ongoing** | Caribou Form 10-Q for Period Ended June 30, 2021 (filed |

| Disclosure | Source |
|---|---|
| **Disclosures Related to Forward-Looking Statements** | |
| **preclinical studies and clinical trials, results of preclinical studies and clinical trials, research and development costs, regulatory approvals, timing and likelihood of success, as well as plans and objectives of management for future operations, are forward-looking statements**. In some cases, you can identify forward-looking statements by terms such as "may," "will," "should," "expect," "plan," "anticipate," "could," "intend," "target," "project," "contemplate," "believe," "estimate," "predict," "potential," or "continue" or the negative of these terms or other similar expressions, although not all forward-looking statements contain these words.<br><br>**As a result of many factors, including** risks related to our financial position and our ability to raise additional capital as needed to fund our operations and product candidate development; **risks associated with the initiation, cost, timing, progress, and results of current and future research and development programs, preclinical studies, and clinical trials**; our ability to obtain and maintain regulatory approval for our product candidates; risks that our product candidates, if approved, may not gain market acceptance due to negative public opinion and increased regulatory scrutiny of cell therapies involving genome editing; our ability to meet future regulatory standards with respect to our products; our ability to establish and/or maintain intellectual property rights covering our product candidates and genome-editing technology; risks of third parties asserting that our product candidates infringe their patents; **developments related to our competitors and our industry**; our reliance on third parties to conduct our clinical trials and manufacture our product candidates; and the impact of COVID-19 on our business and operations; and other risks are described in greater detail in the section of the Final Prospectus titled "Risk Factors." **The events and circumstances reflected in our forward-looking statements may not be achieved or may not occur, and actual results could differ materially from those described in or implied by the forward-looking statements contained in the following discussion and analysis. As a result of these risks, you should not place undue reliance on these forward-looking statements**. Our company assumes no obligation to revise or update any forward-looking statements for any reason, except as required by law. | Sept. 2, 2021), Ex. E at 24 (referenced at AC ¶ 101 & n.41)<br><br>*See also* Caribou Form 10-Q for Period Ended Sept. 30, 2021 (filed Nov. 9, 2021), Ex. F at 23 (referenced at AC ¶ 103 & n.42)<br><br>*See also* Caribou Form 10-Q for Period Ended Mar. 31, 2022 (filed May 9, 2022), Ex. H at 24 (referenced at AC ¶ 109 & n.43)<br><br>*See also* Caribou Form 10-Q for Period Ended June 30, 2022 (filed Aug. 9, 2022), Ex. K at 23 (referenced at AC ¶ 119 & n.46) |

23

| Disclosure | Source |
|---|---|
| **Disclosures Related to Forward-Looking Statements** | |
| **Special Note Regarding Forward-Looking Statements** <br><br> This Form 10-Q contains forward-looking statements. All statements other than statements of historical facts contained in this Form 10-Q, including statements regarding our business strategy, plans, and objectives; expectations regarding our clinical and preclinical development programs, including our timing expectations with respect to such programs and the expected timing of disclosure of clinical data from such programs; future regulatory filings; our results of operations and financial position; plans and objectives of management for future operations; and the like, are forward-looking statements. In some cases, you can identify forward-looking statements by terms such as "may," "will," "should," "expect," "plan," "anticipate," "could," "intend," "target," "project," "contemplate," "believe," "estimate," "predict," "potential," or "continue" or the negative of these terms or other similar expressions, although not all forward-looking statements contain these words. <br><br> <u>As a result of many factors, including but not limited to</u> risks related to our limited operating history, history of net operating losses, financial position and our ability to raise additional capital as needed to fund our operations and product candidate development; <u>risks associated with the initiation, cost, timing, progress, and results of current and future research and development programs, preclinical studies, and clinical trials; the risk that initial or interim clinical trial data will not ultimately be predictive of the safety and efficacy of our product candidates or that clinical outcomes may differ as more clinical data becomes available</u>; risks related to our ability to obtain and maintain regulatory approval for our product candidates; risks that our product candidates, if approved, may not gain market acceptance due to negative public opinion and increased regulatory scrutiny of cell therapies involving genome editing; risks related to our ability to meet future regulatory standards with respect to our products; risks related to our ability to establish and/or maintain intellectual property rights covering our product candidates and genome-editing technology; risks of third parties asserting that our product candidates infringe their patents; risks related to developments of our competitors and our industry; risks related to our reliance on third parties to conduct our clinical trials and manufacture our product candidates; risks caused by the impact of COVID-19 or geopolitical events on our business and operations; and other risks described in greater detail in the section of our Form 10-K titled "Risk Factors," and in other filings we make with the SEC, the events and circumstances reflected in our forward-looking statements may not be achieved or may not occur, and actual results could differ materially from those described in or implied by the forward-looking statements contained in the following discussion and analysis. As a result of these risks, you should not place undue reliance on these forward-looking statements. We assume no obligation to revise or update any forward-looking statements for any reason, except as required by law. | Caribou Form 10-Q for Period Ended Sept. 30, 2022 (filed Nov. 8, 2022), Ex. M at 26 (referenced at AC ¶ 123 & n.48) <br><br> *See also* Caribou Form 10-Q for Period Ended Mar. 31, 2023 (filed May 9, 2023), Ex. S at 19 (referenced at AC ¶ 130 & n.52) |

| Disclosure | Source |
|---|---|
| **Disclosures Related to Forward-Looking Statements** | |
| **Forward-Looking Statements**<br>This press release contains forward-looking statements within the meaning of the Private Securities Litigation Reform Act of 1995. These forward-looking statements include, without limitation, statements related to Caribou's strategy, plans, and objectives, and expectations regarding its clinical and preclinical development programs, including its expectations relating to the timing of the release of initial and additional patient data from its ANTLER phase 1 clinical trial for CB-010. **Management believes that these forward-looking statements are reasonable as and when made. However, such forward-looking statements are subject to risks and uncertainties, and actual results may differ materially from any future results expressed or implied by the forward-looking statements. Risks and uncertainties include, without limitation**, risks inherent in development of cell therapy products; uncertainties related to the initiation, cost, timing, progress, and results of Caribou's current and future research and development programs, preclinical studies, and clinical trials; and **the risk that initial or interim clinical trial data will not ultimately be predictive of the safety and efficacy of Caribou's product candidates or that clinical outcomes may differ as more patient data becomes available**; as well as other risk factors described from time to time in Caribou's filings with the Securities and Exchange Commission, including its Annual Report on Form 10-K for the year ended December 31, 2021, and subsequent filings. In light of the significant uncertainties in these forward-looking statements, you should not rely upon forward-looking statements as predictions of future events. Except as required by law, Caribou undertakes no obligation to update publicly any forward-looking statements for any reason. | Caribou Form 8-K (May 12, 2022 Press Release), Ex. I at Ex. 99.1, p. 4–5 (May 12, 2022 Press Release referenced at AC ¶¶ 16, 110–112)<br><br>*See also*<br>Caribou Form 8-K (June 10, 2022 Press Release), Ex. J at Ex. 99.1, p. 5 (June 10, 2022 Press Release referenced at AC ¶¶ 17, 78, 115, 134, 201)<br><br>*See also*<br>Caribou Form 8-K (Dec. 12, 2022 Press Release), Ex. O at Ex. 99.1, pp. 3–4 (Dec. 12, 2022 Press Release referenced at AC ¶ 126)<br><br>*See also*<br>Caribou Form 8-K (Mar. 9, 2023 Press |

| Disclosure | Source |
|---|---|
| **Disclosures Related to Forward-Looking Statements** | |
| | Release), Ex. R at Ex. 99.1, p. 4 (Mar. 9, 2023 Press Release referenced at AC ¶ 127) |