# EXHIBIT B

**Alleged Misleading Statements and Omissions**

| AC ¶ | Source | Alleged False and/or Misleading Statement[1] | Why Statement Is Not Actionable[2] | | | |
|---|---|---|---|---|---|---|
| | | | No Facts Alleged To Support Falsity[3] | Forward-Looking[4] | Puffery or Optimism[5] | Opinion[6] |
| 85, 209 | Prospectus (filed Jul. 23, 2021), Ex. D at 5, 120–21<br><br>Form S-1/A (filed Jul. 22, 2021), Ex. C at 5, 122–23 | "We also knock out the gene encoding the PD-1 protein in these cells to boost the persistence of CAR-T cell antitumor activity. We believe that the PD-1 knockout has the potential to reduce the likelihood of rapid tumor recurrence and potentially confer a better therapeutic index compared to other allogeneic CAR-T cells. To our knowledge, CB-010 is the first allogeneic CAR-T cell therapy with a PD-1 knockout in clinical studies . . . ." | ✔ | ✔ | ✔ | ✔ |
| 87, 101, 103, 105, 109, | Prospectus (filed Jul. 23, 2021), Ex. D at 1–2, 94, 117 | "Our lead product candidate, CB-010, is, to our knowledge, the first clinical-stage allogeneic anti-CD19 CAR-T cell therapy with programmed cell death protein 1 ("PD-1") removed from the CAR-T cell surface by a genome-edited knockout of the PDCD1 gene. | ✔ | | | ✔ |

[1] This column includes the allegedly false and/or misleading statements identified in the Plaintiff's Amended Class Action Complaint for Violations of the Federal Securities Laws (Dkt. No. 35, the "AC"). All emphases from the AC have been omitted.

[2] For the Court's convenience, this column identifies the reasons why each alleged false and/or misleading statement is not actionable, as set forth in the concurrently filed Caribou Defendants' Motion to Dismiss the Amended Complaint ("Caribou Defs' MTD").

[3] Caribou Defs' MTD at III.B.

[4] Caribou Defs' MTD at III.B.3.

[5] Caribou Defs' MTD at III.B.2.

[6] Caribou Defs' MTD at III.B.1.

| AC ¶ | Source | Alleged False and/or Misleading Statement[1] | Why Statement Is Not Actionable[2] | | | |
|---|---|---|---|---|---|---|
| | | | No Facts Alleged To Support Falsity[3] | Forward-Looking[4] | Puffery or Optimism[5] | Opinion[6] |
| 119, 123, 129, 130, 211 | Form S-1/A (filed Jul. 22, 2021), Ex. C at 1–2, 96, 119<br><br>Q2 2021 Form 10-Q (filed Sept. 2, 2021), Ex. E at 25<br><br>Q3 2021 Form 10-Q (filed Nov. 9, 2021), Ex. F at 24<br><br>2021 Form 10-K (filed Mar. 21, 2022), Ex. G at 1<br><br>Q1 2022 Form 10-Q (filed May 9, 2022), Ex. H at 24<br><br>Q2 2022 Form 10-Q (filed Aug. 9, 2022), Ex. K at 23<br><br>Q3 2022 Form 10-Q (filed Nov. 8, 2022), Ex. M at 26 | We have demonstrated in preclinical models that the PD-1 knockout improves the persistence of antitumor activity by disrupting a pathway that leads to rapid T cell exhaustion." | | | | |

2

| AC ¶ | Source | Alleged False and/or Misleading Statement[1] | Why Statement Is Not Actionable[2] | | | |
|---|---|---|---|---|---|---|
| | | | No Facts Alleged To Support Falsity[3] | Forward-Looking[4] | Puffery or Optimism[5] | Opinion[6] |
| | 2022 Form 10-K (filed Mar. 9, 2023), Ex.P at 1, 105<br><br>Q1 2023 Form 10-Q (filed May 9, 2023), Ex. S at 20 | | | | | |
| 89, 213 | Prospectus (filed Jul. 23, 2021), Ex. D at 1, 94, 117<br><br>Form S-1/A (filed Jul. 22, 2021), Ex. C at 1, 96, 119 | "The genome-editing technologies currently used in the allogeneic cell therapy field generally have limited efficiency, specificity, and versatility for performing the multiple, precise genomic edits necessary to address insufficient persistence. Our chRDNA technology is designed to address these genome-editing limitations and improve cell therapy activity. By applying this approach to allogeneic cell therapies, we believe we can unlock their full potential by improving upon their effectiveness and durability." | ✓ | ✓ | ✓ | ✓ |
| 91, 215 | Prospectus (filed Jul. 23, 2021), Ex. D at 136<br><br>Form S-1/A (filed Jul. 22, 2021), Ex. C at 138 | "Overall, our data demonstrate that the removal of the PD-1 checkpoint from the CB-010 CAR-T cells provided a statistically significant survival advantage in mice bearing robust and metastatic B cell tumors. Our data suggest that the PD-1 knockout may have led to a more robust debulking of the tumor by CB-010 during the early part of the study compared to the conventional allogeneic CD19 CAR-T cells, leading to a reduction in the recurrence of the | ✓ | ✓ | ✓ | ✓ |

3

| AC ¶ | Source | Alleged False and/or Misleading Statement[1] | Why Statement Is Not Actionable[2] | | | |
|---|---|---|---|---|---|---|
| | | | No Facts Alleged To Support Falsity[3] | Forward-Looking[4] | Puffery or Optimism[5] | Opinion[6] |
| | | tumor cells. Based on these data, we believe CB-010 has the potential for a better therapeutic index compared to other allogeneic CAR-T cells." | | | | |
| 93, 106, 217 | Prospectus (filed Jul. 23, 2021), Ex. D at 127 <br><br> Form S-1/A (filed Jul. 22, 2021), Ex. C at 129 <br><br> 2021 Form 10-K (filed Mar. 21, 2022), Ex. G at 10 | "[O]ur preclinical *in vivo* data from experiments conducted in mouse xenograft models submitted as part of our CB-010 IND [Investigational New Drug Application] demonstrate that knocking out PD-1 leads to a significant increase in the durability of antitumor activity and therefore overall mouse survival." | ✓ | | | ✓ |
| 107 | 2021 Form 10-K (filed Mar. 21, 2022), Ex. G at 15 | "CB-010 cells demonstrate dose-dependent and robust cytotoxic activity at a range of effector-to-target ratios compared to negative control cells." | ✓ | | | ✓ |
| 110 | Form 8-K (filed May 12, 2022), Ex. I at Ex. 99.1, p. 1 | "-- 100% ORR (5 of 5 patients) and 80% CR (4 of 5 patients) achieved following 1 dose at the initial dose level in patients with aggressive r/r B-NHL – <br> -- CB-010 is the 1st allogeneic CAR-T cell therapy to achieve 100% ORR (5 of 5 patients)–--" | ✓ | | | ✓ |

4

| AC ¶ | Source | Alleged False and/or Misleading Statement[1] | Why Statement Is Not Actionable[2] | | | |
|---|---|---|---|---|---|---|
| | | | No Facts Alleged To Support Falsity[3] | Forward-Looking[4] | Puffery or Optimism[5] | Opinion[6] |
| 111 | Form 8-K (filed May 12, 2022), Ex. I at Ex. 99.1, pp. 1–2 | "As of the February 23, 2022 data cutoff date, 6 patients had been treated with CB-010 and 5 had completed the 28-day dose limiting toxicity evaluation period. 100% (n=5) achieved a response; 80% (n=4) achieved a CR, and 20% (n=1) achieved a partial response (PR). All 4 patients who achieved a CR at 28 days had an ongoing CR at 3 months. . . [I]nitial results demonstrate[ed] a 100% overall response rate (ORR) and 80% complete response rate (CR) in cohort 1 (n=5 evaluable) from its ANTLER Phase 1 trial for CB-010 in patients with relapsed or refractory B cell non-Hodgkin lymphoma (r/r B-NHL)." | ✓ | | | ✓ |
| 112 | Form 8-K (filed May 12, 2022), Ex. I at Ex. 99.1, p. 1 | "These excellent initial outcomes represent important steps toward validating our chRDNA genome-editing platform as well as our plans for future development of CB-010 and our broader pipeline . . . CB-010 is the first allogeneic anti-CD19 CAR-T cell therapy in the clinic with a PD-1 knock-out, a genome-editing strategy designed to limit premature CAR-T cell exhaustion." | ✓ | ✓ | ✓ | ✓ |
| 113 | May 12, 2022 Fierce Biotech Article (Ex. W) | "[T]he approved CAR-Ts that focus on CD19-positive disease have achieved overall response rates of about 50% to 70% and overall response rates of 30% to 50%. These include Gilead's Yescarta, Bristol Myers Squibb's Breyanzi and Novartis' Kymriah." | ✓ | | | ✓ |

5

| AC ¶ | Source | Alleged False and/or Misleading Statement[1] | Why Statement Is Not Actionable[2] | | | |
|---|---|---|---|---|---|---|
| | | | No Facts Alleged To Support Falsity[3] | Forward-Looking[4] | Puffery or Optimism[5] | Opinion[6] |
| 116 | June 2022 Conference Call, Ex. X at 11 | "[O]n the poster in a preclinical model where we allowed the mice to become heavily burdened by tumor growth for quite some time and then we did the treatments and what you see is that CB-010 leads to longer durability than an identical cell without the PD-1 knockout…" | ✓ | | | ✓ |
| 117 | June 2022 Conference Call, Ex. X at 17 | "To the snapshot of data that we have today is 40% of patients remaining in CR six months out, which we think is very promising initial data. . . . That's really a big motivator for moving to 80 million cells for the second cohort." | ✓ | ✓ | ✓ | ✓ |
| 121 | Form 8-K (filed Nov. 8, 2022), Ex. N at Ex. 99.1, p. 1 | "We have seen highly promising results from our lead allogeneic cell therapy, CB-010, at the lowest starting dose in the ANTLER clinical trial in patients with [r/r -NHL] . . . . The . . . antitumor activity for CB-010 at dose level 1 are encouraging, and we look forward to generating additional efficacy and durability data from the dose escalation phase of the ANTLER trial." | ✓ | ✓ | ✓ | ✓ |
| 124 | Jefferies LLC London Healthcare Conference (Nov. 17, 2022), Ex. Y at 3 | "Quite remarkably, we saw a 100% complete response rate as best response, which to the best of my knowledge is the best anyone has seen for a cell therapy at such a low dose. And importantly, we've now observed a 50% six-month CR rate, showing really quite promising and durable activity. To put this in context, what we often hear from [key opinion leaders] KOLs in this space, is that there are real world experience with their patients in the clinic today, | ✓ | ✓ | ✓ | ✓ |

6

| AC ¶ | Source | Alleged False and/or Misleading Statement[1] | Why Statement Is Not Actionable[2] | | | |
|---|---|---|---|---|---|---|
| | | | No Facts Alleged To Support Falsity[3] | Forward-Looking[4] | Puffery or Optimism[5] | Opinion[6] |
| | | is about a 33% six months CR rate with autologous CAR-Ts. So we think this is a really compelling start, especially considering that it's only just level 1." | | | | |
| 125 | Bank of America Biotech SMID Cap Conference (Dec. 7, 2022), Ex. Z at 2–3 | "To your point, clearly duration of response is really important in this field. And often what we hear from physicians today whose patients are getting the approved commercial antilogous [ph] CAR-T products they're seeing something like 30 to 35% six months CR rates in the real world clinic experience. And so, we were really pleased a little bit later this year to share a 50% six month CR rate for this initial cohort of patients." | ✓ | ✓ | ✓ | ✓ |
| 126 | Form 8-K (filed Dec. 12, 2022), Ex. O at Ex. 99.1, p. 2 | "The long-term durability at dose level 1 is comparable to autologous cell therapies and we believe CB-010 has the potential to set a new therapeutic bar for what allogeneic anti-CD19 CAR-T cell therapies can achieve." | ✓ | ✓ | ✓ | ✓ |
| 127 | Form 8-K (filed Mar. 9, 2023), Ex. Q at Ex. 99.1, p. 1 | "The initial dose level of CB-010 demonstrated 6-month complete response rates that have the potential to rival the responses seen with approved autologous CAR-T cell therapies." | ✓ | ✓ | ✓ | ✓ |

7