# EXHIBIT L

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
### WASHINGTON, D.C. 20549

## FORM 8-K

### CURRENT REPORT

**Pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934**

**Date of Report (Date of earliest event reported): August 09, 2022**

# Caribou Biosciences, Inc.

**(Exact name of Registrant as Specified in Its Charter)**

| | | |
|---|---|---|
| **Delaware** | **001-40631** | **45-3728228** |
| **(State or Other Jurisdiction of Incorporation)** | **(Commission File Number)** | **(IRS Employer Identification No.)** |
| **2929 7th Street, Suite 105** | | |
| **Berkeley, California** | | **94710** |
| **(Address of Principal Executive Offices)** | | **(Zip Code)** |

**Registrant's Telephone Number, Including Area Code:** (510)**) 982-6030**

**N/A**
**(Former Name or Former Address, if Changed Since Last Report)**

Check the appropriate box below if the Form 8-K filing is intended to simultaneously satisfy the filing obligation of the registrant under any of the following provisions:

☐   Written communications pursuant to Rule 425 under the Securities Act (17 CFR 230.425)

☐   Soliciting material pursuant to Rule 14a-12 under the Exchange Act (17 CFR 240.14a-12)

☐   Pre-commencement communications pursuant to Rule 14d-2(b) under the Exchange Act (17 CFR 240.14d-2(b))

☐   Pre-commencement communications pursuant to Rule 13e-4(c) under the Exchange Act (17 CFR 240.13e-4(c))

**Securities registered pursuant to Section 12(b) of the Act:**

| Title of each class | Trading Symbol(s) | Name of each exchange on which registered |
|---|---|---|
| Common Stock, $0.0001 par value per share | CRBU | NASDAQ Global Select Market |

Indicate by check mark whether the registrant is an emerging growth company as defined in Rule 405 of the Securities Act of 1933 (§ 230.405 of this chapter) or Rule 12b-2 of the Securities Exchange Act of 1934 (§ 240.12b-2 of this chapter).

Emerging growth company ☒

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

**Item 2.02 Results of Operations and Financial Condition.**

On August 9, 2022, Caribou Biosciences, Inc., a Delaware corporation (the "Company"), issued a press release announcing the Company's financial results for the quarter ended June 30, 2022 and providing a business update. A copy of this press release is furnished as Exhibit 99.1 and is incorporated herein by reference.

The information in Item 2.02 of this Current Report on Form 8-K (including Exhibit 99.1 attached hereto) is being furnished and shall not be deemed "filed" for purposes of Section 18 of the Securities Exchange Act of 1934, as amended, or otherwise subject to the liabilities of that section, nor shall it be deemed incorporated by reference into any filing by the Company, under the Securities Act of 1933, as amended, or the Securities Exchange Act of 1934, as amended, except as expressly set forth by specific reference in such filing.

**Item 8.01 Other Events.**

As previously disclosed, on June 10, 2022, the Company presented a poster at the European Hematology Association ("EHA") 2022 Congress containing positive initial clinical data for 6 patients in cohort 1 of the Company's ongoing ANTLER phase 1 clinical trial of its allogeneic anti-CD19 CAR-T cell therapy product candidate (CB-010) in patients with relapsed or refractory B cell non-Hodgkin lymphoma ("r/r B-NHL"). A 100% complete response ("CR") rate (6 of 6 patients) was observed as the best response following a single dose of CB-010 at dose level 1 ($40x10^6$ CAR-T cells).

Following the EHA poster presentation, one additional patient had their 6-month evaluation, which showed they maintained a CR at 6 months, resulting in an overall 50% 6-month CR rate (3 of 6 patients) for cohort 1 following a single, starting dose of CB-010. The ANTLER trial is currently enrolling patients at dose level 2 ($80x10^6$ CAR-T cells), and the Company plans to share additional data from its cohort 1 of the ongoing ANTLER phase 1 clinical trial by year-end 2022.

For more information regarding the risks relating to initial, preliminary, or interim data from the Company's current and future clinical trials, please see the risk factors in the Company's Annual Report on Form 10-K for the fiscal year ended December 31, 2021 and risks identified in other filings the Company makes with the Securities and Exchange Commission.

**Item 9.01 Financial Statements and Exhibits.**

(d) Exhibits

| Exhibit No. | Description |
|---|---|
| 99.1 | Press Release Issued by Caribou Biosciences, Inc. on August 9, 2022 |
| 104 | Cover Page Interactive Data File (embedded within the Inline XBRL document) |

**SIGNATURES**

Pursuant to the requirements of the Securities Exchange Act of 1934, as amended, the registrant has duly caused this report to be signed on its behalf by the undersigned thereunto duly authorized.

Caribou Biosciences, Inc.

August 9, 2022

By:  /s/ Rachel E. Haurwitz

**Rachel E. Haurwitz**
**President and Chief Executive Officer**

**Exhibit 99.1**



**Exhibit 99.1**

**Caribou Biosciences Reports Second Quarter 2022 Financial Results and
Provides Business Update**
*-- 6-month CR in 3 of 6 patients across cohort 1 of the CB-010 ANTLER Phase 1 clinical trial --*
*-- Additional cohort 1 data expected by YE 2022; enrolling patients in cohort 2 of ANTLER trial --*
*-- CB-011 IND submission planned for Q4 2022 in patients with r/r MM --*
*-- CB-012 on track for 2023 IND submission in patients with r/r AML --*
*-- Strong financial position of $366.1 million in cash, cash equivalents, and marketable securities as of June 30, 2022 --*
BERKELEY, CA, August 9, 2022 (GLOBE NEWSWIRE) – Caribou Biosciences, Inc. (Nasdaq: CRBU), a leading clinical-stage CRISPR genome-editing biopharmaceutical company, today reported financial results for the second quarter of 2022 and provided a business update.

"During the first half of this year, we made significant progress advancing our pipeline of genome-edited allogeneic CAR-T and CAR-NK cell therapies," said Rachel Haurwitz, Ph.D., Caribou's president and chief executive officer. "We recently presented encouraging initial clinical data at EHA from our Phase 1 ANTLER trial for CB-010, demonstrating a 100% complete response rate as the best response at dose level 1 in six patients with relapsed or refractory B cell non-Hodgkin lymphoma. Based on the promising initial safety and efficacy data at dose level 1, we are enrolling patients at dose level 2. The ANTLER data have exceeded our expectations and are an important step toward validating our chRDNA genome-editing platform. We are excited to advance our plans for future development of CB-010 and our broader pipeline, including CB-011 for relapsed or refractory multiple myeloma and CB-020, the first solid tumor-targeted program from our CAR-NK platform."

1



**Recent Business Highlights**

**Pipeline and Technology**

- ANTLER trial:
  - o Encouraging clinical data from the ANTLER Phase 1 trial of CB-010 in patients with relapsed or refractory B cell non-Hodgkin lymphoma (r/r B-NHL) were presented in a poster at the European Hematology Association (EHA) 2022 Hybrid Congress. A 100% complete response (CR) rate (n=6) was observed as best response following a single dose of CB-010 at dose level 1 ($40\times10^6$ CAR-T cells). CB-010 was generally well tolerated.
  - o Following the EHA poster presentation, 1 additional patient had their 6-month evaluation, which showed they maintained a CR at 6 months, resulting in an overall 50% 6-month CR rate (n=6) for cohort 1 following a single, starting dose of CB-010.
  - o Additionally, as disclosed concurrently with the EHA poster, the first patient treated with CB-010 maintained a CR at 12 months.
  - o Based on the promising initial safety data and response rate at dose level 1, the ANTLER trial is currently enrolling patients at dose level 2 ($80\times10^6$ CAR-T cells) and the company plans to share additional cohort 1 ANTLER data by YE 2022.

- chRDNA technology:

  - o Presentation of data on Caribou's CRISPR hybrid RNA-DNA (chRDNA) technology at the 25th Annual Meeting of the American Society for Gene and Cell Therapy (ASGCT). The preclinical studies highlighted the mechanism underlying the superior specificity of Caribou's chRDNA guides for genome editing of primary human T cells.

**Corporate**

- In May 2022, Caribou appointed David Johnson to the board of directors. Mr. Johnson, who currently serves as chief commercial officer at Global Blood Therapeutics, is a seasoned executive with 30 years of commercial and operational experience in the biopharmaceutical industry and has an impressive record of successfully building commercial infrastructure and launching new medicines for patients. Previously, Mr. Johnson worked at Gilead Sciences, Inc. for 15 years and at GlaxoSmithKline for 11 years.

- Caribou recently hired several professionals with significant biotechnology and pharmaceutical industry experience:
  - o Tonia Nesheiwat, Pharm.D., vice president of medical affairs
  - o Daniel Poon, vice president of operations and information technology
  - o Socorro Portella, M.D., vice president of clinical development
  - o Saeid Yazdani, vice president of portfolio management

2