# EXHIBIT X

C Corrected Transcript

10-Jun-2022

# Caribou Biosciences, Inc. (CRBU)

**European Hematology Association Meeting**

## Caribou Biosciences, Inc. *(CRBU)*
European Hematology Association Meeting

C Corrected Transcript
10-Jun-2022

# CORPORATE PARTICIPANTS

**Amy Figueroa**
*Vice President-Investor Relations & Corporate Communications, Caribou Biosciences, Inc.*

**Rachel E. Haurwitz**
*President, Chief Executive Officer & Director, Caribou Biosciences, Inc.*

**Loretta J. Nastoupil**
*Section Chief-New Drug Development & Associate Professor-Department of Lymphoma/Myeloma, The University of Texas MD Anderson Cancer Center*

**James H. Essell**
*Medical Hematologist, Medical Oncologist, Blood and Marrow Transplant Specialist & Chair-Cellular Therapy, US Oncology Network, OHC – Specialists in Cancer and Blood Disorders*

**Syed Rizvi**
*Chief Medical Officer, Caribou Biosciences, Inc.*

**Steven B. Kanner**
*Chief Scientific Officer, Caribou Biosciences, Inc.*

# OTHER PARTICIPANTS

**Mani Foroohar**
*Analyst, SVB Securities LLC*

**Mark Breidenbach**
*Analyst, Oppenheimer & Co., Inc.*

**Yigal Dov Nochomovitz**
*Analyst, Citigroup Global Markets, Inc.*

**Luca Issi**
*Analyst, RBC Capital Markets LLC*

**Asthika S. Goonewardene**
*Analyst, Truist Securities, Inc.*

**Kelsey Goodwin**
*Analyst, Guggenheim Securities LLC*

# MANAGEMENT DISCUSSION SECTION

**Operator**: Good morning and welcome to the conference call and webcast for the CB-010 ANTLER Clinical Data at the European Hematology Association 2022 Congress from Caribou Biosciences. At this time, all participants are in listen-only mode. Later, we will conduct the question-and-answer session and instructions will follow at that time. Please be aware that today's webcast is being recorded.

I would now like to introduce the first speaker, Amy Figueroa, Vice President of Investor Relations and Corporate Communications. You may begin.

## Amy Figueroa
*Vice President-Investor Relations & Corporate Communications, Caribou Biosciences, Inc.*

Thank you, Michelle, and thank you to those joining us on our call to discuss the clinical data from CB-010 that will be presented later today at the European Hematology Association, or EHA, 2022 Congress. Earlier today, we issued a press release describing these data. The press release and a copy of the EHA poster are available on our website.

On today's call, we are joined by my Caribou colleagues, Dr. Rachel Haurwitz, President and Chief Executive Officer; Dr. Syed Rizvi, Chief Medical Officer; and Dr. Steve Kanner, our Chief Scientific Officer. In addition, we are honored to be joined by two investigators on the ANTLER clinical trial who will be introduced by Rachel.

Copyright © 2001-2022 FactSet CallStreet, LLC

# Caribou Biosciences, Inc. *(CRBU)*
European Hematology Association Meeting

 Corrected Transcript

10-Jun-2022

As a reminder, on slide 2, we will be making forward-looking statements during this call that relate to our strategy, plans and expectations, including our expectations regarding the timing of the release of additional patient data from our ANTLER Phase 1 clinical trial for CB-010 and the timing for submission of our IND applications for our CB-011 and CB-012 product candidates, and target selection for our CB-020 product candidate.

Forward-looking statements are subject to risks and uncertainties including, without limitation, risks inherent in the development of [audio gap] (00:01:46); uncertainties related to the initiation cost, timing, progress, and results of R&D programs, preclinical studies, and clinical trials; the risks that initial or preliminary clinical trial data will not ultimately be predictive of the safety and/or efficacy of our CB-010 product candidate, or that clinical outcomes may differ, as more patient data become available; as well as other risk factors described in our 2021 Annual Report on Form 10-K and subsequent filings that we make with the Securities and Exchange Commission.

I would now like to turn the call over to Rachel to begin with slide 3.

## Rachel E. Haurwitz
*President, Chief Executive Officer & Director, Caribou Biosciences, Inc.*

Thank you, Amy, and thank you, all, for joining us this morning to review our EHA poster presentation. As highlighted on slide 4, we are honored to be joined today by Dr. Loretta Nastoupil, the Section Chief of New Drug Development and an Associate Professor in the Department of Lymphoma Myeloma at the University of Texas MD Anderson Cancer Center; and Dr. Jim Essell, OHC Hematologist, Medical Oncologist, Blood and Marrow Transplant Specialist, and Chair-Cellular Therapy for US Oncology Network at OHC.

On today's call, Dr. Nastoupil will share additional clinical data on the ANTLER trial, beyond what our team shared on May 12th from the abstract accepted by EHA. Later today, she will be presenting the poster at EHA. Also on today's call, Dr. Essell will present a case study on his patient, the first patient to be dosed with CB-010 approximately a year ago. I will moderate a fireside chat discussion with Drs. Nastoupil and Essell, and then we will open up the call for questions.

Turning to slide 5, at Caribou, our mission is to develop innovative, transformative therapies for patients with devastating diseases through novel genome editing. Our goal for our lead program, CB-010, is to develop an allogeneic cell therapy that can meaningfully rival the approved autologous CAR-T cell therapies.

Turning to slide 6, I'd to introduce to you to our cell therapy strategy. We believe that the future of the cell therapy field will be largely off-the-shelf, or allogeneic. Allogeneic cell therapies have a long laundry list of potential benefits compared to patient-specific, or autologous, cell therapies. We believe that a much wider patient population could benefit from these kinds of therapies; however, I want to point out a really important element: we don't think it's as simple as just taking a healthy donor T cell and adding a CAR. Allogeneic CAR-T cells are foreign to the patient's immune system and, therefore, rapidly rejected. We believe it is critical to use our genome editing to enhance the persistence of our allogeneic cell therapies.

On slide 7, I'd like to introduce you to our strategy for CB-010, an off-the-shelf anti-CD19 CAR-T cell therapy. We make three edits to healthy donor T-cells to manufacture CB-010. We remove the T cell receptor to prevent graft versus host disease. We site specifically insert the anti-CD19 CAR into the T cell genome. And we knock out PD-1. The PD-1 knockout is designed to take the brakes off the CAR T-cells and prevent premature CAR T-cell exhaustion.

In our preclinical data, we have observed that the PD-1 knockout leads to a significant increase in the overall survival of mice treated with CB-010, compared to mice treated with an anti-CD19 CAR-T that express PD-1.

# Caribou Biosciences, Inc. *(CRBU)*
European Hematology Association Meeting

**C** Corrected Transcript
10-Jun-2022

Those preclinical data allow us to hypothesize that CB-010 may have a better therapeutic index than other allogeneic anti-CD19 CAR-T cell therapies.

To the best of our knowledge, Caribou' is the first to put an allogeneic CAR-T cell therapy with the PD-1 knockout into the clinic. We use our proprietary Cas9-CRISPR hybrid RNA-DNA or chRDNA genome editing technology to manufacture CB-010. The chRDNA platform is designed to yield significantly more specific genome editing than first generation CRISPR-Cas9. If you're interested in learning more about our chRDNA platform, please see the Publications page on our website. At the end of last year, we published a manuscript in collaboration with my Caribou Co-Founder, Dr. Martin Jinek, from the University of Zurich, detailing the biochemical and structural underpinnings of the enhanced specificity achieved with the Cas9 chRDNA technology.

Moving now to slide 8, I will summarize the key highlights. With the initial data from our ANTLER Phase 1 trial, we have seen an impressive 100% complete response rate, or CR rate, as the best response for the six patients in Cohort 1 who received a single dose of CB-010 at dose level 1. We believe these data show the potential to set a new therapeutic bar for the treatment of patients with aggressive, relapsed or refractory B-cell non-Hodgkin lymphoma with allogeneic cell therapies.

Importantly, 40% of patients sustained a CR at six months post-CB-010 infusion. Consistent with the initial data we shared in May, CB-010 was generally well-tolerated with adverse events as expected for autologous or allogeneic anti-CD19 CAR T-cell therapies. While these are early data in a small number of patients, we're very excited by these results, particularly as all patients enrolled in ANTLER had aggressive disease and had already received a median of three prior lines of therapy. Based on these initial data, we are advancing this program and are enrolling patients at dose level 2 as we plan for future developments of CB-010. We look forward to providing additional data from this clinical trial by year-end.

Turning now to slide 9; on behalf of our team at Caribou, it is my honor to thank the patients, caregivers, and investigators, who have participated in the ANTLER trial to-date. It is thanks to them that we have achieved this impressive milestone of a 100% CR rate for best response for an allogeneic CAR-T cell therapy. Today, I'd like to particularly acknowledge Dr. Nastoupil and Dr. Essell for their participation in the ANTLER trial and on today's call.

I will now turn the call over to Dr. Nastoupil, who will describe the data in greater detail. Following her presentation, Dr. Essell will provide a case study of the patient who is treated on the ANTLER trial at his center. I want to note that the information that Dr. Essell will discuss in the case study relates to one patient and may not be reflective of any of the other patients in the ANTLER trial. And as we have noted before, initial or interim clinical trial data is subject to the risk that it will not ultimately be predictive of the safety and/or efficacy of this product candidate, and clinical outcomes may differ as additional and longer-term clinical data become available. Dr. Nastoupil?

## Loretta J. Nastoupil
*Section Chief-New Drug Development & Associate Professor-Department of Lymphoma/Myeloma, The University of Texas MD Anderson Cancer Center*

Thank you. I appreciate the opportunity to present on behalf of my co-authors a poster that we will be presenting later this afternoon, which is the preliminary findings from ANTLER Phase 1 initial data for CB-010 in relapse/refractory B-cell non-Hodgkin lymphoma. These are my disclosures.

So, on slide number 1s, you can see the study scheme for the CB-010 ANTLER Phase 1 trial. It's important to recognize that we're currently in a dose finding stage of the standard 3+3 dose escalation study, enrolling patients



## Caribou Biosciences, Inc. *(CRBU)*
European Hematology Association Meeting

with a number of different B cell lymphoma subtype including large-cell lymphoma, high-grade B cell lymphoma, transform follicular 4, follicular grade 1 through 3A, primary mediastinal marginal zone and mantle cell lymphoma.

All subjects had to have had at least two prior lines of therapy that included a chemotherapy backbone. Important also to recognize all these patients would not have received prior CD19-directed therapy. The current objective for the Phase 1 dose escalation is to identify either maximum tolerated dose or recommended Phase 2 dose and characterize the safety profile. There is a planned dose expansion which will focus more on exploring the efficacy profile.

The lymphocyte depleting is important to highlight because this is an important area for all allogeneic studies. You can see on this slide the lymphocyte depletion utilized in this study is 60 milligrams per kg per day for two consecutive days of cyclophosphamide followed by five consecutive days of fludarabine dosed at 25 milligrams per meter squared. Patients who received one dose were currently exploring dose level one, which is 40 million CAR cells. And then they're monitored according to institutional practices for the first 28 days in terms of toxicity that may arise. They have their first response assessment on day 28 and then every three months thereafter.

Moving on to the next slide, these are the patient characteristics of the first six patients enrolled in Cohort 1. The median age of 65 is a relatively narrow range of 62 to 68 years. It's a majority are male. All had an ECOG performance after 0, 1 according to eligibility criteria. Five of the six had an ECOG of 0. The median time from diagnosis to enrollment on the study is six years. Two subjects had a large-cell lymphoma, two had follicular, one had mantle cell lymphoma, and one was primary mediastinal. All had CD19-confirmed positive disease, and they had a median of three prior lines of therapy with a range of 2 to 8.

On the next slide, you can see the treatment-emergent adverse events, again in a cohort of six patients; most commonly were cytopenias, outline include any grade, those that were Grade 3 or higher. And then in the next column are those that were attributed to a CB-010. Neutropenia attributed to CB-010 occurred in Grade 3 or higher in about two thirds of – or sorry, 17% of patients. Followed by thrombocytopenia, anemia, and decrease of white blood cells. These were the most common adverse events identified.

Cytokine release syndrome occurred in two subjects, and in the next slide we'll go into more depth in terms of grading onset and duration of cytokine release syndrome. Febrile neutropenia occurred only in one subject, despite neutropenia Grade 3 or higher being a more common adverse event.

In regards to AEs of special interest, you'll see on slide 15. Any grade CRS occurred in two of the six patients. Both were Grade 1. So there's been no observed Grade 2 or higher cytokine release syndrome. The median time to onset in these two events was four days, with a median duration of eight days. One subject had ICANS, which was preceded by CRS. It was Grade 3 and by protocol definition this was a DLT, despite the fact that it resolved within 48 hours.

In terms of other AEs of importance and infections because primarily of the lymphocyte depleting therapies, this is something that's being monitored closely. Only one Grade 3 infection occurred. Again, all recovered. There's been no Grade 5 adverse events observed to-date.

In regards to the next slide, you can see the kinetics of CB-010 in the first 28 days. So, each time point is a mean. And you can see there, nice dose [indiscernible] (00:13:45) expansion within the first 14 days, similar with what we've seen with other cellular therapy.

Copyright © 2001-2022 FactSet CallStreet, LLC

# Caribou Biosciences, Inc. *(CRBU)*
European Hematology Association Meeting

 Corrected Transcript

10-Jun-2022

The last slide I will share with you today is slide 17, which is the preliminary efficacy of the six patients treated across a number of different B-cell histologies. As you can see all six not only achieved an objective response, but actually achieved a complete response. Two of the six are ongoing beyond six months and a subsequent patient is just shy of six months in terms of durability of response.

At this point, I'll hand it over to Dr. Essell who will go into more depth in terms of the first patient enrolled in the study.

## James H. Essell
*Medical Hematologist, Medical Oncologist, Blood and Marrow Transplant Specialist & Chair-Cellular Therapy, US Oncology Network, OHC – Specialists in Cancer and Blood Disorders*

Good morning. The first patient is a 67 (sic) [66] (00:14:25)-year-old man who received eight previous courses of chemotherapy for a low-grade follicular lymphoma beginning October 13, 2013. His previous therapies including bendamustine and RITUXAN for six cycles, R-CVP, followed by bendamustine and RITUXAN again; R-CHOP for six cycles, REVLIMID, RITUXAN, And then he was switched to a PI3K inhibitor, [ph] idelalisib (00:14:52). This had to be stopped secondary to colitis. He then was on copanlisib and progressed through that.

At that time, it was one year ago. His PET scan showed that he had significant disease in the abdomen with hypermetabolic masses in the left upper quadrant below the left diaphragm, also in the celiac axis and left cardiophrenic angle. He was biopsied again and showed low-grade lymphoma. He started his [ph] preparative (00:15:20) or his lymphodepleting chemotherapy of Cytoxan and fludarabine, May 26, 2021. He was the Grade 3 infection as he developed E. coli bacteremia prior to infusion but his infection was under control. He was afebrile and did receive his infusion of T-cells one year ago on June 10, 2021.

The patient, post-infusion of the CAR-T cells, did very well and really had no complications other than persistent hypogammaglobulinemia which is common with CAR-T therapies and had his one-year scan two days ago which showed him to continue to be in a complete remission one year from the infusion of his therapy. His quality-of-life is excellent and in all purposes is back to normal. This patient, although being a low-grade lymphoma, clearly has aggressive disease and had limited options at the time of his infusion and in my opinion has done remarkably well.

I'll stop there and let Loretta take over if there are questions.

Copyright © 2001-2022 FactSet CallStreet, LLC

**Caribou Biosciences, Inc.** *(CRBU)*
European Hematology Association Meeting

Corrected Transcript
10-Jun-2022

# QUESTION AND ANSWER SECTION

**Rachel E. Haurwitz**
*President, Chief Executive Officer & Director, Caribou Biosciences, Inc.*

A

Thank you, Dr. Essell. Really, really appreciate it. And I'm grateful today to be able to benefit from the extensive experience that both Drs. Nastoupil and Essell have in this disease area and with clinical trials of CAR-T therapies.

So before we open up the call for a general Q&A, I'm going to take the opportunity to ask them a few questions that I think will provide additional background and an appreciation of the challenges for both patients and physicians in the treatment of relapsed or refractory B-cell non-Hodgkin lymphoma.

So Dr. Nastoupil, I'll start with you first. Based on the Cohort 1 data at dose level 1, are you interested in enrolling patients at dose level 2 and why?

**Loretta J. Nastoupil**
*Section Chief-New Drug Development & Associate Professor-Department of Lymphoma/Myeloma, The University of Texas MD Anderson Cancer Center*

A

Yes. There is. It's almost unheard of to have all six patients enrolled at the first dose level have a complete response. I think following these patients out further and having a better sense of the durability will help confirm that enthusiasm but again I have zero reservation about enrolling patients at dose level 2, which will now be at 80 million given the efficacy we're seeing at 40 million. And the safety profile looks very consistent, if not maybe more favorable than what we see with other allogeneic in auto CAR products.

**Rachel E. Haurwitz**
*President, Chief Executive Officer & Director, Caribou Biosciences, Inc.*

A

Thank you for that. And Dr. Essell, I'll turn to you with the same question. Are you interested in enrolling patients at dose level 2 as well?

**James H. Essell**
*Medical Hematologist, Medical Oncologist, Blood and Marrow Transplant Specialist & Chair-Cellular Therapy, US Oncology Network, OHC – Specialists in Cancer and Blood Disorders*

A

Actually I'm not interested but I'm excited to enroll patients. As Loretta said, these results and you're really looking for toxicity in a Phase 1 study which was very manageable and less than we usually see, and with this low dose we did see really good responses. So I'm excited to see what the next dose level brings. Things that we are looking for with the study would be the prevention of graft-versus-host disease; would the technology work and in our six patients we saw zero graft-versus-host disease. So I'm excited to go ahead with the higher dose and see if we can get even better responses and durable responses.

**Rachel E. Haurwitz**
*President, Chief Executive Officer & Director, Caribou Biosciences, Inc.*

A

Okay. Thank you for that. And Dr. Essell sticking with you for a moment. It'd be great if we could zoom out a little bit and you could put in context for our audience, a description of your patient who you routinely see with B cell non-Hodgkin lymphoma and the kinds of challenges of treating this disease with current cell therapy treatment options?

## Caribou Biosciences, Inc. *(CRBU)*
European Hematology Association Meeting

**Corrected Transcript**

10-Jun-2022

### James H. Essell
*Medical Hematologist, Medical Oncologist, Blood and Marrow Transplant Specialist & Chair-Cellular Therapy, US Oncology Network, OHC – Specialists in Cancer and Blood Disorders*

A

More common than the patient I presented is the diffuse large cell lymphoma which when they present with aggressive recurrent disease, time is really of the essence. These patients can progress very rapidly and their chemo refractory to their first, second or third regimen giving further chemotherapy often doesn't do anything but add toxicity. And one of the problems with the commercially available products is you have to get a spot for the patient. You then need to freeze the patient and then keep them in good enough clinical condition until the product is manufactured and infused. And that can take anywhere from a month to two months for that process before you have the CAR-T cells ready to infuse. The potential of an allogeneic product like this is literally being off-the-shelf in the future if the study works. That if patient relapses then you can immediately bypass all that process and have – beginning lymphodepleting and infuse the product and that shows really significant potential in the future.

The other thing with a product like this is it's just prohibitive right now to re-dose someone with CAR-T because it's a custom-made autologous product with an off-the-shelf product. Hopefully, the cost could come down and it would have allowed the patient to maybe get, say, a year or two remission to be re-dosed. Something we don't right now with commercial products.

### Rachel E. Haurwitz
*President, Chief Executive Officer & Director, Caribou Biosciences, Inc.*

A

No. That's super helpful. And maybe sticking on the same theme, Dr. Nastoupil turning to you, given what you've see at MD Anderson Cancer Center obviously there are approved autologous products for patients today. What is the remaining need that an allogeneic CAR-T would need as a cell?

### Loretta J. Nastoupil
*Section Chief-New Drug Development & Associate Professor-Department of Lymphoma/Myeloma, The University of Texas MD Anderson Cancer Center*

A

And I think Jim hit one of the key aspects is getting patients to therapy as soon as possible and so there is an unmet need for patients who have had multiple lines of therapy. They can't wait for that auto manufacturing to occur. It's not a component of the T-cell fitness to taking a product that generate from a healthy donor that hasn't had three or four lines of chemotherapy. It's probably also critically important in terms of enhancing the efficacy. So, more readily available therapy with a potentially better T-cell to begin with is very favorable.

### Rachel E. Haurwitz
*President, Chief Executive Officer & Director, Caribou Biosciences, Inc.*

A

Great. Thank you. And sticking with you Dr. Nastoupil, what has been your experience treating a patient with CB-010 so far and what has been the feedback from your patient and their caregivers based on their treatment with CB-010?

### Loretta J. Nastoupil
*Section Chief-New Drug Development & Associate Professor-Department of Lymphoma/Myeloma, The University of Texas MD Anderson Cancer Center*

A

I think [ph] beginning this (00:21:14) early with small number of patients but there is some promise here and the promise is the toxicity looks to be quite good. So, we saw one ICANS that was Grade 3. It resolved within 48 hours. [indiscernible] (00:21:23) any Grade 2 or higher CRS and among the patients treated, and again we're talking about very small numbers that it had any toxicity in terms of cytotherapy-related toxicity, CRS or ICANS. And even the other toxicities are very manageable. Cytopenias which we're very accustomed to imaging given many of these patients would have had chemotherapy before.

# Caribou Biosciences, Inc. *(CRBU)*

European Hematology Association Meeting

So I think what's most encouraging, we have a first-in-human study and you're starting at dose level 1, it's sometimes hard to, even as a clinician, offer this therapy to patients. But I do think the preliminary findings are so promising, it's not hard for us to do that anymore. And so I think that – it's one thing that is unique about this platform.

### Rachel E. Haurwitz
*President, Chief Executive Officer & Director, Caribou Biosciences, Inc.*



And Dr. Essell, I really appreciate that you walked us through the details of your patients experience already. Is there anything else you'd like to add either on this specific patient case study or more generally before we open for a broader Q&A?

### James H. Essell
*Medical Hematologist, Medical Oncologist, Blood and Marrow Transplant Specialist & Chair-Cellular Therapy, US Oncology Network, OHC – Specialists in Cancer and Blood Disorders*



No. Just I would reiterate what Loretta said that at least at this dose level and seen efficacy with really very, very manageable toxicity looks very exciting.

### Rachel E. Haurwitz
*President, Chief Executive Officer & Director, Caribou Biosciences, Inc.*

Great. Well, thank you both. We will now open the call to questions.

Michelle, could you please prompt for questions so we can begin the Q&A?

**Operator**: [Operator Instructions] Our first question comes from Mani Foroohar with SVB Securities. Your line is open.

### Mani Foroohar
*Analyst, SVB Securities LLC*

Hey, guys. Thanks for taking the question. I've got a few quick ones. I guess the first question is as we move into higher doses and this is for the clinician online of course, are there measures we should or could be taking at Caribou to mitigate the risk of ICANS even if it's the only form of DLT we've seen thus far?

Secondarily, as I look at this PK profile on the poster, it appears to have a – you just had a pretty rapid expansion and then – and decline as one would expect. How do you interpret that sort of rapid expansion, decline and what appears to be evidence of reasonably durable clinical benefit out to 6 or almost 12 months despite a relatively modest number of cells persisting out of the tail. How do we – how do you – how do the clinicians interpret that data in terms of what might be a reasonable anticipation of the profile at a higher dose?

And then I'll sneak in a third, which is one that I've gotten from a number of investors here at Vienna already this morning – this afternoon rather, which is, is there a rationale, in addition to moving to the second dose to expand the number of patients in the dose 1 cohort as well given the remarkable data seen thus far. And I think three questions is enough so I'll stop.

### Rachel E. Haurwitz
*President, Chief Executive Officer & Director, Caribou Biosciences, Inc.*

Mani, thank you. Really appreciate it. I'll try to repeat them in blocks and pass them to some of my colleagues.

# Caribou Biosciences, Inc. *(CRBU)*
European Hematology Association Meeting

Corrected Transcript
10-Jun-2022

---

### Loretta J. Nastoupil
*Section Chief-New Drug Development & Associate Professor-Department of Lymphoma/Myeloma, The University of Texas MD Anderson Cancer Center*

A

Yeah. So, one of the challenges with – particularly ICANS is a lot of the predictors are host-specific, meaning tumor burden type of lymphoma. And so I think you can mitigate some things in terms of making sure the investigators are aware that there is going to be ICANS, making sure they intervene as soon as possible. But you're not going be able to control for the disease burden of the patient or the type of lymphoma going into that.

So I'm not discouraged by the Grade 3 ICANS and the reason I say that is it is sort of a proof-of-concept that these cells can do what we hope they can do but secondly it was very manageable. It was back to baseline within 48 hours. It never progressed to Grade 4. It's unfortunate that it's termed a DLT but I think that was just the FDA being particularly cautious. In fact, maybe I'm being naïve but I don't think you're going to be able to mitigate it beyond making sure the investigators knew how to recognize and how to manage it. Other strategies that have been employed with things like [indiscernible] (00:25:40) include prophylactic steroids and I would advise against that at this point unless you have – with larger number, more of a signal here.

---

### Syed Rizvi
*Chief Medical Officer, Caribou Biosciences, Inc.*

A

Yeah. Thanks very much, Loretta. So, from my perspective, I also feel that as Dr. Nastoupil was saying that really mitigating this beforehand may not be possible for all the patients. However, I think the good thing that we have in our trial is that we are working with sites and the investigators like Dr. Nastoupil and Dr. Essell and many others who are very much savvy and they know exactly how these patients react and what kind of [indiscernible] (00:26:14) expected out of CAR-Ts. So they are very much willing and they are looking for [indiscernible] (00:26:20) treating these patients very proactively.

I also feel that as Dr. Nastoupil was outlining that, the definition that we are using in this study may not be a standard definition being used by other CAR-Ts in which usually a Grade 3 ICAN (sic) [ICANS] (00:26:39) would be 72 hours or more to be a DLT. However, as I've said earlier, that this was the definition given to us by FDA so we are respecting it. It is in our trial and we are counting this patient as a DLT.

And I feel that in hindsight, it was a good thing because when this happened in the first three patients, we were able to enroll another three patients at the same dose level and we did not see this DLT again. And this patient who had the DLT actually it resolved very, very quickly, and he continued on the trial and ended up having a CR.

So I think it's a great way of looking into what the cells are supposed to do and what kind of adverse events may happen and how this was mitigated and kudos to the center who managed this patient so nicely.

---

### Rachel E. Haurwitz
*President, Chief Executive Officer & Director, Caribou Biosciences, Inc.*

A

Great. Well, thank you both. I'll move to Mani's second question which I think is sort of paired observations of the fairly rapid expansion and decline of the number of CB-010 cells as presented in the slide showing the kinetics of CB-010 paired with what appears to be a durable clinical benefit for some of these patients.

---



# Caribou Biosciences, Inc. *(CRBU)*

European Hematology Association Meeting

Corrected Transcript

10-Jun-2022

Dr. Kanner, I would love your perspective on what we've seen preclinically and how it might explain some of this data.

### Steven B. Kanner
*Chief Scientific Officer, Caribou Biosciences, Inc.*



Sure. Thanks, Rachel. That's right. And because this product candidate isn't protected from the host immune system clearing it and rejecting it, we believe that the PK profile looks as expected. But from our preclinical data we've shown that identical cells that don't have the knockout of PD-1, that they don't lead to as deep a elimination of a preexisting tumor or eradication that we do see with CB-010 in terms of the durability. And so that's demonstrated on the poster, in a preclinical model where we allowed the mice to become heavily burdened by tumor growth for quite some time and then we did the treatments.

And what you see is that CB-010 leads to longer durability than an identical cell without the PD-1 knockout. And we think that in lymphomas there's plenty of opportunity for the CB-010 cells to interact with PD-L1 ligand should it express PD-1 and of course they don't. And so that's why we think that there's a durable response because there is a deeper eradication of the tumor upfront, not allowing that tumor to come back.

### Rachel E. Haurwitz
*President, Chief Executive Officer & Director, Caribou Biosciences, Inc.*



And then moving to the third of your questions, Mani, I'll keep it brief. Yes. We do, under the protocol, have the ability to dose additional patients at dose level 1 as we also are escalating to dose level 2 and we are enrolling patients at dose level 2 already.

### Mani Foroohar
*Analyst, SVB Securities LLC*

Q

Great. Thanks, guys. Actually, I can't get enough questions but I'll let you hop down the queue.

**Operator**: Our next question comes from Mark Breidenbach with Oppenheimer. Your line is open.

### Mark Breidenbach
*Analyst, Oppenheimer & Co., Inc.*

Q

Hey. Thanks for taking the questions and congrats on these data. So I'll follow the precedent here and also try and ask maybe two or three questions; two of which are pretty quick; maybe clarifications around the infections. When we discussed the EHA abstract last month, I think you had mentioned there was one patient who had experienced two episodes of Grade 3 infection. And I'm just curious now if one of those episodes was reclassified as Grade 2 or what's accounting for the discrepancy?

And a second question, another easy one, is why patient number 5's second scan was performed early, a little ahead of schedule. Are there any specific reasons behind that?

And then the third question is maybe a little more philosophical. I know there's only six patients in this dataset, but are you seeing any evidence that that peak CAR-T expansion is predictive of the depth and duration of response? So I always ask that question with early CAR-T datasets but thank you for taking these questions.

### Rachel E. Haurwitz
*President, Chief Executive Officer & Director, Caribou Biosciences, Inc.*

A

# Caribou Biosciences, Inc. *(CRBU)*

European Hematology Association Meeting

 Corrected Transcript

10-Jun-2022

Great, Mark. Thank you. Really appreciate it. We'll go in order. So your first question about the way we presented the infection rates a month ago to today, there was an error in our presentation last month, and Syed, I'll let you explain that.

### Syed Rizvi

*Chief Medical Officer, Caribou Biosciences, Inc.*

A

Yeah. So the way we are describing it is that today these are patients, not events, and that's how we're combining it. And usually what we do is we take the highest grade of any adverse event and because this patient, this one patient did have Grade 3 infection, so we are counting it as one patient having those two Grade 3 events and both of these events actually happened before CB-010 infusion but opted lymphodepletion.

### Rachel E. Haurwitz

*President, Chief Executive Officer & Director, Caribou Biosciences, Inc.*

A

And then as a follow-up to that, Syed, maybe you could speak to us as to why patient number 5 was scanned early?

### Syed Rizvi

*Chief Medical Officer, Caribou Biosciences, Inc.*

A

Yeah. So patient number 5 was scanned early because the patient actually wanted to see how the patient was doing. They requested the physician and the physician also wanted to see how the patient is overall performing. So they conducted this scan earlier and it is allowed in the protocol that if a physician would like to for clinical management of the patient, they can. So that's why it was done earlier.

### Rachel E. Haurwitz

*President, Chief Executive Officer & Director, Caribou Biosciences, Inc.*

A

And then for your final question, Mark, it's a great one. You rated only six patients and it's an early dataset. We're continuing to collect additional translational data which we'll be able to share at a future time point.

### Mark Breidenbach

*Analyst, Oppenheimer & Co., Inc.*

Q

All right. Thanks so much for taking the questions.

### Rachel E. Haurwitz

*President, Chief Executive Officer & Director, Caribou Biosciences, Inc.*

A

Thank you.

**Operator**: Our next question comes from Geoff Meacham with Bank of America. Your line is open.

Q

Hey, guys. This is John [indiscernible] (00:32:55) for Geoff. Thanks for taking my question. I think my first question could you just clarify for me the rationale of using 80 million cells of the second dose? I'm assuming that's because you want to increase durability while also keeping ICANS in check. But I think my question is that, is that dose going to be enough to induce like a significant DoR past six months. And just from other studies exploring DL 2 at 120 million cells out, just want to get your thought process on choosing that specific dose level.

# Caribou Biosciences, Inc. *(CRBU)*

European Hematology Association Meeting

Corrected Transcript

10-Jun-2022

My second question was more regarding clinical characteristics. So could you maybe talk to me a little bit more about the patients that had progressive diseases? Did they miss the mark at six months by a long shot and what were the clinical characteristics that you were observing in the clinic? Thanks.

### Rachel E. Haurwitz
*President, Chief Executive Officer & Director, Caribou Biosciences, Inc.*



Great. Thank you for both of those questions. Syed, I'll turn to you on the first one to talk through some of our thinking around the selection of 80 million cells for dose level 2.

### Syed Rizvi
*Chief Medical Officer, Caribou Biosciences, Inc.*



No. That's a great question. So back on this question – this answer would be that we do have a Scientific Steering Committee in place which actually reviews the data periodically. When we completed the first dose level at 40 million cells, so that data was looked at and reviewed in detail. And based on the totality of the adult safety, efficacy, PK, how the patients are performing, what the clinical presentations are, the recommendation was made that the next dose level should be 80 million.

And physicians who are treating these patients on a daily basis, they felt very comfortable going through that [indiscernible] (00:34:45) really we can of course got at a higher level. But for the physicians as they were scared, the number one priority remains the safety of patient. So we would like to make sure that whatever we do, patients first, and we would like to go in a place where it's safe for the patient yet it's also beneficial.

### Rachel E. Haurwitz
*President, Chief Executive Officer & Director, Caribou Biosciences, Inc.*



Thank you, Syed, and I'll maybe build on that by saying obviously, we're incredibly excited by the 100% CR rate that we saw at dose level 1 and clearly are very interested in understanding the durability of the activity of these cells as well.

Clearly, we're thrilled that of five patients who are evaluable at six months, two of the five remain in CR at six months out, so I think that's a great early signal [indiscernible] (00:35:32). I think with your second question, which was looking for more general information about the three patients who ultimately progressed and Syed I'll hand it back to you.

### Syed Rizvi
*Chief Medical Officer, Caribou Biosciences, Inc.*



So, as we have shown on our slide, on the preliminary efficacy that patients who have been enrolled and this patient did have relapsed/refractory disease; they have disease which was quite aggressive. And based on that and the dose level that we have, we are so thrilled and excited to see that how long this patient have responded. Yet, as you know that cancer usually comes back. So we had some in dose escalation. This is one of the reason for us to go at a higher dose level; be able to see that we have the responses but we would like to also see durability.

Q

All right. Thanks for the color.

# Caribou Biosciences, Inc. *(CRBU)*

European Hematology Association Meeting

### Rachel E. Haurwitz
*President, Chief Executive Officer & Director, Caribou Biosciences, Inc.*

A

Thank you.

---

**Operator**: Our next question comes from Yigal Nochomovitz with Citigroup. Your line is open.

---

### Yigal Dov Nochomovitz
*Analyst, Citigroup Global Markets, Inc.*

Q

[indiscernible] (00:36:42). Thanks very much for taking the questions. I have a bunch of questions for the KOL though, so one at a time. So, Dr. Nastoupil, Dr. Essell, you gave some good background, demographic allocations regarding the basic parameters like ECOG, [ph] time since diagnosis, presenting disease (00:36:56), prior systemic therapy. I just wondered if you can get into a little bit more detail please on some of the baseline characteristics of patients, specifically with regards to the two follicular lymphoma patients. Could you talk about what the grading was? Were they Grade 1, Grade 2 or Grade 3b?

And then with regards specifically to the patient that you highlighted, in the case one patient, that was a 10 centimeter abdominal tumor. Could you just characterize, I don't know, whether you thought that was a [ph] lower margin (00:37:33) or high tumor burden, please? Thank you.

---

### Rachel E. Haurwitz
*President, Chief Executive Officer & Director, Caribou Biosciences, Inc.*

A

Thank you. And Dr. Essell, I'll hand it to you first.

---

### James H. Essell
*Medical Hematologist, Medical Oncologist, Blood and Marrow Transplant Specialist & Chair-Cellular Therapy, US Oncology Network, OHC – Specialists in Cancer and Blood Disorders*

A

Sure. Neither of the follicular patients were 3b. They were low grade but they were both POD24. And as I described with Patient 1, clearly had refractory disease.

What was the other question then?

---

### Yigal Dov Nochomovitz
*Analyst, Citigroup Global Markets, Inc.*

Q

Sorry. Just about the tumor mass, the 10-centimeter abdominal mass.

---

### James H. Essell
*Medical Hematologist, Medical Oncologist, Blood and Marrow Transplant Specialist & Chair-Cellular Therapy, US Oncology Network, OHC – Specialists in Cancer and Blood Disorders*

A

Oh!

---

### Yigal Dov Nochomovitz
*Analyst, Citigroup Global Markets, Inc.*

Q

Can you characterize that in terms of relative tumor burden?

---

Copyright © 2001-2022 FactSet CallStreet, LLC

# Caribou Biosciences, Inc. *(CRBU)*

European Hematology Association Meeting

 Corrected Transcript

10-Jun-2022

### James H. Essell
*Medical Hematologist, Medical Oncologist, Blood and Marrow Transplant Specialist & Chair-Cellular Therapy, US Oncology Network, OHC – Specialists in Cancer and Blood Disorders*

A

They had significant tumor burden but I wouldn't necessarily call it bulky.

### Yigal Dov Nochomovitz
*Analyst, Citigroup Global Markets, Inc.*

Q

Okay. And then just moving on to some of the other patients, the MCL patients. Admittedly, this is a fairly detailed question but do you know if that particular mantle cell patient had a blastoid phenotype or not?

### Rachel E. Haurwitz
*President, Chief Executive Officer & Director, Caribou Biosciences, Inc.*

A

They did not.

### James H. Essell
*Medical Hematologist, Medical Oncologist, Blood and Marrow Transplant Specialist & Chair-Cellular Therapy, US Oncology Network, OHC – Specialists in Cancer and Blood Disorders*

A

So you don't – okay.

### Yigal Dov Nochomovitz
*Analyst, Citigroup Global Markets, Inc.*

Q

Okay. And then on the – for the DLBCL patients, the only information on this; they're genomics in terms of whether they were double hit or triple hit?

### Rachel E. Haurwitz
*President, Chief Executive Officer & Director, Caribou Biosciences, Inc.*

A

I believe we do not have those data right now, Yigal.

### Yigal Dov Nochomovitz
*Analyst, Citigroup Global Markets, Inc.*

Q

Okay. Understood. And then for Rachel or the company, could you just give us a little bit of color in terms of what your [indiscernible] (00:39:04) right now based on the Phase 1 and how close do you believe that is to the target time to then work for your commercial profile?

### Rachel E. Haurwitz
*President, Chief Executive Officer & Director, Caribou Biosciences, Inc.*

A

Right. Great. Great question. And I'll point out obviously so many folks in our audience are used to the autologous CAR-T setting where of course patients are waiting for their own product to be manufactured from their own cells. We heard earlier from both physicians about how challenging and lengthy that process can be. Now, clearly one of the benefits of our allogeneic approach is that the cells are already in the freezer. So by the time the patient is ready for them, the cells are there and ready to go.

So Syed, I'll hand it to you in a moment. It'd be great if you could speak a little bit about the experience of patients enrolling in the study and how quickly they're able to actually begin.

# Caribou Biosciences, Inc. *(CRBU)*
European Hematology Association Meeting

Corrected Transcript

10-Jun-2022

### Syed Rizvi
*Chief Medical Officer, Caribou Biosciences, Inc.*

A

Yeah. I'd be happy to. So, once a patient has consented, idea is that the patient goes through the screening process and then patient will get into lymphodepletion. It takes seven days for lymphodepletion followed by two days of rest and then we give CB-010 infusion. So that's basically the process. And because it's off-the-shelf product so there is no apheresis involved. There is no bridging therapy and patients gets their treatment right after their lymphodepletion.

### Yigal Dov Nochomovitz
*Analyst, Citigroup Global Markets, Inc.*

Q

Okay. Got it. And then just one, thinking longer-term in terms of the longer development plans for the product. Going back to the KOLs, we've had some conversations with other KOLs and they've suggested it will be good to do a non-inferiority study head-to-head against the autologous CAR-Ts to get approval in the second-line. After you get approval in the third-line or higher settings, could you just comment on whether you think that makes sense? And would you also think about doing front-line studies with this cell therapy in the most difficult-to-treat patients, for example, like the double or triple DLBCL that I mentioned?

### Rachel E. Haurwitz
*President, Chief Executive Officer & Director, Caribou Biosciences, Inc.*

A

Dr. Nastoupil, would love your perspective.

### Loretta J. Nastoupil
*Section Chief-New Drug Development & Associate Professor-Department of Lymphoma/Myeloma, The University of Texas MD Anderson Cancer Center*



A

Yeah. So obviously, one of the limitations right now with second-line auto CAR is that you still have to get patients to a referring center, you have to get an insurance approval and then you have to undergo manufacturing.

So, yeah, it would be lovely to have a non-inferiority study done, but how are you going to account for that lag time? And so it would take some creative thought process in terms of how you minimize barriers to trial enrollment, but also account for the fact that you're going to have some patients that just don't make it through that process on the control arm.

I think that would be beautiful that this could potentially address that unmet need. But I think right now, we're all a little bit nervous about whether or not the durability will hold up. But if you had a good set of numbers that would suggest the patients you lose in terms of durability will compete well in terms of the patients who never make it to auto manufacturing because we know about maybe as high as 25% of the patients that you consider for an auto CAR never get there. It is entirely feasible to do a head-to-head study in second line but, I think it's going to take some thoughtful statistics to make sure that you engage in that endeavor and have a positive study at the end.

For frontline, yes, double-hit would be great. The problem is it's only 10% of the large cell population and it takes a week to get the FISH studies back in. And so, targeting a study just frontline, double-hit large cell lymphoma is going to be a bit challenging. You can take the ZUMA-12 route, where you capture those patients after they've already initiated some form of anthracycline-based therapy, where you then have that information, usually by that second line of treatment. And, I think, that would be a very reasonable consideration is to go into that setting after one line or two lines of treatment – one cycle or two cycles, specifically.



## Caribou Biosciences, Inc. *(CRBU)*

European Hematology Association Meeting

Corrected Transcript

10-Jun-2022

### Rachel E. Haurwitz
*President, Chief Executive Officer & Director, Caribou Biosciences, Inc.*

A

Dr. Essell, anything that you'd like to add to that?

---

### James H. Essell
*Medical Hematologist, Medical Oncologist, Blood and Marrow Transplant Specialist & Chair-Cellular Therapy, US Oncology Network, OHC – Specialists in Cancer and Blood Disorders*

A

No, I would agree with what Loretta said.

---

### Rachel E. Haurwitz
*President, Chief Executive Officer & Director, Caribou Biosciences, Inc.*

A

Great. Thank you.

---

### Yigal Dov Nochomovitz
*Analyst, Citigroup Global Markets, Inc.*

Q

Okay. Thank you so much. Thank you.

---

### Rachel E. Haurwitz
*President, Chief Executive Officer & Director, Caribou Biosciences, Inc.*

A

Thanks, Yigal.

---

**Operator**: Our next question comes from Luca Issi with RBC Capital. Your line is now open.

---

### Luca Issi
*Analyst, RBC Capital Markets LLC*

Q

Oh, great. Thanks so much for taking my questions. I have a few, circling back on prior questions here. So maybe on dose response, do you expect the efficacy to materially improve at higher doses? I think allogene had shown a pretty flat dose response for efficacy to not improve with the number of cells infused. So, any thoughts on why that would not be the case for you? That'd be great.

And then maybe circling back on PKs, again despite knocking out PD-1 and using high-dose lymphodepletion, it looks like your PK is actually fairly comparable to others in the space. Again, I know it's the low dose but were you surprised about not seeing kind of a larger area under the curve given your differentiated approach?

And then maybe lastly, obviously one of your competitor was on clinical hold for a short period time given some chromosomal abnormalities. Have you done or are you planning to do any genomic analysis on the T cells post-infusion? Thanks so much.

---

### Rachel E. Haurwitz
*President, Chief Executive Officer & Director, Caribou Biosciences, Inc.*

A

Yeah. Thank you, Luca, for those questions. Maybe starting with your first one whether we expect efficacy to improve at higher doses, to be fair and maybe a bit tongue-in-cheek, it's pretty hard to beat a 100% CR rate. And I think what we're really focused on at this point is the durability of these responses. So, the snapshot of data that we have today is 40% of patients remaining in CR six months out, which we think is very promising initial data and obviously something we'll continue to track for our patients at this dose level as well as in dose level 2. And it's really a big motivator for moving to 80 million cells for the second cohort.

---

# Caribou Biosciences, Inc. *(CRBU)*

European Hematology Association Meeting

In terms of your question about PK, maybe I'll highlight some of what my colleague, Steve, shared already, which is that what we see clinically is that the PD-1 knockout doesn't change the kinetics of rejection of the current T cells. And I think that makes sense from first principles. We're not manipulating, for example, HLA class I presentation. We're not changing things on the surface of the CAR-T cell that should alter the timelines during which the patient's immune system rejects the cells. So, we expect them to be present to approximately the same as other allogeneic CAR-Ts.

The key difference, of course, is the change in activity. So, what we see preclinically is that the PD-1 knockout prevents premature CAR-T exhaustion via the PD-1 axis. And as Steve described and as this shown in our poster, that PD-1 knockout in the preclinical setting leads to better initial tumor debulking, which ultimately translates to better overall survival in our preclinical model. So, we think that the initial kinetics that we've observed for CB-010 are quite consistent with our hypothesis.

And then the third topic, I'm going to hand to my colleague, Steve, in a moment to talk a little bit about what we do prior to dosing patients in terms of really characterizing each batch of products with respect to genomic analysis.

### Steven B. Kanner
*Chief Scientific Officer, Caribou Biosciences, Inc.*

A

That's right. So, the characterization of CB-010 includes understanding the profile of the T-cells with respect to their differentiation from naïve to effector. And so, we have a pretty good understanding batch-to-batch what the profile looks like. And what we do in our manufacturing is try to maintain the cells in the earliest stages of differentiation, which have been correlated with better activity. And that's something that we evaluated preclinically and we understand how long we can expand the cells before freezing them for the patient's use when they will maintain that activity in our preclinical models.

So, we have a very good understanding of that and we continue to monitor the CAR-T cells from blood draws from the patient and evaluate a variety of different aspects of their differentiation and trying to understand their [indiscernible] (00:47:19) as they expand into patient.

### Luca Issi
*Analyst, RBC Capital Markets LLC*

Q

Got it. Super helpful. And maybe the last one, I see 83% Grade 3 plus neutropenia, but only 17% actually drug related. Can you just talk about how the investigators are discriminated neutropenia as drug related versus not? Thanks so much.

### Rachel E. Haurwitz
*President, Chief Executive Officer & Director, Caribou Biosciences, Inc.*

A

Absolutely. Syed, would you like to speak to that or Dr. Nastoupil.

### Loretta J. Nastoupil
*Section Chief-New Drug Development & Associate Professor-Department of Lymphoma/Myeloma, The University of Texas MD Anderson Cancer Center*

A

Yeah. The [indiscernible] (00:47:45) is mostly made based off of what's coming from lymphodepletion versus what's coming from CB-010. So, high rates associated with lymphodepletion, whether or not that persists beyond the first two weeks, which is where you would expect cells to recover following chemotherapy, that's probably where the distinction and attribution comes from.

# Caribou Biosciences, Inc. *(CRBU)*
European Hematology Association Meeting

**Corrected Transcript**
10-Jun-2022

### Luca Issi
*Analyst, RBC Capital Markets LLC*

Q

Thanks so much, guys.

### Loretta J. Nastoupil
*Section Chief-New Drug Development & Associate Professor-Department of Lymphoma/Myeloma, The University of Texas MD Anderson Cancer Center*

A

Thanks, Luca.

**Operator**: [Operator Instructions] Our next question comes from Asthika Goonewardene with Truist. Your line is open.

### Asthika S. Goonewardene
*Analyst, Truist Securities, Inc.*

Q

Hey, guys. Good afternoon. Thanks for taking my question. Just a couple of quick ones, if I may. So the focus in the conversation as you say about how the PD-1 knockout could maybe improve the peak expansion. And I know it's small numbers here that we've seen the kinetics, but [indiscernible] (00:48:39) number looks kind of intriguing. So I just want to ask, was that a meaningful representation of all the patients? And did you have a couple of patients have more explosive growth than others? I'm just wondering what would happen if you [indiscernible] (00:48:53) on this curve?

And then the second question is, are you looking at [indiscernible] (00:48:59) other exhaustion markers on the CAR-T cells? And maybe [indiscernible] (00:49:06) what they're seeing in that analysis. So, maybe guide us guidance to when we can see more data on that with the translational side. Thanks a lot.

### Rachel E. Haurwitz
*President, Chief Executive Officer & Director, Caribou Biosciences, Inc.*

A

Yeah. Asthika, great questions and I'll take the second one first by maybe just reiterating something I mentioned earlier, which is that we're continuing to collect translational data and plan on being able to share some of that in the future. Coming to your first question, so the PD-1 knockout, we do not anticipate that it would alter peak expansion. It's really about the underlying activity of the T-cells, not altering the kinetics with which they expand. And I'll hand it to my colleague, Steve, to explain what the data actually are, was plotted in this kinetics curve that we're looking at here in the presentation.

### Steven B. Kanner
*Chief Scientific Officer, Caribou Biosciences, Inc.*

A

Yes. Each time point is a mean of all six patients. So, we wanted to represent the entire cohort with a single curve. But I think the thing to keep in mind is that this is the first dose level. And as we look across the industry generally, we see PK curves from companies that have evaluated higher dose levels that we're anticipating what our next cohort will look like. And it'll be interesting to see if it differs from this first cohort.

### Rachel E. Haurwitz
*President, Chief Executive Officer & Director, Caribou Biosciences, Inc.*

A

Hopefully that answers your questions, Asthika.

# Caribou Biosciences, Inc. *(CRBU)*

European Hematology Association Meeting

**Corrected Transcript**

10-Jun-2022

### Asthika S. Goonewardene
*Analyst, Truist Securities, Inc.*

Q

Great. Thanks, guys.

### Rachel E. Haurwitz
*President, Chief Executive Officer & Director, Caribou Biosciences, Inc.*

A

Thank you.

**Operator**: Our next question comes from Kelsey Goodwin with Guggenheim Securities. Your line is open.

### Kelsey Goodwin
*Analyst, Guggenheim Securities LLC*

Q

Hey. Thanks for taking my question. Regarding next steps, I guess some competitors are looking to evaluate their CAR-T in the post autologous CAR-T setting as a potential fast path to market. I guess is that an area that CB-010 may eventually be evaluated in? And if not, I guess, how are you kind of thinking about a potentially registrational path forward in the third line-plus setting for now? Thank you.

### Rachel E. Haurwitz
*President, Chief Executive Officer & Director, Caribou Biosciences, Inc.*

A

Yeah. Kelsey, thank you for the question. The trial, as it is designed today, explicitly exclude any patients of prior CD19-targeted therapy, which means these individuals are auto CAR-T naïve. So, it's really a mechanism to help ensure that the patients who initially enroll in this program have CD19-positive disease. Certainly, as we go forward, we recognize, as many of our peers, that the post auto CAR-T patient population is one with significant unmet need. It's one we're thinking very carefully about as we think about the future development of this program.

### Kelsey Goodwin
*Analyst, Guggenheim Securities LLC*

Q

Okay. Great. Thank you.

**Operator**: I see no further questions. At this time, I would like to turn the call back over to Dr. Rachel Haurwitz.

### Rachel E. Haurwitz
*President, Chief Executive Officer & Director, Caribou Biosciences, Inc.*

Thank you, Michelle, and thank you again, all, very much for joining us today. I'd like to thank Drs. Nastoupil and Essell again, for taking the time today to help us update you on these data and for sharing their direct experience on the frontlines of treating these patients. I also want to extend our thanks to the other participating investigators and their teams, and to the patients who have been part of this clinical trial.

I hope what you have heard today, highlighted on slide 26, excites you as much as it does us. While early and in a small number of patients, these data from our CD-010 program have exceeded our expectations and represent an important step toward validating Caribou's chRDNA genome editing platform and our pipeline. CB-010 is the first allogeneic CAR-T cell therapy to achieve a 100% CR rate as best response. We are excited to see these responses in the initial six patients who all had aggressive disease after multiple lines of therapy.



# Caribou Biosciences, Inc. *(CRBU)*
European Hematology Association Meeting

A complete response was sustained in two of the five patients who were evaluable for efficacy at six months, and the sixth patient has yet to undergo their six month evaluation. We were excited to see that treatment with the single dose of CB-010 at a relatively low dose level for the field, 40 million CAR-T cells, led to these responses. CB-010 has demonstrated a promising safety profile of this drug and we are enrolling patients in Cohort 2 at dose level 2, which is 80 million CAR-T cells.

Moving to slide 27, we show our pipeline of precision genome-edited allogeneic CAR-T and CAR-NK cell therapies. We plan to share additional data from the ANTLER trial by year-end. In parallel, we are also developing off-the-shelf CAR-T cell therapies CB-011 and CB-012 for multiple myeloma and AML, respectively. In each of these programs, we use our Cas12a chRDNA genome-editing technology to enhance the persistence of the CAR-T cells. We plan to submit an IND application for CB-011 in the second half of this year, and we plan to submit an IND application for CB-012 next year.

In addition, we are developing an iPSC to NK platform with a focus on solid tumors. We designed our platform to carry out a multiplicity of genome edits in iPSCs in order to address several of the challenges inherent to solid tumor targeting. We can then pick out a single cell clone that contains all of the desired edits and differentiate it into natural killer cells with anti-tumor activity. CB-020 will be the first program from this platform and we plan to disclose the target for CB-020 in the fourth quarter of this year. Also, under a collaboration agreement with AbbVie, we are helping them develop two new CAR-T cell therapies against targets they have brought to the collaboration.

In conclusion, we believe the initial clinical data from our CB-010 program represents an important step toward validation of our chRDNA genome editing platform and the promise for the future of engineered allogeneic cell therapies. We look forward to keeping you updated on our progress as we pursue our mission to use this novel genome editing platform to develop innovative, transformative therapies for patients with devastating diseases.

This concludes today's conference call and webcast. Thank you for participating. You may now disconnect.

Disclaimer

The information herein is based on sources we believe to be reliable but is not guaranteed by us and does not purport to be a complete or error-free statement or summary of the available data. As such, we do not warrant, endorse or guarantee the completeness, accuracy, integrity, or timeliness of the information. You must evaluate, and bear all risks associated with, the use of any information provided hereunder, including any reliance on the accuracy, completeness, safety or usefulness of such information. This information is not intended to be used as the primary basis of investment decisions. It should not be construed as advice designed to meet the particular investment needs of any investor. This report is published solely for information purposes, and is not to be construed as financial or other advice or as an offer to sell or the solicitation of an offer to buy any security in any state where such an offer or solicitation would be illegal. Any information expressed herein on this date is subject to change without notice. Any opinions or assertions contained in this information do not represent the opinions or beliefs of FactSet CallStreet, LLC. FactSet CallStreet, LLC, or one or more of its employees, including the writer of this report, may have a position in any of the securities discussed herein.

THE INFORMATION PROVIDED TO YOU HEREUNDER IS PROVIDED "AS IS," AND TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, FactSet CallStreet, LLC AND ITS LICENSORS, BUSINESS ASSOCIATES AND SUPPLIERS DISCLAIM ALL WARRANTIES WITH RESPECT TO THE SAME, EXPRESS, IMPLIED AND STATUTORY, INCLUDING WITHOUT LIMITATION ANY IMPLIED WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, ACCURACY, COMPLETENESS, AND NON-INFRINGEMENT. TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, NEITHER FACTSET CALLSTREET, LLC NOR ITS OFFICERS, MEMBERS, DIRECTORS, PARTNERS, AFFILIATES, BUSINESS ASSOCIATES, LICENSORS OR SUPPLIERS WILL BE LIABLE FOR ANY INDIRECT, INCIDENTAL, SPECIAL, CONSEQUENTIAL OR PUNITIVE DAMAGES, INCLUDING WITHOUT LIMITATION DAMAGES FOR LOST PROFITS OR REVENUES, GOODWILL, WORK STOPPAGE, SECURITY BREACHES, VIRUSES, COMPUTER FAILURE OR MALFUNCTION, USE, DATA OR OTHER INTANGIBLE LOSSES OR COMMERCIAL DAMAGES, EVEN IF ANY OF SUCH PARTIES IS ADVISED OF THE POSSIBILITY OF SUCH LOSSES, ARISING UNDER OR IN CONNECTION WITH THE INFORMATION PROVIDED HEREIN OR ANY OTHER SUBJECT MATTER HEREOF.

The contents and appearance of this report are Copyrighted FactSet CallStreet, LLC 2022 CallStreet and FactSet CallStreet, LLC are trademarks and service marks of FactSet CallStreet, LLC. All other trademarks mentioned are trademarks of their respective companies. All rights reserved.

