# EXHIBIT Y

Company Name: Caribou Biosciences Inc
Company Ticker: CRBU US Equity
Date: 2022-11-17

# Jefferies LLC London Healthcare Conference

## Company Participants

- Rachel Haurwitz, President and Chief Executive Officer

## Other Participants

- Analyst

## Presentation

### Rachel Haurwitz  {BIO 19767980 <GO>}

(Call Starts Abruptly) Thank you very much for the opportunity to present today and to share an update on Caribou Biosciences, our technologies and our pipeline programs. Of course, this presentation includes forward-looking information.

So Caribou is a CRISPR genome-editing company, and we have invented our own next-generation CRISPR technology, we call the chRDNA technology. That's far more specific than first-generation CRISPR-Cas9. This allows us to carry out multiplex sophisticated genome edits while maintaining genomic integrity.

Today, we're using this technology to develop a pipeline of off-the-shelf cell therapies, and I'll dig into those details today. But clearly this technology has incredibly broad applicability beyond oncology and beyond cell therapy. Our pipeline today is really focused on deploying genome-editing to develop allogeneic CAR-Ts for malignancies and allogeneic CAR-NKs for solid tumors. A key theme across all of our programs is the persistence of anti-tumor activity, and we use our genome-editing to enhance it in a variety of ways, and I'll dig into those details today.

Our lead program, CB-010, is an ongoing Phase 1 study called the ANTLER trial for B cell non-Hodgkin lymphoma. Earlier this year, we released initial data from the study, demonstrating a 100% complete response rate at dose level 1, and we're now dosing patients at dose level 2. I feel we really have the key fundamentals to continue executing, starting with our very deep expertise in history and CRISPR biology. Thanks to our Co-Founder, Nobel Prize winner, Jennifer Doudna. And the IPS state that we have built, including for example, nine issued U.S. patents that the company owns covering the chRDNA technology. And we ended the most recent quarter with $343 million in cash.

So I'd like to dig into our cell therapy strategy, and then really dive into the technology and how we deploy it in each of our programs. At Caribou, we fundamentally believe that the future of cell therapy will be off-the-shelf. And the allogeneic cell therapy will bring the power of the immune system to a much broader patient population than the autologous cell therapies today.

FINAL

Bloomberg Transcript

Company Name: Caribou Biosciences Inc
Company Ticker: CRBU US Equity
Date: 2022-11-17

FINAL

However, we do not think it is as simple as just taking a healthy donor T-cell and adding a CAR. And the reason I say that of course is because these are foreign to the patients' immune system and therefore rapidly rejected. This understanding really sets up our focus on enhancing persistence through our genome-editing. We've multiple strategies to do this. In our lead program, we use our chRDNA technology to remove PD-1 to really take the [ph]brakes off the CAR-T product. And that's why we believe we're seeing such significant activity at only dose level 1 with our lead program.

In our second product candidate, we instead immune cloak the CAR-Ts, with an IL-2 preventing rapid rejection by the patients' immune system, allowing the CAR-Ts to circulate for a longer period of time, and thereby having a longer duration of anti-tumor activity.

As we think about these two different strategies, we're evaluating each of them independently first. So, as I mentioned already, the PD-1 knockout we're using in CB-010, which is our lead program, targeting CD19 in the clinic today. And we're using the immune cloaking strategy in CB-011, our second program targeting BCMA for multiple myeloma. And we've recently submitted the IND application for this program, and expect to hear back from the FDA by the end of the year.

As we then advance our pipeline, we're looking at the potential combination of each of these armoring strategies. And right now, we're exploring the potential combo of the PD-1 knockout with immune cloaking in the context of CB-012, our third allogeneic CAR-T program for AML. And I'll dig into a few details on each of these programs in just a few minutes.

Bloomberg Transcript

I also want to highlight our CAR-NK platform. Here, we're using natural killer cells instead of T cells, because we believe that they'll be a better cell therapy strategy for the solid tumor setting. And in fact, we're able to start with iPSCs, where we can integrate and multiplicity of genome-edits, and then differentiate those edited iPSCs into natural killer cells with anti-tumor potential. CB-020 will be the first product candidate from this particular platform. And by the end of this year, we will disclose the target for this particular program. I also want to highlight, we have an ongoing collaboration with AbbVie, under which we're helping them develop two new CAR-Ts against targets that they have brought to the collaboration.

So digging into the platform briefly. As I've highlighted already, one of the real advantages of the chRDNA technology is that it is far more specific than first-generation CRISPR-Cas9. Therefore, we can do multiple edits and really significantly reduce the risk of off-target translocations that may occur between off-target edits and on-target edits. I want to highlight that this is based on developing hybrid guides. Guides that are part DNA and part RNA. This technology is readily manufacturable through available existing chemical synthesis capabilities.

So here's just a little bit of data to demonstrate the incredible specificity of this technology. These chRDNA guides can be used with either the Cas9 protein or the Cas12a protein. So starting with Cas9 on the top half of this slide. You're looking at a head-to-

Company Name: Caribou Biosciences Inc
Company Ticker: CRBU US Equity
Date: 2022-11-17

FINAL

Bloomberg Transcript

head comparison between an all RNA guide and a chRDNA guide. In each case, you can see that both guide types yield incredibly efficient gene knockout. However, the guide RNA also results in multiple significant off-target events. When we move to using the chRDNA to edit the exact same site in the genome, we observed no off-target editing down to our limit of detection. The same observation is true with Cas12a, we can achieve very high efficiency editing and no detectable off-target editing down to our limit of detection.

And so, this is the technology that we utilize across all of the programs in our pipeline. We use Cas9 in conjunction with the chRDNA guides for our lead program CB-010. And for all the others that I'll be discussing today, we use the Cas12a enzyme in conjunction with the chRDNAs.

So, I'd like to dig into CB-010 first. This is our clinical stage program. This is an allogeneic CAR-T targeting CD19. And to the best of our knowledge, it is the first allogeneic CAR-T into the clinic with a PD-1 knockout. As I mentioned previously, the purpose of the PD-1 knockout is to really take the brakes off the CAR-T product itself, with an IL-2 preventing premature CAR-T exhaustion and driving better anti-tumor activity for that window of time while the CAR-Ts are present prior to immune-mediated rejection.

So here is an overview of our ongoing study, the ANTLER trial. It's a single arm open label study. We're in the dose escalation component evaluating a single dose regimen of CB-010. We're able to enroll up to seven different subtypes of patients with relapsed or refractory B cell non-Hodgkin lymphoma. And I went to highlight in particular, they were only enrolling patients with progressive forms of this disease, not indolent forms of any of these subtypes.

Patients undergo lymphodepletion, and I'll highlight that we utilize a slightly deeper lymphodepletion regimen than many others do in order to create an appropriate window of activity -- opportunity for activity for these Car-Ts, and then we deliver a single dose of CB-010. We then evaluate the patients at 28 days and every three months thereafter.

Here is a quick snapshot of some of the data that we most recently presented. What you're looking at here are the six patients in Cohort 1. So each of these patients received only a single dose of 40 million CAR-T cells following their round of lymphodepletion. Quite remarkably, we saw a 100% complete response rate as best response, which to the best of my knowledge is the best anyone has seen for a cell therapy at such a low dose. And importantly, we've now observed a 50% six-month CR rate, showing really quite promising and durable activity.

To put this in context, what we often hear from KOLs in this space, is that there are real world experience with their patients in the clinic today, is about a 33% six months CR rate with autologous CAR-Ts. So we think this is a really compelling start, especially considering that it's only just level 1. In terms of of next steps we have promised that we will provide an additional update on Cohort 1 by the end of the year. So please stay tuned for that, and we are enrolling patients at dose level 2 80 million CAR-T cells.

Company Name: Caribou Biosciences Inc
Company Ticker: CRBU US Equity
Date: 2022-11-17

FINAL

Bloomberg Transcript

I want to also take time today to highlight the three other programs in our pipeline, CB-011, as an allogeneic anti-BCMA CAR-T for the treatment of multiple myeloma. Here, we're using an immune cloaking strategy that I mentioned a few minutes ago. And what we're doing is actually a multi edit approach. We use our genome-editing to knock out a gene called beta-2 microglobulin or beta-2M for short. And that gets rid of all of the endogenous HLA Class I presentation.

We then site specifically insert a transgene fusing beta-2M with HLA-E. HLA-E is one of the minor antigen, and these two edits together ensure that we've wiped out all of the endogenous Class I presentation and these cells will only present the HLA-E as part of that transgene. The purpose of these edits is to prevent both the patients' T-cells and the patients' natural killer cells from rapidly rejecting the therapy, they're buying additional time for circulation and therefore anti-tumor activity.

And so, here's a little bit of a schematic of that demonstrating exactly what I've just talked about. So, if you look at the top left corner on modified, this describes the vast majority of allogeneic CAR-Ts in development today. Meaning that HLA-E Class I presentation has not been modified. Therefore, as the patients' immune system rebounds post lymphodepletion, their T-cells will recognize that Class I mismatch have a cytotoxic effect and reject the therapy.

What some in the field are starting to do is to address this by knocking out beta-2 microglobulin. So, what this does is get rid of all of Class I presentation. And that will very nicely solve the T-cell problem. No longer can the patients' T-cells rapidly recognize that mismatch, however, it creates a whole new problem. And that's because the natural killer cells, part of the innate immune system, specifically recognize what is called the missing-self hypothesis, really the lack of HLA-E Class I presentation.

And so in this case in the natural killer cells have cytotoxic activity and reject the therapy. And this is really important in the context of patients who've been lymphodepleted, because it's actually the activity of the innate immune system, including natural killer cells that comes back first. And so, we think it's very important to not stop here, but instead take the additional step of introducing that transgene fusing beta-2M with HLA-E in order to ensure that HLA-E decorates the surface of the CAR-Ts. That is enough to prevent the natural killer cells from having cytotoxic activity, but not enough to cause the T-cells too. And so, we think a really nice goldilocks balance for these two elements of the immune system.

I'd also like to highlight that this cell therapy benefits not only from a unique approach for immune cloaking, but also from a humanized proprietary CAR. So what we did is actually run a campaign to evaluate a number of different anti-BCMA scFvs, and we identified one really outperformed all the others that we evaluated. I'm showing you here on this slide a little bit of data from several of the assays that we run in vivo, demonstrating the potency of this particular scFv in the context of a CAR. And so today, I believe that CB-011 really benefits from a combination of the immune cloaking strategy and this potent proprietary CAR. As I mentioned, we recently submitted the IND application and expect to hear from the FDA shortly on this program.

Company Name: Caribou Biosciences Inc
Company Ticker: CRBU US Equity
Date: 2022-11-17

FINAL

Bloomberg Transcript

And so, our third allogeneic CAR-T CB-012 is an off-the-shelf CAR-T for AML. This is obviously an incredibly challenging disease for which there are no approved cell therapy products today. And I think one of the real challenges in this field has been identifying an appropriate target. And so, we feel that we've landed on a very compelling target for this disease called CLL-1 or CD371. CLL-1 is highly expressed on AML tumor cells as well as leukemic stem cells, but importantly, it is not expressed on healthy hematic stem cells through really important discrimination. And so, we believe this will be really compelling target for a cell therapy.

Today, we're actively exploring the potential combination of the PD-1 knockout and the immune cloaking to further enhance the activity of this particular cell therapy. Now to get there, we'd actually require five genome-edits, three knockouts and two separate site-specific insertions. So it's really continues to push the envelope in terms of the genome-editing technology platform itself.

This program is on track for an IND filing next year. And to round us out, I'd like to come to CB-020, which will be the first program from our iPSC to NK platform with a specific focus on solid tumors. As I highlighted a few moments ago, we really believe that natural killer cells are a better path into the solid tumor setting. And I say that because natural killer cells inherently have anti solid tumor, both primary tumors and metastases. And we see that as a really good start point. And then we can layer on a number of additional attributes through our genome-editing in order to really armor and enhance the activity of these cells.

Clearly, the solid tumor setting presents a number of significant challenges, including targeting, trafficking, penetrating the solid tumor, surviving the immunosuppressive tumor microenvironment, and having sufficient activity by the time it actually gets there to have a meaningful impact in the clinic. And so, we're looking at a number of different strategies through our genome-editing capabilities to address a multiplicity of these issues.

We can then insert or knock out a number of different elements of the genome in the context of an iPSC and then pick out a single-cell clone that has all of the attributes that we're looking for. We can then take that clone, bank it, expand it and differentiate it into natural killer cells using a proprietary differentiation protocol that we've developed in-house. So we're very excited about the potential of this overall platform.

We have publicly guided that by the end of this year we will be disclosing the target for CB-020, meaning the tumor antigen that the CAR will target specifically. And we'll also be sharing some of the edits that we've developed for the CAR-NK platform broadly to address a number of the challenges inherent in the solid tumor setting.

And so to wrap up, I'd like to highlight some of our key recent accomplishments and to really guide where we're headed next with a number of these programs. We're obviously very excited about the recent submission of the CB-011 IND and look forward to response and feedback from the FDA, and to ultimately moving that program into the clinic. To the best of our knowledge, we are going to be the first to use the immune cloaking strategy

Company Name: Caribou Biosciences Inc
Company Ticker: CRBU US Equity
Date: 2022-11-17

that I described today in the clinic, and we feel it really differentiates this particular program.

We're also very excited and encouraged by the initial data from the ANTLER study. To the best of our knowledge, we are the first to use the PD-1 knockout approach in allogeneic CAR-T in the clinic. And we believe it underpins the significant and incredible activity that we're seeing at dose level 1, and look forward to providing an additional update before the end of this year on this program as well.

And to give you a bit of context about the strength of our balance sheet. Last year was a big year for us between the AbbVie collaboration, a private race and our IPO. We raised $495 million, giving us a really strong balance sheet and the opportunity to continue investing on our technology platform and in our programs. So moving forward, very excited to give updates on CB-010, CB-011 and CB-020 before the end of this year and to be in a position to submit the IND for CB-012 next year.

And with that, thank you very much for your time, and I'd be happy to take any questions.

## Questions And Answers

### A - Rachel Haurwitz  {BIO 19767980 <GO>}

(Question And Answer)

### Q - Analyst

So, you guided to the update at the year-end. So I think you have a trail in progress at ASH. So it will be around ASH event or it will be separate --

### A - Rachel Haurwitz  {BIO 19767980 <GO>}

Yes. Great question. We do have a trial in progress firstly, but that's obviously not an opportunity to do a data update. So we won't be giving the data update at ASH. That'll be a chance to really talk about the structure of the trial itself.

### Q - Analyst

Okay. Got it. And then more technical question like, as you incorporate more and more edits, like do you see more differentiated cells versus losing some of the stem cell phenotype and how does that impact?

### A - Rachel Haurwitz  {BIO 19767980 <GO>}

Such an important point. So first I'll say, we simply -- we agree with you that maintaining an earlier stem like phenotype is incredibly important. And so that's a huge part of the secret sauce that goes into our manufacturing strategy and approaches. And so, it's an element that we really bake into all of our cell therapies, is making sure that even with increasing number of genome edits, we're still maintaining a mixture of cells that are in that earlier assembling phenotype.

Company Name: Caribou Biosciences Inc
Company Ticker: CRBU US Equity
Date: 2022-11-17

## Q - Analyst

But do you know, what proportion it would be optimal?

## A - Rachel Haurwitz {BIO 19767980 <GO>}

That's a great question. I'm not sure that there's a magic number on that. But clearly, a minimum amount is necessary. And certainly in the lab, if we create batches where we intentionally allow them to differentiate furthermore towards the effectors, we see less activity in mouse models.

## Q - Analyst

Got it. And then on the CAR-NK side, there's a lot of interest. But curious if the type of ADC are making, are they similar to the CAR-T or they are different considerations for the solid tumors?

## A - Rachel Haurwitz {BIO 19767980 <GO>}

Yes and yes. So, I'd certainly say in terms of exhaustion, that's clearly going to be a theme, that could be consistent about -- across both cell types. I'd say the way we think about it is liquid tumors are hard, solid tumors are even harder. And so, if you look at this slide here, the sub bullet under the second major bullet kind of a long laundry list of many of the issues that we think about. Of course, some of these could be applicable in the CAR-T setting as well.

## Q - Analyst

One last question is basically this one is IND filed at year end, right?

## A - Rachel Haurwitz {BIO 19767980 <GO>}

No. CB-012 will be in IND filing next year, CB-011 we filed the IND already.

## Q - Analyst

One more question is on the persistence question, a tricky question. So does it matter if the peak -- like peak expansion, which one do you think is more important? The peak expansion or the tail-end of the curve to really get to the six-month durability?

## A - Rachel Haurwitz {BIO 19767980 <GO>}

Yes. It's a great question. And I'm not sure that it's either exactly. I think it's about the fundamental underlying activity of the T-cells, and I'll explain what I mean. So what we can do in mouse models is explore a number of different kinds of CAR-Ts to really get at the hard of this question. So what we've been able to do in mice is actually compare head-to-head CB-010 with the PD-1 knockout against a CAR-T that's otherwise identical, but still expresses PD-1. And so what we see in mice is that those CAR-Ts both expand and proliferate the same. There's no fundamental difference in that, but the mice treated with CB-010 was substantially longer than the mice treated with the conventional CAR-T if you will.

Company Name: Caribou Biosciences Inc
Company Ticker: CRBU US Equity
Date: 2022-11-17

And so, I think what that really speaks to you as a difference is maybe potency is the word to use and that CB-010 really has more significant anti-tumor activity. So we think is actually happening, and CB-010 does a better job of debulking the tumor initially and that translates to the far better outcomes in mice.

## Q - Analyst

Makes sense. Any questions from the audience?

(inaudible) what are the next steps for CB-010?

## A - Rachel Haurwitz  {BIO 19767980 <GO>}

Yes. Great question. So right now, we're in the dose escalation portion of our Phase 1 study. And so, obviously our goal is to continue evaluating safety and emerging efficacy data and ultimately identify the recommended Phase 2 dose. At that point, we'll then move into the expansion phase of this particular study allowing us to collect additional emerging efficacy data on one or more multiple cohorts of patients.

## Q - Analyst

I actually don't know the answer to this question. But is there any precedence with autologous CAR-Ts with the PD-1 knockouts?

## A - Rachel Haurwitz  {BIO 19767980 <GO>}

There is not to -- in the CD19 setting. There have been one or a small number of other studies against other targets where PD-1 knockout was deployed. But I think it was pretty early and against targets that maybe convoluted the story a little bit.

## Q - Analyst

Got it.

Thanks. Just for the ANTLER update. What a patient number should we be looking for? And how many in dose level 2? And sorry if I missed early.

## A - Rachel Haurwitz  {BIO 19767980 <GO>}

Yes. No. Great question. So the ANTLER update by the end of this year will be additional duration data on the patients in Cohort 1. So we most recently updated that of the six on study, three remained in response previously. So it's an update on those three. It's a three plus three dose escalation. So Cohort 2 will be a minimum of three patients, Cohort 1 with six, because there was actually an individual who experienced a DLT. So we expanded to six patients per protocol. There were no other DLTs, and so we escalated to dose level 2.

## Q - Analyst

(inaudible).

## A - Rachel Haurwitz  {BIO 19767980 <GO>}

Company Name: Caribou Biosciences Inc
Company Ticker: CRBU US Equity
Date: 2022-11-17

So one patient experienced a Grade 3 ICANS. And in many studies, that alone would not have qualified as a DLT. We've received different feedback from the FDA. So per our protocol, any Grade 3 ICANS is the DLT. However, in many other studies, a Grade 3 ICANS has to persist for at least 72 hours to qualify as a DLT. I say all of that, because this patient experienced a Grade 3 ICANS that only persisted for 39 hours and was well controlled with standard of care, and that individual went on to have a complete response.

## Q - Analyst

Thanks. Can you talk about the emergence of the CRS events? And then how they correlate with efficacy or I mean it's very early but --

## A - Rachel Haurwitz  {BIO 19767980 <GO>}

Yes. It's a great question. I'm not sure that I can draw strong correlations at this point within NF6. We've certainly disclosed those data in our data update earlier this year. I mean, I think fundamentally and speaking not just from our data, but from the field, generally CRS tends to be a by-product of actual activity of the cell therapy, and can often be indicative of the CAR-T having antitumor activity.

## Q - Analyst

Great. A quick follow-up. Did you have to do to treat any patient with six molecular antibodies to treat CRS?

## A - Rachel Haurwitz  {BIO 19767980 <GO>}

Yes. So, the patients who I described to high Grade 3 ICANS, first high Grade 1 CRS and then Grade 3 ICANS and they received antibody treatment. We've also had a patient with CRS who did not require treatment in the clinic.

## Q - Analyst

I can ask one last question. On the manufacturing front, so you have the RNA-DNA hybrid, so it is thermodynamically less stable than RNA guides. So does that mean you have some bottlenecks in manufacturing or --

## A - Rachel Haurwitz  {BIO 19767980 <GO>}

Not from a manufacturing perspective. No, I mean, really any of the companies who develops the capability to make of course today single guide RNAs or before today any sort of RNAi therapy. Most RNAi based therapies aren't RNA, right? They are heavily modified nucleotides. So the expertise necessary to do that translates one-to-one for making a chRDNA guide. And in fact, that lower affinity is really the key to the technology because we've lowered the affinity, we reduced the off-target editing dramatically.

## Q - Analyst

Any other questions? Okay. Thank you, Rachel.

## A - Rachel Haurwitz  {BIO 19767980 <GO>}

Company Name: Caribou Biosciences Inc
Company Ticker: CRBU US Equity
Date: 2022-11-17

Thank you.

*This transcript may not be 100 percent accurate and may contain misspellings and other inaccuracies. This transcript is provided "as is", without express or implied warranties of any kind. Bloomberg retains all rights to this transcript and provides it solely for your personal, non-commercial use. Bloomberg, its suppliers and third-party agents shall have no liability for errors in this transcript or for lost profits, losses, or direct, indirect, incidental, consequential, special or punitive damages in connection with the furnishing, performance or use of such transcript. Neither the information nor any opinion expressed in this transcript constitutes a solicitation of the purchase or sale of securities or commodities. Any opinion expressed in the transcript does not necessarily reflect the views of Bloomberg LP. © COPYRIGHT 2023, BLOOMBERG LP. All rights reserved. Any reproduction, redistribution or retransmission is expressly prohibited.*

FINAL

Bloomberg Transcript