# EXHIBIT Z

Company Name: Caribou Biosciences Inc
Company Ticker: CRBU US Equity
Date: 2022-12-07

# Bank of America 2022 Biotech SMID Cap Conference

## Company Participants

- Jason O'Byrne, CFO
- Jeff Beacham, Senior Biopharma Analyst
- Rachel Haurwitz, CEO

## Presentation

### Jeff Beacham  {BIO 21170222 <GO>}

Okay. Great. Thank you. My name's Jeff Beacham, in the Senior Biopharma Analyst here at B of A and welcome to our virtual SMID Cap Biotech Conference.

We're thrilled this morning to have Caribou with you and speaking on behalf of Caribou, we have CEO Rachel Haurwitz and we have CFO Jason O'Byrne, welcome guys. Good to see your face.

### Rachel Haurwitz  {BIO 19767980 <GO>}

Thanks (inaudible).

### Jason O'Byrne  {BIO 22153658 <GO>}

(inaudible).

## Questions And Answers

### A - Jeff Beacham  {BIO 21170222 <GO>}

So let's kick it off, maybe Rachel, just sort of a backgrounder for those that are – aren't as familiar with the story, just give us kind of the high level (inaudible) view and then we'll get right into some of the – some of the data coming up and your strategy.

### A - Rachel Haurwitz  {BIO 19767980 <GO>}

Absolutely. Thanks, Jeff. So Caribou is a next generation CRISPR genome editing company. I'm sure we'll have the chance to dig in a lot on our technology. One of its real advantages is enhanced specificity. And today we're using this technology to advance a wholly owned pipeline of allogeneic cell therapies.

Our platform is split between two different approaches, allogeneic CAR-Ts for hematologic malignancies and allogeneic CAR NKs [ph] for solid tumors. We've had some

*FINAL*

*Bloomberg Transcript*

Company Name: Caribou Biosciences Inc
Company Ticker: CRBU US Equity
Date: 2022-12-07

exciting announcements recently and happy to take on all that front [ph] Jeff. Thanks for having us today.

## A - Jeff Beacham  {BIO 21170222 <GO>}

Yes, perfect. Perfect. You know, let's talk a little bit about – Rachel, just about the (inaudible) space itself. So we've seen a lot of data from some of your – some of your peers over the course of this year on – allo [ph] therapies, and we've seen some commercial data on autologous [ph] so must maybe at a high level like is there anything that's surprising to you? And where do you see, at this point, the biggest opportunities?

Obviously you're focusing on – your own pipeline, but just sort of a (inaudible) at a higher level?

## A - Rachel Haurwitz  {BIO 19767980 <GO>}

Yes, that's a fantastic question, I'm going to pass this to my colleague Jason.

## A - Jason O'Byrne  {BIO 22153658 <GO>}

Oops, thanks. Yes, (inaudible) Rachel (inaudible). You know, I guess the big – the big view for us, Jeff is we really believe that the future of the cell therapy field has really had it's [ph] (inaudible) allogeneic, so that's where we see the significant potential there [ph] (inaudible) and specifically, we see a much wider patient population could have access to allogeneic [ph] therapies.

So what we're really thinking about is how to use our chardonnay [ph] genome editing to really engineer those cell (inaudible) cell therapies to enhance persistence. And I guess from our perspective, we're taking the differentiated [ph] approach really two sort of main approaches we're taking.

One for example, with CB10, we're knocking out PD1 (inaudible) premature exhaustion of the CAR-T, really allowing those CAR-T cells to maintain a higher anti-tumor state for a longer period and aiming to enhance persistence. I think – our second program CB11 (inaudible)…

## A - Rachel Haurwitz  {BIO 19767980 <GO>}

(inaudible) 19 CAR-T and as Jason mentioned, this is where we used the PD1 knockout strategy to (inaudible) prevent premature CAR-T cell exhaustion. So our ongoing antler trial is a phase 1 study (inaudible) dose escalation right now.

And earlier this year we shared the initial cut of data, so that was does level 1 (inaudible) only 40 million CAR-T cells and a single dose. And across the six [ph] patients who each (inaudible) received a single dose of the CB10, each of them experienced a complete response as their best response, which I think is quite remarkable, considering it's only dose level 1.

To your point, clearly duration of response is really important in this field. And often what we hear from physicians today whose patients are getting the approved commercial

Company Name: Caribou Biosciences Inc
Company Ticker: CRBU US Equity
Date: 2022-12-07

antilogous [ph] CAR-T products they're seeing something like 30 to 35% six months CR rates in the real world clinic experience.

And so, we were really pleased a little bit later this year to shares a 50% six months CR rate for this initial cohort of patients.

Now, based on these data, we obviously feel it's prudent to continue to (inaudible) dose escalating, so we've moved to dose level two, it's double the dose, 80 million cells instead of 40 million sells with really an eye to understanding whether increasing the dose could help push the duration of activity as well.

We've also committed to the Street that we'll provide an additional update on antler by the end of the year, and that will really focus on cohort 1 and the additional duration information.

### A - Jeff Beacham  {BIO 21170222 <GO>}

Gotcha, okay. And from the patients that have had a complete response, but it wasn't as durable, is there anything that you've learned since that day that were initially out [ph], Rachel?

### A - Rachel Haurwitz  {BIO 19767980 <GO>}

Yes. I'd say stay tuned. That's a really important question to ask, small N (inaudible) so I think we're…

### A - Jeff Beacham  {BIO 21170222 <GO>}

Right [ph].

### A - Rachel Haurwitz  {BIO 19767980 <GO>}

.continuing to learn from these individuals.

### A - Jeff Beacham  {BIO 21170222 <GO>}

Right. (inaudible) yes, I always look at biomarkers and the like that may inform things like response (inaudible). Then – and durability [ph] and your ongoing research for CB10, is there anything that you may have picked up beyond obviously the PD1 access that could – you think could help drive and inform your trail design going forward and try to enhance (inaudible) durability [ph]?

### A - Rachel Haurwitz  {BIO 19767980 <GO>}

It's a really important question. I'd say again stay tuned is probably the best…

### A - Jeff Beacham  {BIO 21170222 <GO>}

Yes [ph].

Company Name: Caribou Biosciences Inc
Company Ticker: CRBU US Equity
Date: 2022-12-07

## A - Rachel Haurwitz {BIO 19767980 <GO>}

.answer. (inaudible) we'll know [ph] (inaudible) because this is phase 1 and [ph] dose escalation, we have the opportunity to explore multiple different (inaudible) however we're being very clear that it's only aggressive subtypes of disease.

And that [ph] even includes the follicular lymphoma patients, so these are not end to end FL [ph] patients, they're folks with disease characterized by QD24 progression of disease within 24 months of diagnosis, so this is a subset of follicular lymphoma patients with aggressive disease.

## A - Jeff Beacham {BIO 21170222 <GO>}

Gotcha. Yes. And just along those lines (inaudible) there are a lot of CD19 therapies in develop, but it doesn't seem like there's too heavy competition for patients. And A, is that – is that true in your experience? Then B, when you look forward to more larger scale study, would you expect that (inaudible)?

## A - Rachel Haurwitz {BIO 19767980 <GO>}

(inaudible) products with enhanced anti-tumor persistence. So fundamentally, the chardonnay [ph] technology relies on guides that are PERT DNA PERT RNA [ph] rather than the (inaudible) molecules that Mother Nature gave us. The inclusion of DNA dramatically improves the specificity of genome editing.

This is important for a couple of reasons. First, when you're making one edit, it means [ph] you're far more confident that you've made the edit you intend to and avoid changes elsewhere in the (inaudible) genome that could impact fitness, activity, safety or otherwise.

The second reason really relates to genome integrity. So if a cell experiences two edits, such as an on target edit and an off target edit, it can handle those multiple edits by undergoing massive chromosomal translocations or other rearrangements, clearly not ideal. And so, by dramatically reducing the frequency of off tray [ph] editing, we can also dramatically reduce the frequency of target [ph] translocations.

So this fundamental platform allows us to be quite sophisticated. We can carry out [ph] multiple genome edits, in part thanks to a proprietary delivery technology that (inaudible) actually get the chardonnay [ph] reagents into the T cells, allowing us to carry out a multiplicity of gene [ph] knock outs and gene insertions in order to achieve the kinds of enhancements that Jason articulated we feel are [ph] really – will be really important for (inaudible) activity.

## A - Jeff Beacham {BIO 21170222 <GO>}

Gotcha. And would you say having this technology in-house, does that give you a – more of an opportunity to look at other targets, which others haven't really [ph], so most of the time when we (inaudible) a lot of (inaudible) in the gene editing cell therapy space, it is CB19 [ph] and (inaudible) that they are [ph] (inaudible) common targets, but using your

Company Name: Caribou Biosciences Inc
Company Ticker: CRBU US Equity
Date: 2022-12-07

technology, with [ph] that specificity – do you open up a new (inaudible) range potentially of targets?

## A - Rachel Haurwitz  {BIO 19767980 <GO>}

Absolutely. And I think our third pipeline program, CB12 is the perfect example of that. So this is a therapy that we're developing for AML, obviously incredibly challenging disease for which there are no (inaudible) therapy products today.

And we believe that one key element of success in (inaudible) will be how we actually armor or edit the cell therapy, so I do think our underlying platform and the fact that (inaudible) many edits with such high specificity really unlocks the opportunity to meaningfully address additional diseases.

## A - Jeff Beacham  {BIO 21170222 <GO>}

Gotcha. Yes, tell me a little bit about that – so let's – let's sort of jump over to CB11 [ph] (inaudible) 12 and we'll come back to 11, but there have [ph] (inaudible) a lot of allo CAR-T therapies in AML, maybe just based on the fact that it's a pretty fast progressing disease, what are the – are there other unique challenges to success there?

## A - Rachel Haurwitz  {BIO 19767980 <GO>}

Yes. I'd – I'd say one key challenge is…

## A - Jeff Beacham  {BIO 21170222 <GO>}

Opportunity for CB11…

## A - Rachel Haurwitz  {BIO 19767980 <GO>}

.yes, (inaudible) great length, and clearly we believe allo as an approach is an advantage and then within that [ph] context, we think a couple of things'll be really important for differentiating CB11. One is the binder and the other is the armoring strategy.

So starting with the binder, we actually evaluated a number [ph] of different BC (inaudible) binders and ultimately acquired a humanized one that had better potency in all of the assays that we ran compared to the other binders that we had evaluated. So we think that's a really important component of the puzzle for CB11.

The other of course [ph] is the armoring and so this is where we're using an immune collecting [ph] strategy – (inaudible) really the goal is to slow down the timeline along which the patient's immune system can reject the therapy. This is not making it magically immune cloaked forever. We don't expect these cells to last forever. This is about buying additional time for additional anti-tumor activity.

## A - Jeff Beacham  {BIO 21170222 <GO>}

Gotcha. And the ultimate effect of that is potentially to have (inaudible) would you say more higher response rate, more (inaudible) activity upfront or is the potential to have a lot longer durability and longer lasting benefits?

FINAL

Bloomberg Transcript

Company Name: Caribou Biosciences Inc
Company Ticker: CRBU US Equity
Date: 2022-12-07

### A - Rachel Haurwitz {BIO 19767980 <GO>}

Yes, that's a great question. I think to perfectly answer these questions, we'll have to get into the clinic, so I'm obviously…

### A - Jeff Beacham {BIO 21170222 <GO>}

Yes.

### A - Rachel Haurwitz {BIO 19767980 <GO>}

.really excited that the FDA recently cleared our IND and we'll have the change to initiate the study early next year. But the way I think about it thematically is by preventing immune mediated rejection, we actually keep the CB11 and the CAR-Ts in circulation for a longer period of time, therefore accumulating a longer timeline of anti-tumor activity.

### A - Jeff Beacham {BIO 21170222 <GO>}

I gotcha, okay. And when you look outside of the realm of liquid tumors, there's been a lot of challenges [ph] with respect to a lot of the technologies used successful on [ph] liquid tumors, not necessarily translate to solid tumors. So talk a little bit about your efforts there and what – what benefits you could have from the platform?

### A - Rachel Haurwitz {BIO 19767980 <GO>}

Yes, good – great observations, I'd say we completely agree with the conclusions that you've just described. And simultaneously that solid tumors represent the lion's share of the unmet medical need as well, so a significant challenge.

And it's really been our focus here at Caribou on a different cell type instead of T cells. So we're really focused on natural killer cells (inaudible) NKS [ph] in particular as what we think will be a better initial approach into the solid tumor.

The reason we believe that is that natural killer cells inherently have anti-solid tumor activity, both primary tumors and metastases, so we see it as a really compelling start point.

And we could use our genome editing to layer on a number of additional edits to really enhance their activity [ph] to address so many of the challenges, whether it's targeting and trafficking, penetrating the tumor, handling [ph] the tumor (inaudible) and what we're ultimately addressing the underlying heterogeneity of solid tumors, these are all things that we commit to address through our genome editing.

I just gave a pretty long laundry list, so to be successful, we think it's – it's a number of different edits, (inaudible) practically addressed that (inaudible) disease settings, especially in a solid tumor setting.

And so, I think Caribou's in a position to really take advantage of the emerging information from the field and leapfrog straight to a quite sophisticated CAR and K cell

FINAL

Bloomberg Transcript

Company Name: Caribou Biosciences Inc
Company Ticker: CRBU US Equity
Date: 2022-12-07

therapy. So, a key differentiator is that we will be deploying [ph] a CAR in CB20. I realize many of the end case cell therapies in development to date don't use CARs, and so we see a CAR as an opportunity to really help with the targeting challenges in terms of the tumor biology.

Then on top of that, because we are using the IPC platform, and of course because the (inaudible) a CRISPR company, we can really use the strengths of our technology platform to implement a number of different edits. So we expect CB20 to be a rather sophisticated first product. It really leans on the broader learnings of the field that you've just highlighted.

### A - Jeff Beacham  {BIO 21170222 <GO>}

Gotcha, okay. What the [ph] (inaudible) it does seem like a – a lot of major pharma big biotech [ph] is becoming more and more interest (inaudible) only a few that have the capabilities in gene therapy, cell therapy or editing (inaudible) your partner AbbVie is a – is a good one, but across the board though, why are you [ph] (inaudible) would say that with all the promise of (inaudible) and the promise of a – of an editing platform, what do you think is the limitation for a larger scale company to get into the – get into the game?

### A - Rachel Haurwitz  {BIO 19767980 <GO>}

Yes, it's a great question and I would say (inaudible) in the discussions we've had with a number of folks across this space, I think appropriately and predictable – predictability – a lot of the larger companies are in a bit more of a – of a watch and wait mode. I think that's no different from other new technology landscapes, right, they're really looking to see whether there's (inaudible) there there, in terms of the broader utility, whether it's standard line [ph] technology or the therapeutic approach.

Certainly in our discussions with folks across the board, the critical piece of the puzzle is going to be the duration of the activity of the early CAR-T therapies that are of the shelf (inaudible) I think we're pretty excited from where we are and given that that the data we've shared thus far are only (inaudible) great [ph] this is. This is so (inaudible) that most people don't even see activity, let alone the opportunity to really meet the (inaudible) the six month response rates of the approved products.

### A - Jeff Beacham  {BIO 21170222 <GO>}

Right. In your discussions with AbbVie, what were some of the (inaudible) things that they were looking to – I'm just trying to think bigger picture, like is there an opportunity for you guys, for example to – (inaudible) and to use the technology for more non-dilutive – non-dilutive cap roll [ph]?

### A - Rachel Haurwitz  {BIO 19767980 <GO>}

Yes, great, great question. And I'll hand the second piece of this to Jason, and before I do I'll – I'll just briefly say I'm really excited that we were able to sign on the dotted line with AbbVie early last year (inaudible).

### A - Jeff Beacham  {BIO 21170222 <GO>}

Company Name: Caribou Biosciences Inc
Company Ticker: CRBU US Equity
Date: 2022-12-07

.totality of the investment and the progress we're making longer term, manufacturing of these cells is scaled up – is going to be an important part – just remind investors the strategic – strategically [ph] how important this is today and maybe going forward, how much of a – of a party do you think you'll have to (inaudible)?

### A - Jason O'Byrne  {BIO 22153658 <GO>}

Yes. I mean in terms of manufacturing, we have – the approach we've taken is we built a really strong internal process development team, and that's – they're responsible for developing our processes, really optimizing and scaling those up. Then we take [ph] (inaudible) for those really scaled up across (inaudible) this is two a set [ph] of CMOs to manufacture our cell therapies.

We're relying on those CMOs, and they have demonstrated capability through clinical studies and into commercialization, so we're confident in the approach. Having said that, we may look at building internal manufacturing down the road and that would really be – for strategic reasons, really to give us flexibility and control. But really the [ph] contract manufacturing approach with a strong internal process and (inaudible) team [ph] is working well for us at this time

### A - Jeff Beacham  {BIO 21170222 <GO>}

Okay. Sounds good. So and just – in the – in the last few minutes, Rachel, I know there's not – you may [ph] have to wait till ASH so we seek out the latest and greatest updates, but outside of – outside of the data there, give us maybe a sense in terms of the pace of what data could come over the course of 2023?

### A - Rachel Haurwitz  {BIO 19767980 <GO>}

Yes, great – great questions, and I'll just – I'll mention that we do have a poster at ASH for CB10. It's a trials in progress poster, so that won't be a venue for us to shares data – we have reiterated our commitment to share data before the end of the year for the…

### A - Jeff Beacham  {BIO 21170222 <GO>}

Yes.

### A - Rachel Haurwitz  {BIO 19767980 <GO>}

…first cohort of patients, it'll – it'll just be outside the confines of ASH. In terms of 2023, I'm really excited about the momentum that we're taking with us into next year, so just recently CB10 received both RMAT [ph] and fast track designations, but just obviously a fantastic set of opportunities to much more closely engage with the FDA as we continue to progress this program.

So we disclosed earlier this year that we've moved into dose level 2. we've not yet shared any data from dose level 2 and really our strategy for that will look a lot like our strategy for dose level 1, meaning when we feel like we have a meaningful nugget of information that starts to really answer important questions and more importantly guide the future development of the program we'll find an appropriate venue to share that. So, certainly stay tuned on that front.

Company Name: Caribou Biosciences Inc
Company Ticker: CRBU US Equity
Date: 2022-12-07

And the second piece of what I'm excited about for early next year is CB11. So the FDA just recently cleared our IND and we anticipate initiating enrollment early next year. So this will give us a chance to see that immune cloaking strategy in clinic – so the [ph] best of our knowledge we're the first to use this particular immune cloaking strategy, so I think a lot that we can learn from this program.

### A - Jeff Beacham  {BIO 21170222 <GO>}

Then I guess is the – is there (inaudible) they need to wait till – is there a trigger point to when you may release the initial data for CB11? I'm just trying to think of data were more mature and you're on dose level 2 for CB10, would that – what – what's the optimal sort of communication strategy?

### A - Rachel Haurwitz  {BIO 19767980 <GO>}

Fantastic question. I'll say we're – we're not going to just arbitrarily circle a date on the calendar and regurgitate information at that point…

### A - Jeff Beacham  {BIO 21170222 <GO>}

Right.

### A - Rachel Haurwitz  {BIO 19767980 <GO>}

.I think we'll continue to try to really focus on finding a venue when we feel like we have a meaningful data set that starts to answer some of these key questions, whether it's about the PK of the immune cloaking strategy or the activity of the asset itself.

### A - Jeff Beacham  {BIO 21170222 <GO>}

Okay. Perfect. All right, well thank you very much, guys. I really appreciate the time and looking forward to seeing you guys at ASH and next year.

### A - Rachel Haurwitz  {BIO 19767980 <GO>}

Great, Jeff, we really appreciate it. Thank you.

### A - Jason O'Byrne  {BIO 22153658 <GO>}

Thank you, Jeff.

### A - Jeff Beacham  {BIO 21170222 <GO>}

(inaudible) guys. Good to see you.

*This transcript may not be 100 percent accurate and may contain misspellings and other inaccuracies. This transcript is provided "as is", without express or implied warranties of any kind. Bloomberg retains all rights to this transcript and provides it solely for your personal, non-commercial use. Bloomberg, its suppliers and third-party agents shall have no liability for errors in this transcript or for lost profits, losses, or direct, indirect,*

Company Name: Caribou Biosciences Inc
Company Ticker: CRBU US Equity
Date: 2022-12-07

*incidental, consequential, special or punitive damages in connection with the furnishing, performance or use of such transcript. Neither the information nor any opinion expressed in this transcript constitutes a solicitation of the purchase or sale of securities or commodities. Any opinion expressed in the transcript does not necessarily reflect the views of Bloomberg LP. © COPYRIGHT 2023, BLOOMBERG LP. All rights reserved. Any reproduction, redistribution or retransmission is expressly prohibited.*

FINAL

Bloomberg Transcript