JONATHAN A. SHAPIRO (SBN 257199)
*JShapiro@goodwinlaw.com*
**GOODWIN PROCTER** LLP
Three Embarcadero Center, 28TH Floor
San Francisco, CA 94111
Phone: +1 415 733 6000
Fax: +1 415 677 9041

JENNIFER B. LUZ (*pro hac vice*)
*JLuz@goodwinlaw.com*
ADAM SLUTSKY (*pro hac vice*)
*ASlutsky@goodwinlaw.com*
KATHERINE G. McKENNEY (*pro hac vice*)
*KMcKenney@goodwinlaw.com*
**GOODWIN PROCTER** LLP
100 Northern Avenue
Boston, MA 02210
Phone: +1 415 733 6000
Fax: +1 415 677 9041

Attorneys for Defendants:
Caribou Biosciences, Inc., Rachel E. Haurwitz,
Jason V. O'Byrne, Ryan Fischesser, Scott
Braunstein, Andrew Guggenhime, Jeffrey
Long-McGie, and Natalie R. Sacks

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| RON BERGMAN, Individually and on Behalf of All Others Similarly Situated<br><br>Plaintiff,<br><br>v.<br><br>CARIBOU BIOSCIENCES, INC., RACHEL E. HAURWITZ, JASON V. O'BYRNE, RYAN FISCHESSER, SCOTT BRAUNSTEIN, ANDREW GUGGENHIME, JEFFREY LONG-MCGIE, and NATALIE R. SACKS,<br><br>Defendants. | Case No. 5:23-cv-01742-PCP<br><br>**CARIBOU DEFENDANTS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS AMENDED COMPLAINT**<br><br>Date:     March 28, 2024<br>Time:     10:00 a.m.<br>Courtroom: 8  (4TH Floor)<br>Judge:     Hon. P. Casey Pitts<br>              280 South First Street<br>              San Jose, CA  95113<br><br>Complaint filed:     April 11, 2023<br>Amended Complaint filed:  Sept. 18, 2023<br><br>Filed/Lodged Concurrently with:<br>  1.  Notice of Motion and Motion to Dismiss;<br>  2.  Declaration of Jonathan A. Shapiro |

**REQUEST FOR JUDICIAL NOTICE**

Pursuant to Federal Rule of Evidence 201 and supporting case law, Defendants Caribou Biosciences, Inc. ("Caribou"), Rachel E. Haurwitz, Jason V. O'Byrne, Ryan Fischesser, Scott Braunstein, Andrew Guggenhime, Jeffrey Long-McGie, and Natalie R. Sacks (the "Caribou Defendants") hereby request that the Court take judicial notice of the following documents in connection with the Caribou Defendants' Motion to Dismiss:

1.      Excerpts of Caribou's Amendment No. 2 to Registration Statement, filed on Form S-1/A with the SEC on July 22, 2021, a true and correct copy of which is attached to the concurrently filed Declaration of Jonathan A. Shapiro ("Shapiro Declaration") as **Exhibit C**.

2.      Excerpts of Caribou's Prospectus, filed on Form 424B4 with the SEC on July 23, 2021, a true and correct copy of which is attached to the concurrently filed Shapiro Declaration as **Exhibit D**.

3.      Excerpts of Caribou's Form 10-Q for Q2 2021, filed with the SEC on September 2, 2021, a true and correct copy of which is attached to the concurrently filed Shapiro Declaration as **Exhibit E**.

4.      Excerpts of Caribou's Form 10-Q for Q3 2021, filed with the SEC on November 9, 2021, a true and correct copy of which is attached to the concurrently filed Shapiro Declaration as **Exhibit F**.

5.      Excerpts of Caribou's Form 10-K for 2021, filed with the SEC on March 21, 2022, a true and correct copy of which is attached to the concurrently filed Shapiro Declaration as **Exhibit G**.

6.      Excerpts of Caribou's Form 10-Q for Q1 2022, filed with the SEC on May 9, 2022, a true and correct copy of which is attached to the concurrently filed Shapiro Declaration as **Exhibit  H**.

7.      Caribou's press release attached as an exhibit to Form 8-K, filed with the SEC on May 12, 2022, a true and correct copy of which is attached to the concurrently filed Shapiro Declaration as **Exhibit  I**.

8.      Caribou's press release attached as an exhibit to Form 8-K, filed with the SEC on

June 10, 2022, a true and correct copy of which is attached to the concurrently filed Shapiro Declaration as **Exhibit J**.

9. Excerpts of Caribou's Form 10-Q for Q2 2022, filed with the SEC on August 9, 2022, a true and correct copy of which is attached to the concurrently filed Shapiro Declaration as **Exhibit K**.

10. Excerpts of Caribou's press release attached as an exhibit to Form 8-K, filed with the SEC on August 9, 2022, a true and correct copy of which is attached to the concurrently filed Shapiro Declaration as **Exhibit L**.

11. Excerpts of Caribou's Form 10-Q for Q3 2022, filed with the SEC on November 8, 2022, a true and correct copy of which is attached to the concurrently filed Shapiro Declaration as **Exhibit M**.

12. Caribou's press release attached as an exhibit to Form 8-K, filed with the SEC on November 8, 2022, a true and correct copy of which is attached to the concurrently filed Shapiro Declaration as **Exhibit N**.

13. Excerpts of Caribou's press release attached as an exhibit to Form 8-K, filed with the SEC on December 12, 2022, a true and correct copy of which is attached to the concurrently filed Shapiro Declaration as **Exhibit O**.

14. Excerpts of Caribou's Form 10-K for 2022, filed with the SEC on March 9, 2023, a true and correct copy of which is attached to the concurrently filed Shapiro Declaration as **Exhibit P**.

15. Excerpts of Caribou's press release attached as an exhibit to Form 8-K, filed with the SEC on March 9, 2023, a true and correct copy of which is attached to the concurrently filed Shapiro Declaration as **Exhibit Q**.

16. Caribou's press release attached as an exhibit to Form 8-K, filed with the SEC on March 29, 2023, a true and correct copy of which is attached to the concurrently filed Shapiro Declaration as **Exhibit R**.

17. Excerpts of Caribou's Form 10-Q for Q1 2023, filed with the SEC on May 9, 2023, a true and correct copy of which is attached to the concurrently filed Shapiro Declaration as

**Exhibit S**.

18.   Caribou's press release attached as an exhibit to Form 8-K, filed with the SEC on July 13, 2023, a true and correct copy of which is attached to the concurrently filed Shapiro Declaration as **Exhibit T**.

19.   Forms 4 for Rachel Haurwitz and Jason O'Byrne filed with the SEC between July 23, 2021 and July 13, 2023, true and correct copies of which are attached to the concurrently filed Shapiro Declaration as **Exhibit U**.

20.   An article titled, "Phase 1 study of CAR-T cells with PD-1 and TCR disruption in mesothelin-positive solid tumors," by Wang, Z., Li, N., Feng, K. et al., published in Volume 18, Issue 9 of Cellular & Molecular Immunology on August 11, 2011 and available at https://www.nature.com/articles/s41423-021-00749-x, a true and correct copy of which is attached to the concurrently filed Shapiro Declaration as **Exhibit V**.

21.   An article titled, "Caribou ready to uncork the chardonnay thanks to first-in-human CAR-T results," by Armstrong, A., *Fierce Biotech*, published on May 12, 2022 and available at https://www.fiercebiotech.com, a true and correct copy of which is attached to the concurrently filed Shapiro Declaration as **Exhibit W**.

22.   The transcript of Caribou's conference call presentation at the European Hematology Association Congress on June 10, 2022, available from FactSet, a true and correct copy of which is attached to the concurrently filed Shapiro Declaration as **Exhibit X**.

23.   The transcript of Caribou's conference call presentation at the Jeffries LLC London Healthcare Conference on November 17, 2022, available from Bloomberg, a true and correct copy of which is attached to the concurrently filed Shapiro Declaration as **Exhibit Y**.

24.   The transcript of Caribou's conference call presentation at the Bank of America 2022 Biotech SMID Cap Conference on December 7, 2022, available from Bloomberg, a true and correct copy of which is attached to the concurrently filed Shapiro Declaration as **Exhibit Z**.

This Request for Judicial Notice is based upon the accompanying Memorandum of Points and Authorities, the Shapiro Declaration and the documents submitted as Exhibits attached

thereto, the pleadings and papers on file, and any additional argument or evidence permitted at the hearing on the Caribou Defendants' Motion to Dismiss.

Respectfully submitted,

Dated: November 14, 2023

By: /s/ *Jonathan A. Shapiro*
JONATHAN A. SHAPIRO (SBN 257199)
*JShapiro@goodwinlaw.com*
JENNIFER B. LUZ (*pro hac vice*)
*JLuz@goodwinlaw.com*
ADAM SLUTSKY (*pro hac vice*)
*ASlutsky@goodwinlaw.com*
KATHERINE G. McKENNEY (*pro hac vice*)
*KMcKenney@goodwinlaw.com*
**GOODWIN PROCTER LLP**

Attorneys for Defendants
Caribou Biosciences, Inc., Rachel E. Haurwitz, Jason V. O'Byrne, Ryan Fischesser, Scott Braunstein, Andrew Guggenhime, Jeffrey Long-McGie, and Natalie R. Sacks

## MEMORANDUM OF POINTS AND AUTHORITIES

The Caribou Defendants request that this Court take judicial notice of Exhibits C–Z because they are each publicly available and also incorporated by reference into the Amended Class Action Complaint for Violations of the Federal Securities Laws (the "Amended Complaint").

When ruling on a motion to dismiss, courts may take judicial notice of "a fact that is not subject to reasonable dispute because it: (1) is generally known within the trial court's territorial jurisdiction; or (2) can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b); *see also Tellabs, Inc. v. Makor Issues & Rights, Ltd.*, 551 U.S. 308, 322 (2007) (noting that courts may "examine when ruling on Rule 12(b)(6) motions to dismiss, . . . matters of which a court may take judicial notice"); *Khoja v. Orexigen Therapeutics, Inc.*, 899 F.3d 988, 999 (9th Cir. 2018) ("A court may take judicial notice of matters of public record without converting a motion to dismiss into a motion for summary judgment." (citation and internal quotation marks omitted)).

Here, Exhibits C through Z are the proper subject of judicial notice as they are public records filed with the SEC or otherwise matters of public record, such as earnings call and investor conference transcripts and articles. *Wynn v. Chanos*, 75 F. Supp. 3d 1228, 1235 (N.D. Cal. 2014) ("SEC forms . . . are matters of public record and may be subject to judicial notice."). Courts in this circuit regularly take judicial notice of SEC filings. *See, e.g.*, *Dreiling v. Am. Exp. Co.*, 458 F.3d 942, 946 n.2 (9th Cir. 2006) (SEC filings are subject to judicial notice); *In re Nuvelo, Inc., Sec. Litig.*, 2008 WL 5114325, at *2 (N.D. Cal. Dec. 4, 2008) (taking judicial notice of "securities filings, press releases, conference call transcripts, [and] journal articles" and noting that "[c]ourts hearing securities fraud cases routinely take judicial notice of documents with unquestioned authenticity that were referenced in the complaint or that demonstrate the information available to the market during the class period"); *Welgus v. TriNet Grp., Inc.*, 2017 WL 167708, at *5 (N.D. Cal. Jan. 17, 2017) (granting "judicial notice of numerous reports, press releases, and filings with the SEC, many of which were referenced by Plaintiff in his complaint"); *In re Twitter, Inc. Sec. Litig.*, 2020 WL 4187915, at *2 (N.D. Cal. Apr. 17, 2020), *order clarified*,

WL 2519890 (N.D. Cal. May 18, 2020) (taking judicial notice of, *inter alia*, defendants' "filings with the SEC," press releases, and earnings call transcripts).

The Court may also consider Exhibits C–T and V–Z under the incorporation by reference doctrine. *See Khoja*, 899 F.3d at 1002 (noting that this doctrine "is a judicially created doctrine that treats certain documents as though they are part of the complaint itself"); *Knievel v. ESPN*, 393 F.3d 1068, 1076 (9th Cir. 2005) (incorporation by reference has been extended "to situations in which the plaintiff's claim depends on the contents of a document, the defendant attaches the document to its motion to dismiss, and the parties do not dispute the authenticity of the document, even though the plaintiff does not explicitly allege the contents of that document in the complaint"). Here, the below exhibits are referenced numerous times throughout the complaint and form the basis for Plaintiffs' allegations.

| Exhibit | References in Amended Complaint |
| --- | --- |
| Exhibit C (July 22, 2021 Form S-1/A) | Referenced throughout the AC |
| Exhibit D (July 23, 2021 Prospectus) | Referenced throughout the AC |
| Exhibit E (Q2 2021 Form 10-Q) | AC ¶ 101 |
| Exhibit F (Q3 2021 Form 10-Q) | AC ¶ 103 |
| Exhibit G (2021 Form 10-K) | AC ¶¶ 48 n.14, 105–07, |
| Exhibit H (Q1 2022 Form 10-Q) | AC ¶ 109 & n.43 |
| Exhibit I (Form 8-K attaching May 12, 2022 press release) | AC ¶¶ 16, 110 |
| Exhibit J (Form 8-K attaching June 10, 2022 press release) | AC ¶¶ 17, 78, 115, 134, 201 |
| Exhibit K (Q2 2022 Form 10-Q) | AC ¶ 119 |
| Exhibit M (Q3 2022 Form 10-Q) | AC ¶ 123 |

| Exhibit | References in Amended Complaint |
|---|---|
| Exhibit N (Form 8-K attaching Nov. 8, 2022 press release) | AC ¶ 121 |
| Exhibit O (Form 8-K attaching Dec. 12, 2022 press release) | AC ¶ 126 |
| Exhibit P (2022 Form 10-K) | AC ¶ 129 & n.51 |
| Exhibit Q (Form 8-K attaching Mar. 9, 2022 press release) | AC ¶ 127 |
| Exhibit S (Q1 2023 Form 10-Q) | AC ¶ 130 & n.52 |
| Exhibit T (July 13, 2023 Form 8-K) | AC ¶ 20 |
| Exhibit V (Wang Study) | AC ¶¶ 71 & n.25, 200 & n.66 |
| Exhibit W (May 12, 2022 Article) | AC ¶ 16 n.32, 113 & n.45 |
| Exhibit X (June 10, 2022 EHA Transcript) | AC ¶¶ 80, 115–17 |
| Exhibit Y (Nov. 17, 2022 Jefferies Transcript) | AC ¶ 124 |
| Exhibit Z (Dec. 7, 2022 BoA Transcript) | AC¶ 125 |

Additionally, although Exhibits L (August 9, 2022 Form 8-K) and R (March 29, 2023 Form 8-K) are not explicitly referenced in the Amended Complaint, the information reported to the SEC and the general public on these Forms 8-K (results from and updates regarding the ANTLER Phase I clinical trial) forms the basis for Plaintiffs' action and are thus subject to judicial notice—and again, as noted above, they are publicly filed with the SEC. *Knievel*, 393 F.3d at 1076 (9th Cir. 2005). Accordingly, the incorporation by reference doctrine also permits the Court to consider Exhibits C–T and V–Z in connection with the Caribou Defendants' Motion to Dismiss.

For the reasons stated above, the Caribou Defendants respectfully request that the Court grant this Request for Judicial Notice.

Respectfully submitted,

Dated: November 14, 2023

By: /s/ *Jonathan A. Shapiro*
JONATHAN A. SHAPIRO (SBN 257199)
*JShapiro@goodwinlaw.com*
JENNIFER B. LUZ (*pro hac vice*)
*JLuz@goodwinlaw.com*
ADAM SLUTSKY (*pro hac vice*)
*ASlutsky@goodwinlaw.com*
KATHERINE G. McKENNEY (*pro hac vice*)
*KMcKenney@goodwinlaw.com*
**GOODWIN PROCTER LLP**

Attorneys for Defendants
Caribou Biosciences, Inc., Rachel E. Haurwitz, Jason V. O'Byrne, Ryan Fischesser, Scott Braunstein, Andrew Guggenhime, Jeffrey Long-McGie, and Natalie R. Sacks

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Northern District of California by using the CM/ECF system on **November 14, 2023**.  I further certify that all participants in the case are registered CM/ ECF users and that service will be accomplished by the CM/ECF system.

I certify under penalty of perjury that the foregoing is true and correct. Executed on **November 14, 2023**.

/s/ *Jonathan A. Shapiro*
JONATHAN A. SHAPIRO