**THE ROSEN LAW FIRM, P.A.**
Laurence M. Rosen (SBN 219683)
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

*[Additional Counsel on Signature Page]*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| RON BERGMAN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CARIBOU BIOSCIENCES, INC., RACHEL E. HAURWITZ, JASON V. O'BYRNE, RYAN FISCHESSER, SCOTT BRAUNSTEIN, ANDREW GUGGENHIME, JEFFREY LONG-MCGIE, NATALIE R. SACKS, BOFA SECURITIES INC., CITIGROUP GLOBAL MARKETS, INC., and SVB SECURITIES LLC<br><br>Defendants. | Case No.:  3:23-cv-01742-RFL<br><br>**JOINT STIPULATION AND ORDER CONCERNING PAGE LIMITATIONS FOR CARIBOU DEFENDANTS' MOTION TO DISMISS BRIEFING**<br><br>**Judge:**     Hon. Rita F. Lin<br>**Courtroom:** 15 – 18th Floor |

JOINT STIPULATION AND
ORDER RE PAGE LIMITATIONS

CASE No. 3:23-cv-01742-RFL

Lead Plaintiff Ron Bergman and named plaintiff Carl Cooper ("Plaintiffs") and Defendants Caribou Biosciences, Inc., Rachel E. Haurwitz, Jason V. O'Byrne, Ryan Fischesser, Scott Braunstein, Andrew Guggenhime, Jeffrey Long-McGie, and Natalie R. Sacks ("Caribou Defendants"), by and through their respective counsel, respectfully submit this Stipulation and [Proposed] Order concerning the page limitations in connection with Caribou Defendants' motion to dismiss briefing.

**WHEREAS,** this action is a putative federal securities class action governed by the provisions of the Private Securities Litigation Reform Act of 1995, 15 U.S.C. §§ 77z-1, 78 u-4 ("PSLRA"), including those providing for heightened pleading standards.

**WHEREAS,** on November 27, 2023 this Action was transferred to Your Honor (Dkt. No. 54).

**WHEREAS**, on November 14, 2023, the Caribou Defendants filed a Notice of Motion and Motion to Dismiss the Amended Complaint ("MTD") and Memorandum and Points of Authorities In Support Thereof ("MTD Brief") (Dkt. No. 50-51).

**WHEREAS**, the deadline for Plaintiffs to file an opposition to the Caribou Defendants' MTD is January 22, 2023 (Dkt. No. 46).

**WHEREAS**, at the time Caribou Defendants filed their MTD, the Action had been pending before Judge P. Casey Pitts (Dkt. No. 31).

**WHEREAS**, because Judge Pitts' Standing Order For Civil Cases does not provide specific page limitations for briefs in support of and in opposition to motions to dismiss, pursuant to Local Civil Rule 7-2(b) Caribou Defendants' MTD brief was limited to 25 pages, double-spaced, using 12-point font or larger.

**WHEREAS**, in order to appropriately respond to the arguments set forth in the Caribou Defendants MTD Brief, which is 25 pages long, Plaintiffs seek this Court's permission to file an opposition brief not exceeding 25 pages;

**WHEREAS**, Caribou Defendants, in turn, seek this Court's permission to file a reply brief in further support of their motion to dismiss not to exceed 15 pages, commensurate with L.R. 7-2(b)

STIPULATION AND                                                    CASE NO. 3:23-cv-01742-RFL
ORDER RE PAGE LIMITATIONS                    1

**NOW, THEREFORE,** Plaintiffs and the Caribou Defendants stipulate and agree, subject to approval of the Court, as follows:

1. Plaintiffs are permitted to file a brief in opposition to the Caribou Defendants' Motion to Dismiss not to exceed 25 pages, double-spaced, using 12-point font.

2. The Caribou Defendants are permitted to file a reply in further support of their Motion to Dismiss not to exceed 15 pages, double-spaced, using 12-point font.

Dated:     January 12, 2024     **THE ROSEN LAW FIRM, P.A.**
Laurence M. Rosen (SBN 219683)
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Email: lrosen@rosenlegal.com

**THE ROSEN LAW FIRM, P.A.**
Sara Fuks (*admitted pro hac vice*)
275 Madison Avenue, 40th Floor
New York, NY 10016
Telephone: (212) 686-1060
Email: sfuks@rosenlegal.com

By:     */s/ Laurence M. Rosen*
        Laurence M. Rosen

**THE SCHALL LAW FIRM**
Brian Schall (290685)
Ivy T. Ngo (249860)
Rina Restaino (285415)
2049 Century Park East, Suite 2460
Los Angeles, CA 90067
Telephone: (310) 301-3335
brian@schallfirm.com
ivy@schallfirm.com
rina@schallfirm.com

*Co-Lead Counsel for Lead Plaintiff and for the Class*

Dated:     January 12, 2024     **GOODWIN PROCTER LLP**
Jonathan A. Shapiro (SBN 257199)
Three Embarcadero Center, 28th Floor
San Francisco, CA 94111

Telephone: +1 415 733 6000
Facsimile: +1 415 733 6000
jshapiro@goodwinlaw.com

**GOODWIN PROCTER LLP**
Adam Slutsky- admitted pro hac vice
Jennifer B. Luz- admitted pro hac vice
Katherine G. McKenney- admitted pro hac vice
100 Northern Avenue
Boston, MA 02210
Telephone: +1 617 570 1000
Facsimile: +1 617 523 1231
aslutsky@goodwinlaw.com
jluz@goodwinlaw.com
kmckenney@goodwinlaw.com

By:   */s/ Jonathan A. Shapiro*
       Jonathan A. Shapiro

*Counsel for Defendants Caribou Biosciences, Inc., Rachel E. Haurwitz, Jason V. O'Byrne, Ryan Fischesser, Scott Braunstein, Andrew Guggenhime, Jeffrey Long-McGie, and Natalie R. Sacks*

## SIGNATURE ATTESTATION

Pursuant to Local Civil Rule 5-1(h)(3), I attest under penalty of perjury that each of the other signatories have concurred in the filing of this document.

January 12, 2024                          By: */s/ Laurence M. Rosen*
                                                  Laurence M. Rosen

**IT IS SO ORDERED**

Dated:  January 16, 2024

_____
Hon. Rita F. Lin
United States District Court Judge

---

STIPULATION AND                                          CASE NO. 3:23-cv-01742-RFL
ORDER RE PAGE LIMITATIONS                    3