JONATHAN A. SHAPIRO (SBN 257199)
*JShapiro@goodwinlaw.com*
**GOODWIN PROCTER LLP**
Three Embarcadero Center, 28TH Floor
San Francisco, CA 94111
Phone: +1 415 733 6000
Fax: +1 415 677 9041

JENNIFER B. LUZ (*pro hac vice*)
*JLuz@goodwinlaw.com*
ADAM SLUTSKY (*pro hac vice*)
*ASlutsky@goodwinlaw.com*
KATHERINE G. McKENNEY (*pro hac vice*)
*KMcKenney@goodwinlaw.com*
**GOODWIN PROCTER LLP**
100 Northern Avenue
Boston, MA 02210
Phone: +1 617 570 1000
Fax: +1 617 523 1231

Counsel for Defendants:
Caribou Biosciences, Inc., Rachel E.
Haurwitz, Jason V. O'Byrne, Ryan
Fischesser, Scott Braunstein, Andrew
Guggenhime, Jeffrey Long-McGie, and
Natalie R. Sacks

*ADDITIONAL COUNSEL LISTED IN SIGNATURE BLOCK*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RON BERGMAN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CARIBOU BIOSCIENCES, INC., RACHEL E. HAURWITZ, JASON V. O'BYRNE, RYAN FISCHESSER, SCOTT BRAUNSTEIN, ANDREW GUGGENHIME, JEFFREY LONG-MCGIE, NATALIE R. SACKS, BOFA SECURITIES INC., CITIGROUP GLOBAL MARKETS, INC., and SVB SECURITIES LLC,<br><br>Defendants. | Case No. 3:23-cv-01742-RFL<br><br>**STIPULATION REGARDING CONTINUANCE OF HEARING ON DEFENDANTS' MOTIONS TO DISMISS** |

GOODWIN PROCTER LLP
ATTORNEYS AT LAW
BOSTON

WHEREAS, on September 18, 2023, Plaintiffs filed the Amended Complaint (ECF No. 35) against Defendants Caribou Biosciences, Inc., Rachel E. Haurwitz, Jason V. O'Byrne, Ryan Fischesser, Scott Braunstein, Andrew Guggenhime, Jeffrey Long-McGie, and Natalie R. Sacks, (the "Caribou Defendants") and BofA Securities, Inc., Citigroup Global Markets Inc., and SVB Securities LLC (the "Underwriter Defendants," collectively with the Caribou Defendants, the "Defendants").

WHEREAS, on November 14, 2023, the Caribou Defendants moved to dismiss the Amended Complaint in the above-captioned action ("Caribou Motion to Dismiss," ECF No. 50), and noticed a hearing on the Caribou Defendants' Motion to Dismiss for March 28, 2024 at 10:00 AM in front of Judge P. Casey Pitts.

WHEREAS, on November 21, 2023, the Underwriter Defendants moved to dismiss the Amended Complaint in the above-captioned action ("Underwriter Motion to Dismiss," ECF No. 53), and noticed a hearing on the Underwriter Defendants' Motion to Dismiss for March 28, 2024 at 10:00 AM in front of Judge P. Casey Pitts.

WHEREAS, after the Caribou Defendants' Motion to Dismiss and Underwriter Defendants' Motions to Dismiss were filed, and pursuant to the Order Reassigning Case (ECF No. 54) reassigning this matter from Judge P. Casey Pitts to Judge Rita F. Lin, on November 27, 2023, Defendants re-noticed the Motion to Dismiss hearing for April 23, 2024 at 10:00 AM upon agreement by all parties (ECF Nos. 56 and 58), and the Court set the Motion to Dismiss hearing for that date and time.

WHEREAS, counsel for the Caribou Defendants is now unavailable on April 23, 2024 due to a change in trial schedule in another court.

WHEREAS, the parties have not previously requested a continuance of the Motion to Dismiss hearing, and the Court has not stated that no extensions or continuances will be granted.

WHEREAS, the parties have agreed to continue the hearing date from April 23, 2024 at 10:00 AM to May 21, 2024 at 10:00 AM, a date available for civil motion hearings based on the Court's Calendar and Scheduling Notes.

GOODWIN PROCTER LLP
ATTORNEYS AT LAW
BOSTON

1

STIPULATION TO CONTINUE HEARING ON
DEFENDANTS' MOTIONS TO DISMISS
CASE NO.: 3:23-CV-01742-RFL

IT IS HEREBY STIPULATED AND AGREED among the undersigned parties, and respectfully submitted for the Court's approval, as follows:

The hearing on the Caribou Defendants' Motion to Dismiss and the Underwriter Defendants' Motion to Dismiss is set for May 21, 2024 at 10:00 AM.

Dated: March 15, 2024                              GOODWIN PROCTER LLP

By: */s/ Jonathan A. Shapiro*
JONATHAN A. SHAPIRO (SBN 257199)
*JShapiro@goodwinlaw.com*
JENNIFER B. LUZ (*pro hac vice*)
*JLuz@goodwinlaw.com*
ADAM SLUTSKY (*pro hac vice*)
*ASlutsky@goodwinlaw.com*
KATHERINE G. McKENNEY (*pro hac vice*)
*KMcKenney@goodwinlaw.com*
**GOODWIN PROCTER LLP**

KOURTNEY KINSEL (SBN 324370)
*KKinsel@goodwinlaw.com*
**GOODWIN PROCTER LLP**
1900 N Street, N.W.
Washington, DC 20036
Phone: +1 202 346 4000
Fax: +1 202 346 4444

Attorneys for Defendants Caribou Biosciences, Inc., Rachel E. Haurwitz, Jason V. O'Byrne, Ryan Fischesser, Scott Braunstein, Andrew Guggenhime, Jeffrey Long-McGie, and Natalie R. Sacks

Dated: March 15, 2024                              MORGAN, LEWIS & BOCKIUS LLP

By: */s/ Charlene S. Shimada*
Charlene S. Shimada, Bar No. 91407
charlene.shimada@morganlewis.com
Kevin M. Papay, Bar No. 274161
kevin.papay@morganlewis.com
Robert H. O'Leary, Bar No. 284879
bob.oleary@morganlewis.com

GOODWIN PROCTER LLP
ATTORNEYS AT LAW
BOSTON

2        STIPULATION TO CONTINUE HEARING ON
DEFENDANTS' MOTIONS TO DISMISS
CASE NO.: 3:23-CV-01742-RFL

One Market, Spear Street Tower San Francisco, CA 94105-1596 Tel: +1.415.442.1000 Fax: +1.415.442.1001

J. Warren Rissier, Bar No. 197939
warren.rissier@morganlewis.com
300 South Grand Avenue
Twenty-Second Floor
Los Angeles, CA 90071-3132
Tel: +1.213.612.2500
Fax: +1.213. 612.2501

Attorneys for Defendants BofA Securities, Inc., Citigroup Global Markets Inc., and Leerink Partners LLC f/k/a SVB Securities LLC

Dated: March 15, 2024

THE ROSEN LAW FIRM, P.A.

By: */s/ Sara Fuks*
Sara Fuks (*pro hac vice*)
275 Madison Avenue, 40th Floor
New York, New York 10016
Telephone: (212) 686-1060
Email: sfuks@rosenlegal.com

Laurence M. Rosen (SBN 219683)
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 225-4684
Email: lrosen@rosenlegal.com

THE SCHALL LAW FIRM
Brian Schall (290685)
Ivy T. Ngo (249860)
Rina Restaino (285415)
2049 Century Park East, Suite 2460
Los Angeles, CA 90067
Telephone: (310) 301-3335
brian@schallfirm.com
ivy@schallfirm.com
rina@schallfirm.com

Co-Lead Counsel for Lead Plaintiff and for the Class.

GOODWIN PROCTER LLP
ATTORNEYS AT LAW
BOSTON

3    STIPULATION TO CONTINUE HEARING ON
DEFENDANTS' MOTIONS TO DISMISS
CASE NO.: 3:23-CV-01742-RFL

**ATTESTATION OF FILING**

The undersigned hereby attests that concurrence in the filing of this document has been duly obtained from all other signatories hereto.

By: */s/ Jonathan A. Shapiro*

GOODWIN PROCTER LLP
ATTORNEYS AT LAW
BOSTON

4

STIPULATION TO CONTINUE HEARING ON
DEFENDANTS' MOTIONS TO DISMISS
CASE NO.: 3:23-CV-01742-RFL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

RON BERGMAN, Individually and on Behalf of All Others Similarly Situated,

Plaintiff,

v.

CARIBOU BIOSCIENCES, INC., RACHEL E. HAURWITZ, JASON V. O'BYRNE, RYAN FISCHESSER, SCOTT BRAUNSTEIN, ANDREW GUGGENHIME, JEFFREY LONG-MCGIE, NATALIE R. SACKS, BOFA SECURITIES INC., CITIGROUP GLOBAL MARKETS, INC., and SVB SECURITIES LLC,

Defendants.

Case No. 3:23-cv-01742-RFL

**[~~PROPOSED~~] ORDER GRANTING STIPULATION TO CONTINUE HEARING ON DEFENDANTS' MOTIONS TO DISMISS**

PURSUANT TO STIPULATION, IT IS SO ORDERED that the previously scheduled hearing on (1) Caribou Biosciences, Inc., Rachel E. Haurwitz, Jason V. O'Byrne, Ryan Fischesser, Scott Braunstein, Andrew Guggenhime, Jeffrey Long-MaGie, Natalie R. Sacks's Motion to Dismiss (ECF No. 50) and (2) BofA Securities, Inc., Citigroup Global Markets Inc., and SVB Securities LLC's Motion to Dismiss (ECF No. 53), set for April 23, 2024, is vacated. The Court will conduct a hearing on the Motions to Dismiss on May 21, 2024 at 10:00 a.m.

**IT IS SO ORDERED.**

Dated: March 18, 2024

_____
Hon. Judge Rita F. Lin
United States District Court Judge

GOODWIN PROCTER LLP
ATTORNEYS AT LAW
BOSTON

1

[~~PROPOSED~~] ORDER GRANTING STIPULATION TO CONTINUE HEARING ON DEFENDANTS' MOTIONS TO DISMISS
Case No.: 3:23-CV-01742-RFL