# EXHIBIT 4

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

RON BERGMAN, Individually and on Behalf of All Others Similarly Situated,

Plaintiff,

v.

CARIBOU BIOSCIENCES, INC., RACHEL E. HAURWITZ, JASON V. O'BYRNE, RYAN FISCHESSER, SCOTT BRAUNSTEIN, ANDREW GUGGENHIME, JEFFREY LONG-MCGIE, NATALIE R. SACKS, BOFA SECURITIES INC., CITIGROUP GLOBAL MARKETS, INC., and SVB SECURITIES LLC,

Defendants.

Case No.:  3:23-cv-01742-RFL

Hon. Rita F. Lin

**SUPPLEMENTAL DECLARATION OF PAUL MULHOLLAND REGARDING THE ESTIMATED CLASS SIZE**

I, Paul Mulholland, declare:

1.      I submit this declaration to provide the Court with the basis for providing the estimated Class size in this matter. I am over 21 years of age and am not a party to this action. [1]

2.      Because the vast majority of class members in a securities class action like this are only known to the Nominees that held securities on their behalf, it is not possible to quantify the exact Class size of the proposed Settlement Class here with precision.  However, through our experience and review of comparative securities settlements Strategic Claims Services ("SCS") has recently administered in other securities settlements, I am confident that the vast majority of Class members here held through Nominees, and I can provide the following estimate of Class size.

3.      Attached as Exhibit A is an analysis of three comparative settlements (the "Comparative Settlements') recently administered by SCS.  Caribou had a net trading volume of common stock during the Settlement Class Period of approximately 235 million.  In addition, approximately 70% of Caribou's common stock was owned by institutions during the Settlement Class Period and Caribou's weighted average price per share during the Settlement Class Period was approximately $10 per share.  These were the three main criteria for selecting the Comparative Settlements in Exhibit A. I selected these three Comparative Settlements since each of these companies had net trading volume during their respective class periods between 75 million and 250 million, similar to Caribou's 235 million; institutional holders ranging from approximately 60% to 80%[2] during their respective class periods (average of 70%), similar to Caribou's of 70%; and a weighted average price per share ranging from $6 per share to $16 per share (average $10 per share), similar to Caribou's $10 per share.  Based on this, the actual average total shares

---

[1] All capitalized terms not otherwise defined in this declaration shall have the meaning provided in the Amended Stipulation and Agreement of Settlement, dated October 1, 2024 (the "Stipulation").
[2] The source is from Yahoo Finance showing approximate percentage of institutional holders for each company during their respective class periods.

SUPPLEMENTAL DECLARATION OF PAUL MULHOLLAND REGARDING THE ESTIMATED CLASS SIZE
Case No.:  3:23-cv-01742-RFL

1

purchased per class member for each of the Comparative Settlements ranged from 2,435 to 5,044[3] or an average of 3,856[4]. Assuming 3,856 shares is the average number of shares purchased per class member in the Caribou matter, SCS is estimating a Class size during Caribou's Settlement Class Period of 60,940 (Caribou's net volume of 235 million divided by 3,856 shares per class member). This is my estimate based on the Comparative Settlements and since it is not possible to provide an exact Class size, SCS is estimating a Class size ranging from 50,000 to 80,000[5].

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 1st day of October 2024, in Media, Pennsylvania.

_____
Paul Mulholland

_____

[3] As noted in Exhibit A, the average number of shares purchased per class member is computed by dividing the net trading volume by the actual class size (notices sent) for each of the Comparative Settlements.
[4] This represents the average number of shares purchased per class member for the three Comparative Settlements.
[5] The estimated Class size of 60,940 is about the mid-point of the estimated Class size range of 50,000 to 80,000.

SUPPLEMENTAL DECLARATION OF PAUL MULHOLLAND REGARDING THE ESTIMATED CLASS SIZE
Case No.:  3:23-cv-01742-RFL

## SETTLEMENT COMPARISONS - ESTIMATED CLASS SIZE

| Case | Funko, Inc 2:20-cv-02319-VAP-(MAAx), U.S.D.C., C. D. of CA | ATI Physical Therapy, Inc. (U.S.D.C., N.D. of Illinois, E. Divi., No.1:21-cv-04349) | USA Technologies, Inc. (U.S.D.C., E. D. of PA - No. 2:19-cv-04565-JHS | Average | Estimated Class size for Caribou |
|---|---|---|---|---|---|
| Net trading volume during the class period (1) | 77,913,500 | 171,495,299 | 134,939,450 | n/a | 234,981,550 |
| Total notices sent to class members (est. class size) | 32,000 | 34,000 | 33,000 | n/a | 60,940 |
| Average # of shares purchased per class member | 2,435 | 5,044 | 4,089 | 3,856 | 3,856 |
| Percentage owned by institutions | 80% | 70% | 60% | 70% | 70% |
| Weighted average purchase price per share | $16 | $6 | $9 | $10 | $10 |

(1) Reported trading volumes are reduced by 50% for the estimated trading between makers makers. Market makers facilitate buying and selling of publicly traded securities.