# EXHIBIT 1

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| RON BERGMAN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CARIBOU BIOSCIENCES, INC., RACHEL E. HAURWITZ, JASON V. O'BYRNE, RYAN FISCHESSER, SCOTT BRAUNSTEIN, ANDREW GUGGENHIME, JEFFREY LONG-MCGIE, NATALIE R. SACKS, BOFA SECURITIES INC., CITIGROUP GLOBAL MARKETS, INC., and SVB SECURITIES LLC,<br><br>Defendants. | Case No.:  3:23-cv-01742-RFL<br><br>Hon. Rita F. Lin<br><br>**CLASS ACTION** |

## <u>DECLARATION OF HON. S. JAMES OTERO (RET.)</u>

I, S. James Otero, declare as follows:

1.      I submit this Declaration in my capacity as the mediator of the proposed settlement of the above-captioned putative securities class action ("Action").

2.      I have been asked to provide this Declaration to give my views on the mediation process that culminated in the proposed settlement that will be presented to the Court for final approval.

3.      I have personal knowledge of the facts stated herein from my role as mediator of the Action, and I am competent to testify to the matters set forth in this Declaration.

4.      All of the parties, entities, and individuals who were represented at the mediation session executed a Confidentiality Agreement stating that the mediation process was to be

considered as settlement negotiations for the purpose of all rules protecting mediation disclosures from later discovery and/or use in evidence. The parties further agreed that the Confidentiality Agreement extends to all present and future civil, judicial, quasi-judicial, arbitral, administrative, or other proceedings. Nothing in my Declaration divulges any privileged information, and the filing of this Declaration does not constitute a waiver of any such confidentiality.

5. I have been a full-time mediator and arbitrator for several years. I am currently affiliated with JAMS. Previously, I was a United States District Judge for the for the Central District of California from 2003-2020, a Judge for the Los Angeles Superior Court from 1990-2003, and a Judge for the Los Angeles Municipal Court from 1988-1990, as well as a Regional Counsel for the Southern Pacific Transportation Company and an Attorney in the Los Angeles City Attorney's Office.

6. Since serving as a neutral, I have extensive experience assisting the settlement of many different types of complex class actions involving such matters as securities litigation involving numerous parties.

7. I provide my professional background as context for the statements in my Declaration and to establish that my perspective on the settlement of the Action is grounded in my significant experience in resolving complex litigation.

8. While the Court will make its own determination as to the proposed settlement's fairness under applicable legal standards, from my viewpoint as mediator I recommend the proposed settlement as reasonably reflective of the risks and potential rewards of the claims being settled. As described below, the current matter presented complex and substantial legal, factual, and practical issues. The parties were represented during the mediation process by well-prepared and competent counsel, who negotiated zealously and at arm's length for their clients. Thus, I

believe that the proposed settlement of these cases represents a fair and pragmatic resolution of the Action.

9.    On April 16, 2024, the Parties held an all-day, in-person mediation. The mediation was preceded by an exchange of information between the Parties with the exchange of mediation statements, as well as pre-mediation conferences between myself and counsel for Plaintiffs and the Caribou Defendants separately.

10.    In attendance at the all-day mediation on April 16, 2024, were counsel for Plaintiffs and the Caribou Defendants. After encountering obstacles to reaching a resolution at the mediation session, the session adjourned without a resolution.

11.    However, after the mediation, I proposed a mediator's proposal which the Plaintiffs and Caribou Defendants accepted.

12.    Counsel for both sides are capable, zealous, and qualified. They came to the mediation session well prepared and knowledgeable about the strengths and weaknesses of their respective positions and on the applicable law, and the proposed settlement is the result of their robust arm's length negotiations.

13.    After considering the respective merits of the claims and defenses, the potential maximum damages, the available insurance coverage, and the chance that Plaintiffs would not be awarded anything if Defendants' legal or factual arguments were to succeed, I consider the proposed settlement to constitute a positive outcome for the plaintiffs.

14.    To recap, in my view – based on my knowledge of this matter, my review of the relevant materials submitted to me, the litigation risks, the benefits obtained, and the arm's-length negotiation and diligent efforts of accomplished counsel – the proposed settlement represents a fair, reasonable, and adequate resolution of the claims against Defendants. I believe that the settlement provides fair and adequate compensation to the putative class as well the benefits of

avoiding the litigation proceedings and/or appeals that would inevitably occur if not for this settlement. I also believe the proposed settlement flows from the Parties' assessment of the litigation risks. I respectfully recommend that the settlement be approved.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed on January 13, 2025, in Los Angeles, California.

Hon. S. James Otero (Ret.)
Mediator

4