# EXHIBIT 6

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| RON BERGMAN, Individually and on Behalf of All Others Similarly Situated, | Case No.:  3:23-cv-01742-RFL |
| Plaintiff, | Hon. Rita F. Lin |
| v. | |
| CARIBOU BIOSCIENCES, INC., RACHEL E. HAURWITZ, JASON V. O'BYRNE, RYAN FISCHESSER, SCOTT BRAUNSTEIN, ANDREW GUGGENHIME, JEFFREY LONG-MCGIE, NATALIE R. SACKS, BOFA SECURITIES INC., CITIGROUP GLOBAL MARKETS, INC., and SVB SECURITIES LLC, | **CLASS ACTION** |
| Defendants. | |

**DECLARATION OF NAMED PLAINTIFF CARL COOPER IN SUPPORT OF: (1) PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND PLAN OF ALLOCATION; AND (2) CO-LEAD COUNSEL'S MOTION FOR AN AWARD OF ATTORNEYS' FEES AND REIMBURSEMENT OF <u>LITIGATION EXPENSES</u>**

I, Carl Cooper, declare as follows:

1.     I am a Named Plaintiff in the above-captioned securities class action (the "Action").[1] *See* Dkt. No. 35. I respectfully submit this declaration in support of: (a) Plaintiffs' motion for final approval of the proposed Settlement and approval of the proposed Plan of Allocation; and (b) Co-Lead Counsel's motion for an award of attorneys' fees and reimbursement of litigation expenses, including approval of my request to recover the reasonable costs and

---

[1] Unless otherwise defined, all capitalized terms herein have the same meanings as set forth in the Amended Stipulation of Settlement dated October 1, 2024. Dkt. No. 86-1.

1

expenses I incurred in connection with my representation of the Settlement Class in the prosecution of this Action.

2. I am aware of and understand the requirements and responsibilities of a representative plaintiff in a securities class action, including those set forth in the Private Securities Litigation Reform Act of 1995 ("PSLRA"), 15 U.S.C. § 77z-1, 15 U.S.C. § 78u-4. I have personal knowledge of the matters set forth herein, as I have been directly involved in monitoring and overseeing the prosecution of the Action, as well as the negotiations leading to the Settlement, and I could and would testify competently to these matters.

I. **NAMED PLAINTIFF'S OVERSIGHT OF THE LITIGATION**

3. I have been actively involved in the prosecution of this case since September 18, 2023, with the Amended Complaint filing. Dkt. No. 35.

4. In fulfillment of my responsibilities as a Named Plaintiff, I have worked closely with Co-Lead Counsel regarding the litigation and resolution of this case.

5. Throughout the litigation, I received status reports from Co-Lead Counsel on case developments and participated in discussions concerning the prosecution of the Action, the strengths of and risks to the claims, and potential settlement. In particular, I: (a) regularly communicated with my attorneys regarding the posture and progress of the case, as well as strategy; (b) compiled and produced trading records to my attorneys; (c) reviewed pleadings and briefs filed in the Action; (d) reviewed Court Orders; (e) prepared for the mediation by, among other things, discussing with counsel the mediation strategy; (f) made myself available during the mediation and consulted with counsel regarding settlement negotiations; (g) evaluated the Settlement Amount, conferred with counsel, and ultimately approved the Settlement; and (h) communicated with counsel regarding the process of finalizing the Settlement.

2

6.    In short, I have done my best to vigorously promote the interests of the Settlement Class and to obtain the largest recovery possible under the circumstances.

## II.    APPROVAL OF THE SETTLEMENT

7.    As detailed in the paragraphs above, through my active participation I was both well-informed of the status and progress of the litigation, and the status and progress of the settlement negotiations in this Action.

8.    Based on my involvement in the prosecution and the resolution of the claims asserted in the Action, I believe that the proposed Settlement provides a fair, reasonable, and adequate recovery for the Settlement Class, particularly in light of the risks of continued litigation, and I fully endorse approval of the Settlement by the Court.

## III.    CO-LEAD COUNSEL'S MOTION FOR AN AWARD OF ATTORNEYS' FEES AND   REIMBURSEMENT OF LITIGATION EXPENSES

### 1.    Attorneys' Fees and Litigation Expenses

9.    I believe Co-Lead Counsel's request for an award of attorneys' fees in the amount of 28% of the Settlement Fund is fair and reasonable in light of the work Plaintiffs' Counsel performed on behalf of the Settlement Class.

10.    I have evaluated Plaintiffs' Counsel's fee request by considering the quality and amount of the work performed, the recovery obtained for the Settlement Class, and the risks Plaintiffs' Counsel bore in prosecuting this Action on behalf of myself, the other Plaintiffs, and the Settlement Class on a fully contingent basis, which included the fronting of all expenses. I have authorized this fee request for the Court's ultimate determination.

11.    I further believe the litigation expenses for which Co-Lead Counsel has requested reimbursement are reasonable, and represent costs and expenses necessary for the prosecution and resolution of the claims in the Action. Based on the foregoing, and consistent with my obligation to the Settlement Class to obtain the best result at the most efficient cost, I fully support

3

Co-Lead Counsel's motion for an award of attorneys' fees and reimbursement of litigation expenses.

### 2.    Named Plaintiff's Litigation-Related Costs and Expenses

12.    I understand that reimbursement of a class representative's reasonable costs and expenses is authorized under the PSLRA, 15 U.S.C. § 77z-1(a)(4), 15 U.S.C. § 78u-4(a)(4). For this reason, in connection with Co-Lead Counsel's request for reimbursement of Litigation Expenses, I respectfully request reimbursement for the costs and expenses that I incurred directly relating to my representation of the Settlement Class in the Action.

13.    I live in Ohio. I have a BS degree in accounting and an MBA. I am a CFO. The time I devoted to representing the Settlement Class in this Action was time that I otherwise would have spent at my job, investing, or on other activities and, thus, represented a cost to me with no guarantee of a positive outcome. I also made my investments and related losses public to pursue this case on behalf of the class.

14.    I respectfully request reimbursement in the amount of $2,500 for the time I devoted to participating in this Action. I make this request based on the conservative effort that I devoted approximately 40 hours in the litigation-related activities described above. It is my belief that this request for reimbursement is fair and reasonable and that the time and effort I devoted to this litigation was necessary to help achieve an excellent result for the Settlement Class under the circumstances.

## IV.    CONCLUSION

15.    In conclusion, I strongly endorse the Settlement as fair, reasonable, and adequate. I appreciate the Court's attention to the facts presented in my declaration and respectfully request that the Court approve: (a) Plaintiffs' motion for final approval of the proposed Settlement and approval of the Plan of Allocation; (b) Co-Lead Counsel's motion for an award of attorneys' fees

4

and reimbursement of litigation expenses; and (c) my request for reimbursement of the reasonable costs and expenses incurred in prosecuting the Action on behalf of the Settlement Class.

I declare under penalty of perjury of the laws of the United States of America that the foregoing facts are true and correct.

Executed on January 6, 2025, in Hamilton, Ohio.

DocuSigned by:

*Carl Cooper*

AB4B195E2BF049F...

Carl Cooper

5