**THE ROSEN LAW FIRM, P.A.**
Laurence M. Rosen (SBN 219683)
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

*Co-Lead Counsel for Plaintiffs and the Class*

*[Additional Counsel on Signature Page]*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| RON BERGMAN, Individually and on Behalf of All Others Similarly Situated, | Case No.:  3:23-cv-01742-RFL |
| Plaintiff, | CLASS ACTION |
| v. | |
| CARIBOU BIOSCIENCES, INC., RACHEL E. HAURWITZ, JASON V. O'BYRNE, RYAN FISCHESSER, SCOTT BRAUNSTEIN, ANDREW GUGGENHIME, JEFFREY LONG-MCGIE, NATALIE R. SACKS, BOFA SECURITIES INC., CITIGROUP GLOBAL MARKETS, INC., and SVB SECURITIES LLC, | **REPLY MEMORANDUM OF POINTS AND AUTHORITIES IN FURTHER SUPPORT OF UNOPPOSED MOTIONS FOR FINAL APPROVAL OF SETTLEMENT, AWARD OF ATTORNEYS' FEES, AND RELATED RELIEF** |
| Defendants. | Hearing Date: February 18, 2025<br>Time: 1:30 p.m.<br>Location:  Courtroom 15, 18th Floor<br>Judge: Rita F. Lin |

REPLY MEMORANDUM IN FURTHER SUPPORT OF MOTIONS FOR FINAL APPROVAL OF SETTLEMENT
AND AWARD OF ATTORNEYS' FEES
Case No. 3:23-cv-01742-RFL

Lead Plaintiff Ron Bergman and named Plaintiff Carl Cooper ("Plaintiffs") submit this reply memorandum in further support of their unopposed motions for (1) final approval of the proposed Settlement and Plan of Allocation, and final certification of the proposed Settlement Class; and (2) an award of attorneys' fees of 28% of the Settlement Amount, or $1,092,000, and reimbursement of $47,975.35, in litigation expenses incurred.[1] Dkt. Nos. 89 and 90 ("Motions").

## I.   STATEMENT OF FACTS

The Court-appointed Claims Administrator, Strategic Claims Services ("SCS"), notified 42,287 potential Class Members, either by mailed Postcard Notice or emailed the direct link to the location of the Notice on the Settlement webpage. Evans Suppl. Dec. ¶3.

SCS also published the Summary Notice electronically over *Globe Newswire* and in print in *Investor's Business Daily*. Dkt. No. 91-2 ("Evans Decl.") ¶10. On October 23, 2024, SCS established a website dedicated to the Settlement which included the online claim filing link and important documents including the Long Notice, Claim Form, Preliminary Approval Order, and Stipulation. Evans Suppl. Decl. ¶7. SCS has also maintained a toll-free telephone number for potential Settlement Class Members. *Id.* ¶6.

The January 28, 2025 claims filing deadline and the January 28, 2025 deadline for objections and requests for exclusion has passed. To date, potential Settlement Class Members have submitted over 19,305 claims. Evans Suppl. Decl. ¶10. To date, there have been no objections to the

---

[1] Unless otherwise defined herein, capitalized terms have the same meanings set forth and defined in the Amended Stipulation and Agreement of Settlement dated October 1, 2024 ("Stipulation"). *See* Dkt. No. 86-1.  Internal citations and quotations are omitted and emphasis is added unless otherwise noted. Citations to "Evans Suppl. Decl." are to the Supplemental Declaration of Sarah Evans, attached as Exhibit 1 hereto.

Settlement. *Id.* ¶9. SCS has also not received any requests for exclusion from the Settlement. *Id.* ¶8.

## II.    ARGUMENT

### A.    The Reaction of the Settlement Class Supports Final Approval

The absence of any objections to the Settlement or Plan of Allocation supports their approval. *In re Rambus Inc. Derivative Litig.*, No. C 06-3513 JF (HRL), 2009 WL 166689, at *3 (N.D. Cal. Jan. 20, 2009) (granting final approval of settlement, awarding attorneys' fees, and finding that the "the absence of a large number of objections to a proposed class settlement raises a strong presumption that the terms of a proposed class settlement action are favorable to the class members"); *In re Omnivision Techs., Inc.*, 559 F. Supp. 2d 1036, 1043 (N.D. Cal. 2008) (same); *Nat'l Rural Telecommunications Cooperative v. DIRECTV, Inc.*, 221 F.R.D. 523, 529 (C.D. Cal. 2004) (granting final approval of settlement, finding "[t]he absence of a single objection to the Proposed Settlement provides further support for final approval of the Proposed Settlement.").

Likewise, the absence of any requests for exclusion from the Settlement further demonstrates the Settlement Class's positive reaction to the Settlement and supports final approval. SCS has not received any requests for exclusion from the Settlement. The absence of exclusion requests supports the Settlement's approval. *See Churchill Vill., L.L.C. v. Gen. Elec.*, 361 F.3d 566, 577 (9th Cir. 2004) (affirming settlement with 0.56% of eligible class members requesting exclusion); *Chun-Hoon v. McKee Foods Corp.*, 716 F. Supp. 2d 848, 852 (N.D. Cal. 2010) ("overwhelming positive reaction of the class members" including 16 exclusion request representing 4.86% of class supports settlements' approval.); *Destefano v. Zynga, Inc.*, No. 12-CV-04007-JSC, 2016 WL 537946, at *14 (N.D. Cal. Feb. 11, 2016) (16 valid exclusion requests representing 0.176% of public shares, supported settlement approval).

At Co-Lead Counsel's direction, SCS carried out a thorough notice program in accordance with the Court's Preliminary Approval Order, directly notifying over 42,000 potential Settlement Class Members of the pending Settlement. Not a single investor objected to the Settlement, and no investors requested exclusion from it. "[T]he fact that the overwhelming majority of the class willingly approved the offer and stayed in the class presents at least some objective positive

REPLY MEMORANDUM IN FURTHER SUPPORT OF MOTIONS FOR FINAL APPROVAL OF SETTLEMENT AND AWARD OF ATTORNEYS' FEES Case No. 3– 3:23-cv-01742-RFL

2

commentary as to its fairness." *Hanlon v. Chrysler Corp.*, 150 F.3d 1011, 1027 (9th Cir. 1998). The lack of objections and absence of requests for exclusion further supports final approval.

### B. The Reaction of the Settlement Class Also Supports Approval of the Requests for an Award of Attorneys' Fees and Reimbursement of Expenses

A lack of objections to fee and expense requests supports the approval of the requested award. *See, e.g.*, *In re Immune Response Sec. Litig.*, 497 F. Supp. 2d 1166, 1177 (S.D. Cal. 2007) ("The lack of objection from any Class Member supports the attorneys' fees award"). Here, not a single Settlement Class Member has objected to Co-Lead Counsel's requests for an award of attorneys' fees of 28% of the Settlement Amount and reimbursement of $47,975.35 in litigation expenses incurred, which is less than the maximum amount of expenses ($60,000) presented to potential Settlement Class Members in the Notice. Evans Decl., Ex. A at 1. The absence of requests for exclusion further demonstrates the positive reaction of the Settlement Class, which supports the requested fee and expense amounts. *See Chun-Hoon*, 716 F. Supp. 2d at 852. Accordingly, the Settlement Class's overwhelmingly positive reaction strongly supports the fairness and reasonableness of these requests.

## III. CONCLUSION

For the foregoing reasons, and those set forth in Plaintiffs' opening memoranda, the Court should grant Plaintiffs' unopposed motions for final approval of the proposed Settlement and for an award of attorneys' fees and reimbursement of expenses.

Dated: February 4, 2025

Respectfully submitted,

**THE ROSEN LAW FIRM, P.A**.

By: */s/ Laurence M. Rosen*
Laurence M. Rosen (SBN 219683)
355 S. Grand Avenue, Suite 2450
Los Angeles, CA 90071

Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

and

Phillip Kim (*pro hac vice*)
Sara Fuks (*pro hac vice*)
275 Madison Avenue, 40th Floor
New York, NY 10016
Tel: (212) 686-1060
Fax: (212) 2020-3827
Email: pkim@rosenlegal.com
sfuks@rosenlegal.com

**THE SCHALL LAW FIRM**
Brian Schall (SBN 290685)
Ivy T. Ngo (SBN 249860)
Rina Restaino (SBN 285415)
2049 Century Park East, Suite 2460
Los Angeles, CA 90067
Telephone: (310) 301-3335
brian@schallfirm.com
ivy@schallfirm.com
rina@schallfirm.com

*Co-Lead Counsel for Plaintiffs and for the Class*

**CERTIFICATE OF SERVICE**

I, Laurence M. Rosen, hereby declare under penalty of perjury as follows:

I am the managing attorney of The Rosen Law Firm, P.A., with offices at 355 S. Grand Avenue, Suite 2450 Los Angeles, CA 90071. I am over the age of eighteen.

On February 4, 2025, I electronically filed the foregoing REPLY MEMORANDUM OF LAW IN FURTHER SUPPORT OF MOTIONS FOR FINAL APPROVAL OF SETTLEMENT AND AWARD OF ATTORNEYS' FEES with the Clerk of the Court using the CM/ECF system which sent notification of such filing to counsel of record.

Executed on February 4, 2025.

/s/ Laurence M. Rosen

REPLY MEMORANDUM IN FURTHER SUPPORT OF MOTIONS FOR FINAL APPROVAL OF SETTLEMENT AND AWARD OF ATTORNEYS' FEES Case No. 3– 3:23-cv-01742-RFL

5