# EXHIBIT 1

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| RON BERGMAN, Individually and on Behalf of All Others Similarly Situated,<br><br>               Plaintiff,<br><br>          v.<br><br>CARIBOU BIOSCIENCES, INC., RACHEL E. HAURWITZ, JASON V. O'BYRNE, RYAN FISCHESSER, SCOTT BRAUNSTEIN, ANDREW GUGGENHIME, JEFFREY LONG-MCGIE, NATALIE R. SACKS, BOFA SECURITIES INC., CITIGROUP GLOBAL MARKETS, INC., and SVB SECURITIES LLC,<br><br>               Defendants. | Case No.:  3:23-cv-01742-RFL<br><br>CLASS ACTION |

**SUPPLEMENTAL DECLARATION OF SARAH EVANS CONCERNING: (A) MAILING AND EMAILING OF NOTICE; (B) REPORT ON REQUESTS FOR EXCLUSION AND OBJECTIONS; AND (C) CLAIMS RECEIVED TO DATE**

I, Sarah Evans, declare as follows:

1.     I am a Project Manager of Strategic Claims Services ("SCS"), a nationally recognized class action administration firm.  I have over eight years of experience specializing in the administration of class action cases.  SCS was established in April 1999 and has administered over five hundred and fifty (550) class action cases since its inception.  I have personal knowledge of the facts set forth herein, and if called on to do so, I could and would testify competently thereto.

2.     Pursuant to the Court's Order Preliminarily Approving Settlement and Providing for Notice, dated October 15, 2024 (Dkt. No. 88, the "Preliminary Approval Order"), SCS was appointed and approved as the Claims Administrator to supervise and administer the notice procedures as well as the processing of claims in connection with the Settlement of the above-

captioned Action.[1] I submit this declaration as a supplement to my previously filed Declaration of Sarah Evans Concerning: (A) Mailing and Emailing of Notice; (B) Publication of the Summary Notice; and (C) Report on Requests for Exclusion and Objections, dated January 14, 2025 (Dkt. No. 91-2, the ("Initial Mailing Declaration"), to provide the Court and the Parties with updated information regarding the dissemination of notice to potential Settlement Class Members, as well as updates concerning other aspects of the Settlement administration process.

### UPDATE ON MAILING OF THE POSTCARD NOTICE AND EMAILING OF LINKS TO THE LONG NOTICE AND CLAIM FORM

3.     As noted in the Initial Mailing Declaration, SCS had mailed or emailed 2,306 letters to the Nominee Account Holders and Institutional Groups contained on SCS's master mailing list. As also noted in the Initial Mailing Declaration, a total of 42,240 notices had been sent to potential Settlement Class Members or nominees to inform them of the Settlement, of which 12,333 were mailed the Postcard Notice and 29,907 were emailed the direct link to the Long Notice and Claim Form on the Settlement webpage. Since the Initial Mailing Declaration, SCS has emailed 14 additional links to the Long Notice and Claim Form and mailed an additional 33 Postcard Notices by request to potential Settlement Class Members. To date, a total of 42,287 notices have been sent to potential Settlement Class Members or nominees, of which 12,366 were mailed Postcard Notices and 29,921 were emailed links to the Long Notice and Claim Form.[2]

---

[1] All capitalized terms used herein that are not otherwise defined have the meanings ascribed to them in the Amended Stipulation of Settlement, dated October 1, 2024 (Dkt. No. 86-1, the "Stipulation").

[2] As noted in the Initial Mailing Declaration, SCS had received and fulfilled nine requests from potential Settlement Class Members to mail them copies of the Long Notice and Claim Form. Since the Initial Mailing Declaration was filed, SCS has not received any additional requests for the Long Notice and Claim Form.

4.    As noted in the Initial Mailing Declaration, 311 of the Postcard Notices mailed had returned to SCS as undeliverable, and SCS had remailed 16 to forwarding addresses provided by the United States Postal Service and 69 to updated addresses obtained through "skip-tracing". Since the Initial Mailing Declaration was filed, no further Postcard Notices were returned to SCS as undeliverable.

5.    Out of the 29,921 links to the Long Notice and Claim Form that were emailed, 88 bounced back to SCS as undeliverable. A Postcard Notice was promptly mailed to each of these 88 potential Settlement Class Members at the mailing address on file.

### UPDATE ON TOLL-FREE PHONE LINE

6.    The Initial Mailing Declaration noted that SCS maintains a toll-free telephone number (1-866-274-4004) for Settlement Class Members to call and obtain information about the Settlement. SCS has and will continue to respond promptly to each telephone inquiry and address Settlement Class Members' inquiries throughout the administration process.

### UPDATE ON SETTLEMENT WEBPAGE

7.    The Initial Mailing Declaration also noted that on October 23, 2024, SCS established a dedicated webpage for the Settlement on its website at www.strategicclaims.net/Caribou/.  The webpage is accessible 24 hours a day, 7 days a week. The webpage contains information related to the current status of the case, including important case dates such as the Settlement Fairness Hearing date, the deadlines by which exclusions and objections must be received, and the deadline to file claims. The webpage also contains the online claim filing link and important case documents, such as the Long Notice and Claim Form, the Preliminary Approval Order, and the Stipulation and exhibits. SCS will continue to maintain and

update the webpage throughout the Settlement administration process. To date, the webpage has received 8,529 pageviews from 1,825 unique users.

### UPDATE ON REPORT ON EXCLUSIONS AND OBJECTIONS

8.    The Long Notice, Postcard Notice, Summary Notice, and the Settlement webpage informed potential Settlement Class Members that written requests for exclusion were to be mailed so that they were received by SCS no later than January 28, 2025.  SCS has been monitoring all mail delivered for this case.  As of the date of this declaration, SCS has not received any requests for exclusion.

9.    According to the Long Notice, the Postcard Notice, the Summary Notice, and the Settlement webpage, Settlement Class Members seeking to object to the Settlement, the Plan of Allocation, or the Fee and Expenses Application, must have filed such objections with the Clerk of the Court no later than January 28, 2025. As of the date of this declaration, SCS has not received any misdirected objections, nor has SCS been notified that any objections were filed.

### CLAIM FORM FILING STATUS

10.    The Long Notice, Postcard Notice, Summary Notice, and the Settlement webpage informed Settlement Class Members that the deadline for claims submission was January 17, 2025. As of the date of this declaration, SCS has received 19,305 claims. SCS is currently conducting quality assurance reviews of the submitted claims, such as verifying that claims include the required supporting documentation and identifying duplicated claims. Once this audit process is complete, claimants with incomplete or invalid claims will be given an opportunity to cure their deficiencies, to the extent that their deficiencies may be cured. With these steps currently outstanding, the number of claims considered valid has not yet been finally determined.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 4th day of February 2025, in Media, Pennsylvania.

_____
Sarah Evans