UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RON BERGMAN,<br><br>            Plaintiff,<br><br>      v.<br><br>CARIBOU BIOSCIENCES, INC., et al.,<br><br>            Defendants. | Case No.  23-cv-01742-RFL<br><br>**ORDER REQUESTING SUPPLEMENTAL BRIEFING**<br><br>Re: Dkt. No. 90 |

The Court has reviewed Plaintiffs' unopposed motion for attorneys' fees and reimbursement of expenses and awards to plaintiffs (Dkt. No. 90).  Plaintiffs are ordered to address the following issues by filing supplemental briefing by **February 11, 2025**.

1. What is the basis for Plaintiffs' counsel's contention that the rates listed in the lodestar calculation are the prevailing market rates or otherwise reasonable?  Has Plaintiffs' counsel been awarded fees at these rates in the past?  If so, please provide examples from past cases, including rates and the phase at which the case settled.

2. Plaintiffs' counsel appears to have expended hundreds of hours on pre-filing investigation and the filing of the complaint.  To allow an assessment of the lodestar, and thus the reasonableness of the fee request, please provide a detailed task breakdown and the corresponding hours from that phase.

     **IT IS SO ORDERED.**

Dated: February 4, 2025

RITA F. LIN
United States District Judge

1