CRAIG VARNEN, SBN 172603
    CVarnen@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, California  90071-3197
Telephone:  213.229.7000
Facsimile:   213.229.7520

KELSEY MATEVISH, SBN 330456
    KMatevish@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
One Embarcadero Center, Suite 2600
San Francisco, California  94111-3715
Telephone:  415.393.8200
Facsimile:   415.393.8306

*Attorneys for Defendants*
*Caribou Biosciences, Inc., Rachel Haurwitz, Jason*
*O'Byrne, Ryan Fischesser, Scott Braunstein, Andrew*
*Guggenhime, Jeffrey Long-McGie, and Natalie Sacks*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RON BERGMAN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CARIBOU BIOSCIENCES, INC., RACHEL E. HAURWITZ, JASON V. O'BYRNE, RYAN FISCHESSER, SCOTT BRAUNSTEIN, ANDREW GUGGENHIME, JEFFREY LONGMCGIE, NATALIE R. SACKS, BOFA SECURITIES INC., CITIGROUP GLOBAL MARKETS, INC., and SVB SECURITIES LLC,<br><br>Defendants. | CASE NO. 3:23-cv-01742-RFL<br><br>CLASS ACTION<br><br>**DECLARATION OF CRAIG VARNEN REGARDING CARIBOU DEFENDANTS' CAFA MAILING** |

DECLARATION OF CRAIG VARNEN
CASE NO. 3:23-cv-01742-RFL

I, Craig Varnen, declare and state as follows:

1.      I am an attorney duly licensed by the State Bar of California and admitted to practice before this Court.  I am a partner in the law firm of Gibson, Dunn & Crutcher LLP, and I represent Defendants Caribou Biosciences, Inc. ("Caribou"), Rachel Haurwitz, Jason O'Byrne, Ryan Fischesser, Scott Braunstein, Andrew Guggenhime, Jeffrey Long-McGie, and Natalie Sacks (collectively, the "Caribou Defendants") in the above-captioned case.

2.      Pursuant to paragraph 7.6 of the parties' Amended Stipulation of Settlement (Dkt. No. 86-1, Ex. 1), I submit this Declaration detailing the Caribou Defendants' compliance with the notice requirements of the Class Action Fairness Act, 28 U.S.C. § 1711, *et seq.* ("CAFA").

3.      On June 28, 2024, Plaintiffs filed an Unopposed Motion for Preliminary Approval of Settlement (Dkt. No. 76) and Joint Declaration of Sara Fuks and Brian Schall in Support of the Unopposed Motion (Dkt. No. 77).  The Joint Declaration included the parties' Stipulation of Settlement, which was executed the same day (Dkt. No. 77-1).

4.      On July 8, 2024, the Caribou Defendants caused the letter attached hereto as **Exhibit A** ("CAFA Notice") to be sent to the Attorney General of the United States via Federal Express, return receipt requested, providing notice of the proposed settlement in accordance with 28 U.S.C. § 1715.  The same CAFA Notice was also sent to the attorneys general of all U.S. states and territories or their designated representatives (modifying only the addressee information).  At the Court's request, a copy of each or any individual CAFA Notice that was sent can be provided.

5.      Pursuant to 28 U.S.C. § 1715(b), the CAFA Notice enclosed copies of: the complaints filed in this action (Dkt. Nos. 1 & 35); Lead Plaintiff's Unopposed Motion for Preliminary Approval of Settlement (Dkt. No. 77); and documents filed in conjunction with the Unopposed Motion for Preliminary Approval of Settlement, including the Stipulation of Settlement (Dkt. No. 77-1, Ex. 1), the proposed order

Gibson, Dunn & Crutcher LLP

preliminarily approving the settlement (Dkt. No. 77-1, Ex. A), the proposed notices for the proposed settlement (Dkt. No. 77-1, Exs. A-1, A-3, A-4), the proposed proof of claim and release form (Dkt. No. 77-1, Ex. A-2), and the proposed judgment approving the settlement (Dkt. No. 77-1, Ex. B). The CAFA Notice also indicated that no final judgment had been entered by the Court, that a complete list of putative class members did not exist, and that the Caribou Defendants did not at present have information to estimate the number of putative class members residing in each state.

6. On September 6, 2024, the Court filed an Order requesting that the parties file supplemental briefing to address questions regarding the Unopposed Motion for Preliminary Approval of Settlement along with amended versions of the proposed notices and proposed preliminary approval order for the proposed settlement (Dkt. No. 84).

7. On October 1, 2024, in response to the Court's Order, Plaintiffs filed a Supplemental Memorandum in Support of the Unopposed Motion for Preliminary Approval of Settlement (Dkt. No. 85) and an Amended Joint Declaration of Sara Fuks and Brian Schall (Dkt. No. 86). The Amended Joint Declaration included the parties' Amended Stipulation of Settlement, which was executed the same day (Dkt. No. 86-1).

8. On October 11, 2024, the Caribou Defendants caused the letter attached hereto as **Exhibit B** ("Supplemental CAFA Notice") to be sent to the Attorney General of the United States via Federal Express, return receipt requested, providing notice of the amended proposed settlement in accordance with 28 U.S.C. § 1715. The same Supplemental CAFA Notice was also sent to the attorneys general of all U.S. states and territories or their designated representatives (modifying only the addressee information). At the Court's request, a copy of each or any individual Supplemental CAFA Notice that was sent can be provided.

9. The Supplemental CAFA Notice enclosed copies of the parties' Amended Stipulation of Settlement (Dkt. No. 86-1) and updated versions of the proposed order preliminarily approving the settlement (Dkt. No. 86-1, Ex. A), the proposed notices for

Gibson, Dunn &
Crutcher LLP

the proposed settlement (Dkt. No. 86-1, Exs. A-1, A-3, A-4), the proposed proof of claim and release form (Dkt. No. 86-1, Ex. A-2), and the proposed judgment approving the settlement (Dkt. No. 86-1, Ex. B).

10.    Attached hereto as **Exhibit C** is a list of the recipients to whom the CAFA Notice and Supplemental CAFA Notice were sent.

11.    To the best of my knowledge, the Caribou Defendants have fully complied with CAFA and have satisfied all of their obligations thereunder.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on this 10th day of February, 2025 at Los Angeles, California.

By: _____
Craig Varnen

Gibson, Dunn & Crutcher LLP

4

DECLARATION OF CRAIG VARNEN
CASE NO. 3:23-cv-01742-RFL

# EXHIBIT A

# Strategic Claims Services

Phone 866.274.4004
610.565.9202
Fax 610.565.7985

strategicclaims.net

July 8, 2024

**VIA CERTIFIED MAIL**

«Name»
«Title»
«Address_1»
«Address_2»
«Address_3»
«City», «State» «Zip»

RE:    Notice of Proposed Class Action Settlement in *Bergman v. Caribou Biosciences, Inc., et al.*, *et al.,* Case No. 3:23-cv-01742-RFL (N.D. Cal.)

Dear Sir or Madam:

Strategic Claims Services has been retained to provide notices set forth under the Class Action Fairness Act of 2005, 28 U.S.C. § 1715. Pursuant to this Act, Defendants Caribou Biosciences, Inc. ("Caribou"), Rachel E. Haurwitz, Jason V. O'Byrne, Ryan Fischesser, Scott Braunstein, Andrew Guggenhime, Jeffrey Long-McGie, and Natalie R. Sacks (the "Individual Defendants," and, together with Caribou, the "Caribou Defendants"); and BofA Securities, Inc., Citigroup Global Markets Inc., and Leerink Partners LLC f/k/a SVB Securities LLC (the "Underwriter Defendants," and together with the Caribou Defendants, the "Defendants") hereby provide your office with notice of a proposed settlement in the above-referenced matter (the "Litigation") pending in the United States District Court for the Northern District of California (the "Court"). The Litigation asserts claims under §§ 10(b) and 20(a) of the Securities Exchange Act of 1934, and Rule 10b-5 promulgated thereunder, against Caribou and defendants Rachel Haurwitz and Jason O'Byrne, and §§ 11 and 15 of the Securities Act of 1933, against all Defendants and the Individual Defendants, respectively.

The proposed Settlement Class (the "Class") is defined as all persons and entities who purchased Caribou common stock between July 23, 2021 and July 13, 2023, both dates inclusive, and were damaged thereby. Included in the Settlement Class are all persons who purchased Caribou common stock pursuant to and/or traceable to Caribou's Registration Statement and prospectus issued in connection with its July 23, 2021 IPO and all persons and entities who purchased Caribou common stock during the Settlement Class Period at artificially inflated prices and were damaged thereby. Excluded from the Settlement Class are (a) persons who suffered no compensable losses; and (b) Defendants; the Company's present and former officers and directors during the Settlement Class Period; members of their immediate families and their legal representatives, heirs, successors, or assigns, and any entity in which any Defendant, or any person excluded under this subsection (b), has or had a majority ownership interest during the Settlement Class Period. Also excluded from the Settlement Class are any persons and entities who or which submit a timely and valid request for exclusion from the Settlement Class in accordance with the requirements for requesting exclusion provided in the Notice or that is otherwise accepted by the Court.

The Defendants deny any and all wrongdoing, deny any liability to Lead Plaintiff and/or the proposed settlement class, and deny that Lead Plaintiff and the proposed class members have suffered any damages attributable to the Defendants' actions.

Strategic Claims Services provides the following information and documents pursuant to 28 U.S.C. § 1715. Any documents referenced below are included on the CD that is enclosed with this letter.

1. **28 U.S.C. § 1715(b)(1) – Complaint and Related Materials:** A copy of the original complaint filed in the action and the amended complaint are provided on the enclosed CD ROM.

2. *28 U.S.C. § 1715(b)(2) – Notice of Any Scheduled Judicial Hearing:* A Hearing on the Motion for Preliminary Approval of Settlement is set for August 27, 2024 at 10:00 AM PST in San Francisco, Courtroom 15, 18th Floor before Judge Rita F. Lin.

*600 North Jackson Street • Suite 205 • Media, PA 19063*

3. **28 U.S.C. § 1715(b)(3) – Notification to Class Members:** A copy of the Notice is enclosed on the CD ROM entitled *"Ex. A-1 – Notice of Pendency and Proposed Settlement of Class Action"*, as well as *"Ex. A-3 – Summary Notice"* and *"Ex. A-4 – Postcard Notice"*

4. **28 U.S.C. § 1715(b)(4) – Proposed Class Action Settlement**: Counsel for the Class filed the parties' proposed Stipulation of Settlement and associated documents with the Court on June 28, 2024.  A copy of the parties' *Stipulation of Settlement* with exhibits is provided on the enclosed CD ROM.

5. **28 U.S.C. § 1715(b)(5) – Any Settlement or Other Agreement:** The parties also contemporaneously agreed to a confidential Supplemental Agreement, which is referenced in the settlement stipulation, and which was not filed with the Court.  As described in the stipulation, and as is customary in securities class action settlements, the purpose of the confidential Supplemental Agreement is to provide the Defendants with the option to terminate the settlement if timely requests for exclusion from the class are submitted by eligible class members who/that meet the conditions set forth in the Supplemental Agreement.  The Supplemental Agreement remains confidential and has not been included with the enclosed materials.

6. **28 U.S.C. § 1715(b)(6) – Final Judgment:** As of the date of this letter, no Final Judgment has been entered by the Court.

7. **28 U.S.C. § 1715(b)(7)(A)-(B) – Names of Class Members/Estimated Proportionate Share:** Pursuant to 28 U.S.C. § 1715(b)(7)(A), CAFA requires a defendant, "if feasible," to provide the names of class members who reside in each state and the estimated proportionate share of the claims of such members to the entire settlement or (B) if the provision of information under subparagraph (A) is not feasible, a reasonable estimate of the number of class members residing in each state and the estimated proportionate share of the claims of such members to the entire settlement.  Because most of securities at issue are held in "street name," it is not feasible to provide the names of all class members who reside in each state, or to provide the estimated proportionate share of the claims of such members to the settlement.   For the same reason, it is not feasible at this time to provide a reasonable estimate of the number of class members residing in each state or the estimated proportionate share of the claims of such members to the settlement.

Notice of further scheduled hearings or relevant judicial opinions may be found by visiting the "PACER" online docket for the above-captioned matter at: https://ecf.cand.uscourts.gov/cgi-bin/ShowIndex.pl.

If for any reason you believe the enclosed information does not fully comply with 28 U.S.C. § 1715, please contact Counsel for Defendants identified below, to address any concerns or questions that you may have.

**Counsel for Caribou Defendants**
GIBSON, DUNN & CRUTCHER LLP
Craig Varnen
333 South Grand Avenue
Los Angeles, CA 90071
cvarnen@gibsondunn.com
213-229-7922

**Counsel for Underwriter Defendants**
MORGAN, LEWIS & BOCKIUS LLP
Charlene S. Shimada
One Market, Spear Street Tower
San Francisco, CA 94105
charlene.shimada@morganlewis.com
415-442-1475

Sincerely,

Strategic Claims Services

By:  Matthew Shillady
Title: Director of Operations

Enclosure – CD ROM

600 North Jackson Street • Suite 205 • Media, PA 19063

# EXHIBIT B



Phone 866.274.4004
610.565.9202
Fax 610.565.7985

strategicclaims.net

October 11, 2024

**VIA CERTIFIED MAIL**

TO:     «Name»
        «Title»
        «Address_1»
        «Address_2»
        «Address_3»
        «City», «State» «Zip»


Re:     Supplemental CAFA Notice of Proposed Class Action Settlement in Bergman v. Caribou Biosciences, Inc., et al., et al., Case No. 3:23-cv-01742-RFL (N.D. Cal.)

Dear «Name»:

Strategic Claims Services ("Strategic Claims"), an independent settlement administrator,  has been retained in the above-captioned action to provide notices set forth under the Class Action Fairness Act of 2005 ("CAFA"), 28 U.S.C. § 1715, on behalf of Defendants Caribou Biosciences, Inc. ("Caribou"), Rachel E. Haurwitz, Jason V. O'Byrne, Ryan Fischesser, Scott Braunstein, Andrew Guggenhime, Jeffrey Long-McGie, and Natalie R. Sacks (the "Individual Defendants," and, together with Caribou, the "Caribou Defendants"); and BofA Securities, Inc., Citigroup Global Markets Inc., and Leerink Partners LLC f/k/a SVB Securities LLC (the "Underwriter Defendants," and together with the Caribou Defendants, the "Defendants").  On July 8, 2024, Strategic Claims mailed your office an original notice pursuant to CAFA in the above-referenced class action in the United States District Court for the Northern District of California.  Defendants hereby provide your office with this supplemental notice to advise you of an amendment to the proposed settlement stipulation.

Enclosed with this letter please find a CD containing a copy of the Amended Settlement Stipulation with its exhibits, which were filed with the Court on October 1, 2024.

The Court has not yet granted the Motion for Preliminary Approval of the Settlement.

The Court also scheduled the Hearing for the Motion for Settlement Preliminary Approval on October 15, 2024, at 1:30 p.m.

If you have questions or concerns about this notice, the proposed settlement, or the enclosed materials, please contact Strategic Claims at info@strategicclaims.net or (866) 274-4004.

Thank you for your attention to this matter.

Sincerely,

Office of the Settlement Administrator

Enclosures

# EXHIBIT C

| Jurisdiction | Recipient Name and Address |
|---|---|
| United States of America | Merrick B. Garland<br>Attorney General of the United States<br>U.S. Department of Justice<br>950 Pennsylvania Avenue, NW<br>Washington, DC 20530 |
| Securities and Exchange Commission | Gary Gensler<br>Chairman<br>100 F Street, NE<br>Washington, DC 20549 |
| Alabama | Steve Marshall<br>Office of the Attorney General<br>PO Box 300152<br>Montgomery, AL 36130-0152 |
| Alaska | Treg Taylor<br>State of Alaska Department of Law Attorney General<br>PO Box 110300<br>Juneau, AK 99811-0300 |
| American Samoa | Fainu'ulelei Alailima-Utu<br>Attorney General<br>Department of Legal Affairs<br>Executive Office Bldg. 3rd Floor<br>P.O. Box 7<br>Utulei, AS 96799 |
| Arizona | Kris Mayes<br>Arizona Attorney General<br>2005 N Central Ave<br>Phoenix, AZ 85004-2926 |
| Arkansas | Tim Griffin<br>Arkansas Attorney General<br>323 Center St, Suite 200<br>Little Rock, AR 72201 |
| California | Rob Bonta<br>Office of the Attorney General<br>Consumer Law Section<br>455 Golden Gate Ave<br>Suite 11000<br>San Francisco, CA 94102 |
| Colorado | Phil Weiser<br>Attorney General<br>1300 Broadway<br>10th Fl<br>Denver, CO 80203 |

| Jurisdiction | Recipient Name and Address |
| --- | --- |
| Connecticut | William Tong<br>Office of the Attorney General<br>55 Elm St<br>Hartford, CT 06106 |
| District of Columbia | Brian Schwalb<br>Office of the Attorney General<br>441 4th St, NW<br>Suite 1100S<br>Washington, DC 20001 |
| Delaware | Kathy Jennings<br>Attorney General<br>Carvel State Office Bldg.<br>820 N. French St.<br>Wilmington, DE 19801 |
| Florida | Ashley Moody<br>Florida Office of the Attorney General<br>The Capitol<br>PL 101<br>Tallahassee, FL 32399-1050 |
| Georgia | Christopher Carr<br>Attorney General of Georgia<br>Office of the Attorney General<br>40 Capitol Square, SW<br>Atlanta, GA 30334-1300 |
| Guam | Doug Moylan<br>Attorney General<br>ITC Building<br>590 S. Marine Corps Dr<br>Suite 706<br>Tamuning, Guam 96913 |
| Hawaii | Anne Lopez<br>Department of the Attorney General<br>425 Queen St.<br>Honolulu, HI 96813 |
| Idaho | Raul Labrador<br>Office of the Attorney General<br>700 W. Jefferson St<br>PO Box 83720<br>Boise, ID 83720-1000 |
| Illinois | Kwame Raoul<br>Illinois Attorney General<br>100 W. Randolph St<br>Chicago, IL 60601 |

| Jurisdiction | Recipient Name and Address |
|---|---|
| Indiana | Todd Rokita<br>Office of the Indiana Attorney General<br>302 W Washington St<br>5th Floor<br>Indianapolis, IN 46204 |
| Iowa | Brenna Bird<br>Office of the Attorney General<br>1305 E Walnut St<br>Des Moines, IA 50319 |
| Kansas | Kris Kobach<br>Attorney General<br>120 SW 10th Ave., 2nd Fl.<br>Topeka, KS 66612-1597 |
| Kentucky | Russell Coleman<br>Office of the Attorney General<br>700 Capitol  Ave<br>Capitol Building, Ste. 118<br>Frankfort, KY 40601 |
| Louisiana | Liz Murrill<br>Office of the Attorney General<br>PO Box 94095<br>Baton Rouge, LA 70804-4095 |
| Maine | Aaron Frey<br>Office of the Maine Attorney General<br>6 State House Station<br>Augusta, ME 04333 |
| Maryland | Anthony Brown<br>Maryland Attorney General<br>200 St. Paul Pl.<br>Baltimore, MD 21202-2202 |
| Massachusetts | Andrea Campbell<br>Attorney General<br>1 Ashburton Pl.<br>Boston, MA 02108-1698 |
| Michigan | Dana Nessel<br>State of Michigan Attorney General<br>G. Mennen Williams Building, 7th Fl<br>525 W Ottawa St.<br>PO Box 30212<br>Lansing, MI 48909 |

| Jurisdiction | Recipient Name and Address |
| --- | --- |
| Minnesota | Keith Ellison<br>Office of the Attorney General<br>1400 Bremer Tower<br>445 Minnesota St.<br>St. Paul, MN 55101-2131 |
| Mississippi | Lynn Fitch<br>Office of the Attorney General State of Mississippi<br>PO Box 220<br>Jackson, MS 39205 |
| Missouri | Andrew Bailey<br>Missouri Attorney General<br>PO Box 899<br>Jefferson City, MO 65102 |
| Montana | Austin Knudsen<br>Montana Department of Justice Attorney General<br>PO Box 201401<br>Helena, MT 59620-1401 |
| Nebraska | Mike Hilgers<br>Nebraska Attorney General<br>2115 State Capitol<br>PO Box 98920<br>Lincoln, NE 68509 |
| New Hampshire | John Formella<br>Office of the Attorney General<br>NH Department of Justice<br>33 Capitol St.<br>Concord, NH 03301-6397 |
| New Jersey | Matt Platkin<br>Office of the Attorney General<br>Richard Hughes Justice Complex<br>25 Market Street<br>PO Box 080<br>Trenton, NJ 08625-0080 |
| New Mexico | Raul Torrez<br>Office of the New Mexico Attorney General<br>PO Drawer 1508<br>Santa Fe, NM 87504-1508 |
| New York | Letitia James<br>Attorney General<br>Office of the Attorney General<br>The Capitol<br>Albany, NY 12224 |

| Jurisdiction | Recipient Name and Address |
|---|---|
| Nevada | Aaron Ford<br>Nevada Attorney General<br>100 N. Carson St.<br>Carson City, NV 89701 |
| North Carolina | Josh Stein<br>North Carolina Department of Justice Attorney General<br>9001 Mail Service Center<br>Raleigh, NC 27699 |
| North Dakota | Drew Wrigley<br>North Dakota Attorney General<br>State Capitol<br>600 E Boulevard Ave., Dept. 125<br>Bismarck, ND 58505-0040Drew Wrigley<br>North Dakota Attorney General<br>State Capitol<br>600 E Boulevard Ave., Dept. 125<br>Bismarck, ND 58505-0040 |
| Northern Mariana Islands | Edward Manibusan<br>Attorney General<br>Administration Building<br>P.O. Box 10007<br>Saipan, MP 96950-8907 |
| Ohio | Dave Yost<br>Ohio Attorney General<br>30 E Broad St, 14th Floor<br>Columbus, OH 43215 |
| Oklahoma | Gentner Drummond<br>Oklahoma Office of the Attorney General<br>313 NE 21st St.<br>Oklahoma City, OK 73105 |
| Oregon | Ellen Rosenblum<br>Oregon Department of Justice Attorney General<br>Oregon Department of Justice<br>1162 Court St. NE<br>Salem, OR 97301 |
| Pennsylvania | Michelle Henry<br>Pennsylvania Attorney General<br>16th Floor, Strawberry Sq.<br>Harrisburg, PA 17120 |
| Puerto Rico | Domingo Emanuelli<br>Puerto Rico Attorney General<br>PO Box 9020192<br>San Juan, PR 00902-0192 |

| Jurisdiction | Recipient Name and Address |
|---|---|
| Rhode Island | Peter Neronha<br>Office of the Attorney General<br>150 S Main St.<br>Providence, RI 02903 |
| South Carolina | Alan Wilson<br>South Carolina Attorney General<br>PO Box 11546<br>Columbia, SC 29211-1549 |
| South Dakota | Marty Jackley<br>Office of the Attorney General<br>1302 E Hwy 14, Suite 1<br>Pierre, SD 57501-8501 |
| Tennessee | Jonathan Skrmetti<br>Office of the Attorney General<br>PO Box 20207<br>Nashville, TN 37202 |
| Texas | Ken Paxton<br>Attorney General of Texas<br>PO Box 12548<br>Austin, TX 78711-2548 |
| US Virgin Islands | Ian Clement<br>Attorney General<br>34-38 Kronprindsens Gade<br>GERS Building, 2nd Floor<br>St. Thomas, Virgin Islands 00802 |
| Utah | Sean Reyes<br>Office of the Attorney General<br>PO Box 142320<br>Salt Lake City, UT 84114-2320 |
| Vermont | Charity Clark<br>Office of the Attorney General<br>109 State St.<br>Montpelier, VT 05609-1001 |
| Virginia | Jason Miyares<br>Attorney General of Virginia<br>202 North Ninth Street<br>Richmond, VA 23219 |
| Washington | Bob Ferguson<br>Washington State Office of the Attorney General<br>1125 Washington St. SE<br>PO Box 40100<br>Olympia, WA 98504-0100 |

| Jurisdiction | Recipient Name and Address |
| --- | --- |
| West Virginia | Patrick Morrisey<br>Office of the West Virginia Attorney General<br>State Capitol Complex<br>Bldg. 1, Room E-26<br>Charleston, WV 25305 |
| Wisconsin | Josh Kaul<br>Wisconsin Department of Justice Attorney General<br>State Capitol, Ste 114 E<br>PO Box 7857<br>Madison, WI 53707-7857 |
| Wyoming | Bridget Hill<br>Wyoming Attorney General<br>Pioneer Building, 4th Floor<br>2424 Pioneer Avenue<br>Cheyenne, WY 82002 |