**THE ROSEN LAW FIRM, P.A.**
Laurence M. Rosen (SBN 219683)
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

*Co-Lead Counsel for Plaintiffs and the Class*

*[Additional Counsel on Signature Page]*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| RON BERGMAN, Individually and on Behalf of All Others Similarly Situated, | Case No.:  3:23-cv-01742-RFL |
| Plaintiff, | CLASS ACTION |
| v. | |
| CARIBOU BIOSCIENCES, INC., RACHEL E. HAURWITZ, JASON V. O'BYRNE, RYAN FISCHESSER, SCOTT BRAUNSTEIN, ANDREW GUGGENHIME, JEFFREY LONG-MCGIE, NATALIE R. SACKS, BOFA SECURITIES INC., CITIGROUP GLOBAL MARKETS, INC., and SVB SECURITIES LLC, | **SUPPLEMENTAL DECLARATION OF SARA FUKS IN SUPPORT OF PLAINTIFFS' SUPPLEMENTAL MEMORANDUM IN SUPPORT OF UNOPPOSED MOTION FOR AWARD OF ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES** |
| Defendants. | Hearing Date: February 18, 2025
Time: 1:30 p.m.
Location:  Via Zoom
Judge: Rita F. Lin |

SUPPLEMENTAL DECLARATION OF SARA FUKS IN SUPPORT IN SUPPORT OF PLAINTIFFS'
SUPPLEMENTAL MEMO ISO AWARD OF ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES;
Case No. 3:23-cv-01742-RFL

I, Sara Fuks, hereby declare and state as follows:

1.    I am an attorney admitted in the above-captioned action *pro hac vice*. I am a Partner at The Rosen Law Firm, P.A., Court-appointed Co-Lead Counsel for Lead Plaintiff Ron Bergman and counsel for named Plaintiff Carl Cooper and the proposed Settlement Class in the above-captioned action. I have personal knowledge of the facts set forth herein and if called upon to testify, I could and would do so truthfully and accurately. I submit this declaration, together with the attached exhibits, in support of Plaintiffs' Supplemental Memorandum in Support of Unopposed Motion for Award of Attorneys' Fees and Reimbursement of Expenses.

2.    Attached hereto as Exhibit 1 is a copy of a 2023 survey administered by the National Association for Law Placement ("NALP") titled "Findings on First-Year Salaries from the 2023 Associate Salary Survey," available at: https://www.nalp.org/0623research.

3.    Attached hereto as Exhibit 2 is a copy of the Declaration of Phillip Kim of the Rosen Law Firm, P.A. In Support of Application for Award of Attorneys' Fees and Litigation Expenses in *Chen v. Missfresh Ltd. et al.,* 1:22-cv-09836-JSR (S.D.N.Y.) (Dkt. No. 149-7).

4.    Attached hereto as Exhibit 3 is a copy of the court's Order Awarding Attorneys' Fees and Expenses issued on October 4, 2024, in *Chen v. Missfresh Ltd. et al.,* 1:22-cv-09836-JSR (S.D.N.Y.) (Dkt. No. 150-4).

5.    Attached hereto as Exhibit 4 is a copy of the Declaration of Laurence Rosen In Support of: (I) Motion for Final Approval of Class Action Settlement, and (II) Motion for an Award of Attorneys Fees, Reimbursement of Expenses, and Award to Plaintiffs in *In re Electric Last Mile Solutions, Inc., et al.*, *Securities* Litigation, 22-cv-00545 (D.N.J.) (Dkt. No. 144).

6.    Attached hereto as Exhibit 5 is a copy of the court's order dated November 6, 2024, in *Hacker, et al. v. Electric Last Mile Solutions, Inc., et al.*, 22-cv-00545 (D.N.J.) (Dkt. No. 157).

7.    Attached hereto as Exhibit 6 is a copy of the court's Order Granting in Part Plaintiff's Motion for Award of Attorney's Fees and Expenses and Award to Lead Plaintiff dated September 17, 2024, in *Oh v. Hanmi Financial Corp., et al.*, 2:20-cv-02844-FLA (JCX) (C.D. Cal.) (Dkt. No. 98).

8.      Attached hereto as Exhibit 7 is a copy of the Declaration of Phillip Kim on Behalf of the Rosen Law Firm, P.A. in Support of Application for Attorneys' Fees and Expenses and exhibits thereto, in *Oh v. Hanmi Financial Corp., et al.*, 2:20-cv-02844-FLA (JCX) (C.D. Cal.) (Dkt. No. 94-4).

9.      Attached hereto as Exhibit 8 is a copy of the court's Order Awarding Attorneys' Fees, Reimbursement of Litigation Expenses, and Award to Lead Plaintiff, dated September 10, 2024, in *City of Taylor General Employees' Ret. Sys. v. Astec Industries Inc.*, *et al.,* 1:19-cv-24 (E.D. Tenn.)(Dkt. No. 129).

10.     Attached hereto as Exhibit 9 is a copy of the Declaration of Phillip Kim in Support of Lead Plaintiff's Motions for: (I) Final Approval of Proposed Class Action Settlement; and (II) Award of Attorneys' Fees, Reimbursement of Expenses and Award to Lead Plaintiff in *City of Taylor General Employees' Ret. Sys. v. Astec Industries Inc.*, *et al.,* 1:19-cv-24 (E.D. Tenn.)(Dkt. No. 125).

11.     Attached hereto as Exhibit 10 is a copy of the court's order Granting Final Approval of Class Action Settlement and Associated Relief dated May 9, 2024, in *Plagens et al., v. Deckard, et al.,* 1:20-cv-2744 (N.D. Ohio)(Dkt. No. 82).

12.     Attached hereto as Exhibit 11 is a copy of the Declaration of Laurence M. Rosen Concerning Attorneys' Fees and Expenses in *Plagens et al., v. Deckard, et al.,* 1:20-cv-2744 (N.D. Ohio)(Dkt. No. 79-2).

13.     Attached hereto as Exhibit 12 is a copy of excerpts from Cornerstone Research, Securities Class Action Filings, 2023 Year in Review, available at: https://www.cornerstone.com/wp-content/uploads/2024/01/Securities-Class-Action-Filings-2023-Year-in-Review.pdf.

14.     Attached hereto as Exhibit 13 are Co-Lead Counsel's detailed time entries for the hours corresponding to Category 2 ("Pleadings, fact investigation, motions to dismiss") of the charts in Fuks and Schall Fee Declarations (Dkt. Nos 91-3 and 91-4). These  time entries are from the contemporaneous time records maintained by the Rosen Law Firm, P.A. and Schall Law Firm.

SUPPLEMENTAL DECLARATION OF SARA FUKS IN SUPPORT IN SUPPORT OF PLAINTIFFS' SUPPLEMENTAL MEMO ISO AWARD OF ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES; Case No. 3:23-cv-01742-RFL

2

15.     Attached hereto as Exhibit 14 is a copy of the court's Order Granting Final Approval of Class Action Settlement; Order Granting Motion for Attorneys' Fees and Award to Lead Plaintiff in *Bernstein v. Gingko Bioworks Holdings, Inc., et al.*, Case No. 4:21-cv-08943-KAW (N.D. Cal. Dec. 13, 2024)(Dkt. No. 134).

16.     Attached hereto as Exhibit 15 is a copy of Exhibit E to the Declaration of Joshua B. Silverman in Support of Motion for Attorneys' Fees, Litigation Expenses and Award to Lead Plaintiff titled "Pomerantz LLP Time Report" in *Bernstein v. Gingko Bioworks Holdings, Inc., et al.*, Case No. 4:21-cv-08943-KAW (N.D. Cal. Dec. 13, 2024)(Dkt. No. 129-5).

17.     Attached hereto as Exhibit 16 is a copy of the court's Order Granting Motion for Final Approval of Settlement; Granting Motion for Attorney Fees, Costs, Reallocation of Remainder and De Minimus Donation, dated September 20, 2024, in *In re Alphabet Inc. Securities Litigation*, Case No. 3:18-cv-06242- TLT (N.D. Cal. Sept. 20, 2024)(Dkt. No. 245).

18.     Attached hereto as Exhibit 17 is a copy of the Declaration of Michael Albert Filed on Behalf of Robbins Geller Rudman & Dowd LLP in Support of Application for Award of Attorneys' Fees and Expenses and Exhibits A and B thereto, in *In re Alphabet Inc. Securities Litigation*, Case No. 3:18-cv-06242-TLT (N.D. Cal. July 19, 2024) (Dkt. No. 234-1).

19.     Attached hereto as Exhibit 18 is a copy of the court's Order Granting Motions for Final Approval and Attorneys' Fees and Expenses and Denying Motion for Costs for Lead Plaintiff in *In re Lyft Securities Litigation*, 4:19-cv-02690-HSG (N.D. Cal. August 7, 2023)(Dkt. No. 388).

20.     Attached hereto as Exhibit 19 is a copy of the Declaration of Jeffrey C. Block in Support of (1) Lead Plaintiff's Motion for Final Approval of Class Action Settlement; (2) Lead Counsel's Motion for an Award of Attorneys' Fees and Reimbursement of Expenses; (3) Lead Plaintiff's Motion for an Award of Reasonable Costs and Exhibit 9 thereto showing Time and Billing by Category in *In re Lyft Securities Litigation*, 4:19-cv-02690-HSG (N.D. Cal. February 13, 2023)(Dkt. Nos. 314; 314-9).

21.     Attached hereto as Exhibit 20 is a is a table of hourly rates for defense firms derived from fee applications submitted by such firms nationwide in bankruptcy proceedings in 2023.

SUPPLEMENTAL DECLARATION OF SARA FUKS IN SUPPORT IN SUPPORT OF PLAINTIFFS' SUPPLEMENTAL MEMO ISO AWARD OF ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES; Case No. 3:23-cv-01742-RFL

3

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on February 11, 2025.

/s/ Sara Fuks
Sara Fuks

## CERTIFICATE OF SERVICE

I, Laurence M. Rosen, hereby declare under penalty of perjury as follows:

I am the managing attorney of The Rosen Law Firm, P.A., with offices at 355 S. Grand Avenue, Suite 2450 Los Angeles, CA 90071. I am over the age of eighteen.

On February 11, 2025, I filed the foregoing SUPPLEMENTAL DECLARATION OF SARA FUKS IN SUPPORT OF PLAINTIFFS' SUPPLEMENTAL MEMORANDUM IN SUPPORT OF UNOPPOSED MOTION FOR AWARD OF ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES with the Clerk of the Court using the CM/ECF system which sent notification of such filing to counsel of record.

Executed on February 11, 2025.

*/s/ Laurence M. Rosen*