# EXHIBIT 2

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
| --- | --- |
| JUAN CHEN, Individually and on Behalf of All Others Similarly Situated,<br><br>   Plaintiff,<br><br>  vs.<br><br>MISSFRESH LIMITED, ZHENG XU, JUN WANG, YUAN SUN, ZHAOHUI LI, COLLEEN A. DE VRIES, HANSONG ZHU, J.P. MORGAN SECURITIES LLC, CITIGROUP GLOBAL MARKETS INC., CHINA INTERNATIONAL CAPITAL CORPORATION HONG KONG SECURITIES LIMITED, CHINA RENAISSANCE SECURITIES (HONG KONG) LIMITED, HAITONG INTERNATIONAL SECURITIES COMPANY LIMITED, CMB INTERNATIONAL CAPITAL LIMITED, AMTD GLOBAL MARKETS LIMITED, ICBC INTERNATIONAL SECURITIES LIMITED, NEEDHAM & COMPANY, LLC, CHINA MERCHANTS SECURITIES (HK) CO., LIMITED, ABCI SECURITIES COMPANY LIMITED, GF SECURITIES (HONG KONG) BROKERAGE LIMITED, FUTU INC., TIGER BROKERS (NZ) LIMITED, and COGENCY GLOBAL, INC.,<br><br>   Defendants. | Civil Action No. 1:22-cv-09836-JSR |

**DECLARATION OF PHILLIP KIM ON BEHALF OF THE ROSEN LAW FIRM, P.A.**
**IN SUPPORT OF APPLICATION FOR AN AWARD OF**
**ATTORNEYS' FEES AND LITIGATION EXPENSES**

I, Phillip Kim, declare as follows, pursuant to 28 U.S.C. §1746:

1. I am a partner at The Rosen Law Firm, P.A. ("Rosen Law"). I am admitted to practice before this Court. I am submitting this declaration in support of my firm's application for

an award of attorneys' fees and expenses in connection with services rendered in the above-entitled action (the "Action") from inception through August 31, 2024 (the "Time Period").

2. Rosen Law, serving as Court-appointed Co-Lead Counsel in the Action, has been involved throughout the course of the litigation, which is described in the accompanying Joint Declaration of Alfred L. Fatale III and Phillip Kim in Support of (I) Final Approval of Class Action Settlement and Plan of Allocation and (II) an Award of Attorneys' Fees and Payment of Expenses, filed herewith. Lead Plaintiff Chelsea Fan retained Rosen Law and The Schall Law Firm to jointly represent her in this Action. Additionally, named plaintiff James Sannito is represented by The Schall Law Firm with the assistance of Rosen Law.

3. The information in this declaration regarding my firm's time and expenses is taken from time and expense records prepared and maintained by the firm in the ordinary course of business. These records were reviewed by me and others at my firm, under my direction, to confirm both the accuracy of the entries as well as the necessity for and reasonableness of the time and expenses committed to the Action. As a result of this review, I believe that the time reflected in the firm's lodestar calculation and the expenses for which payment is sought are reasonable in amount and were necessary for the effective and efficient prosecution and resolution of the Action. In addition, I believe that the expenses are all of a type that would normally be paid by a fee-paying client in the private legal marketplace.

4. The number of hours spent on the litigation by my firm is 668.9 hours. The lodestar amount for attorney/professional support staff time based on the firm's current hourly rates is $559,697.50. A summary of the lodestar is provided in Exhibit A. The hourly rates shown in Exhibit A are consistent with the hourly rates submitted by the firm in other contingent securities class action litigations. The firm's rates are set based on periodic analysis of rates used by firms

performing comparable work both on the plaintiff and defense side. Time expended in preparing this application for fees and payment of expenses has not been included.

5.     As detailed in Exhibit B, my firm has incurred a total of $45,572.91 in expenses in connection with the prosecution of the Action. The expenses are reflected in the books and records of my firm. These books and records are prepared from expense vouchers, check records, and other source materials and are an accurate record of the expenses incurred.

6.     The following is additional information regarding certain of these expenses:

(a)     Court Filing, Courtesy Copy, Court Messenger, and Transcript Fees: $781.77. These expenses were paid to attorney service firms, or courts in connection with court filings, courier services, and purchasing transcripts for court hearings.

(b)     Mediation Fees: $23,062.50. This expense is a portion of the fees assessed to Plaintiffs that Rosen Law paid Mediator David Murphy of Phillips ADR in connection with the mediation process and efforts of the Mediator.

(c)     Service of Process Fees: $1,486.53. These expenses were paid to serve the complaints and summonses on Defendants, including paying the Chinese government to process the service requests pursuant to the Convention of 15 November 1965 on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters ("Hague Service Convention").

(d)     Experts/Consultants/Outside Investigators: $1,750.00.

(i)     Accounting expert - $450.00. This expense was paid to an accounting expert for his analysis and opinion on Defendant Missfresh Limited's accounting misstatements.

- 3 -

(ii)    Investigation in China - $1,300.00. This expense was paid to an investigator based in China to locate certain of the Individual Defendants' work and residential addresses.

(e)    Document Translation Fees: $2,055.67. These expenses were paid to translation agencies for: (i) translating complaints and summonses for purpose of serving them on Individual Defendants based in China pursuant to the Hague Service Convention; and (ii) translating the Court-Ordered letter of request pursuant to the Convention of 18 March 1970 on the Taking of Evidence Abroad in Civil or Commercial Matters ("Hague Evidence Convention") to be served on PricewaterhouseCoopers Zhong Tian LLP in China.

(f)    Work-Related Transportation & Meals: $1,351.27. In connection with the litigation of this case, the firm has paid for work-related transportation expenses, meals, and travel expenses related to, among other things, traveling to New York City for mediation and the preliminary approval hearing at the Court. This amount also includes estimated expenses for traveling to the Settlement Hearing.

(g)    Press Releases and Notice to Class Member Fees: $12,419.91. These expenses relate to the notice published in various widely circulated business-oriented publications or wire service platforms, advising members of the putative class of the pendency of the Action pursuant to the Private Securities Litigation Reform Act of 1995 (15 U.S.C. § 77z–1 (a)(3)(A)(i)).

(h)    Online Legal Research and Document Retrieval Fees: $1,863.27. These expenses relate to the usage of electronic databases, such as PACER, Westlaw, and Hong Kong Companies Registry. These databases were used to obtain access to financial data, company registration records, factual information, court filings and legal research.

7.    With respect to the standing of my firm, attached hereto as Exhibit C is a brief biography of my firm as well as biographies of the firm's partners and of counsels.

- 5 -

I declare under penalty of perjury that the foregoing is true and correct. Executed this 5th day of September, 2024.

_____
Phillip Kim

**Exhibit A**

*Missfresh Securities Settlement*

## EXHIBIT A

## <u>LODESTAR REPORT</u>

FIRM: THE ROSEN LAW FIRM, P.A.
REPORTING PERIOD: INCEPTION THROUGH AUGUST 31, 2024

| PROFESSIONAL | STATUS | CURRENT RATE | HOURS | LODESTAR |
|---|---|---|---|---|
| Phillip Kim | P | $1,150 | 34.8 | $40,020.00 |
| Jacob Goldberg | P | $1,150 | 0.5 | $575.00 |
| Jonathan Horne | P | $1,000 | 17.5 | $17,500.00 |
| Yu Shi | P | $950 | 0.3 | $285.00 |
| Jing Chen[1] | P | $900 | 478.8 | $ 430,920.00 |
| Erica L. Stone | C | $850 | 12.0 | $10,200.00 |
| Scott Kim | A | $650 | 35.1 | $22,815.00 |
| Ryan Hedrick | A | $600 | 33.2 | $19,920.00 |
| Ian McDowell | A | $500 | 2.7 | $1,350.00 |
| Zachary Stanco | PL | $300 | 49.9 | $14,970.00 |
| Eduardo Texidor | PL | $300 | 0.6 | $180.00 |
| Julia Shimizu | PL | $275 | 3.5 | $962.50 |
| TOTALS | | | 668.9 | $559,697.50 |

Partner      (P)
Counsel      (C)
Associate      (A)
Paralegal      (PL)

---

[1] Jing Chen was promoted from associate to counsel on January 1, 2023, and then to partner on January 1, 2024.

**Exhibit B**

*Missfresh Securities Settlement*

## EXHIBIT B

## <u>EXPENSE REPORT</u>

FIRM: THE ROSEN LAW FIRM, P.A.
REPORTING PERIOD:  INCEPTION THROUGH AUGUST 31, 2024

| CATEGORY | | TOTAL AMOUNT |
|---|---|---|
| Experts/Consultants/Outside Investigators | | $1,750.00 |
| -    accounting expert | $450.00 | |
| -    investigator | $1,300.00 | |
| Online Legal Research and Document Retrieval Fees | | $1,863.27 |
| Court Filing, Courtesy Copy, Court Messenger, and Transcript Fees | | $781.77 |
| Document Translation Fees | | $2,055.67 |
| Mediation Fees | | $23,062.50 |
| Postage and FedEx Fees | | $571.87 |
| Service of Process Fees | | $1,486.53 |
| Press Releases and Notice to Class Member Fees | | $12,419.91 |
| Work-Related Transportation / Meals | | $1,351.27 |
| Photocopying, Scanning and Printing Documents | | $230.12 |
| -    Outside: | $224.32 | |
| -    In-House BW: (58 pages at $0.10 per page) | $5.80 | |
| **TOTAL** | | **$45,572.91** |