# EXHIBIT 5

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| SCOTT T. HACKER, et al., individually and on behalf of all others similarly situated, *Plaintiffs,* v. ELECTRIC LAST MILE SOLUTIONS INC., et al., *Defendants.* | No. 22-cv-00545(MEF)(LDW) **ORDER** |

The capitalized terms used herein have the same meanings as set forth and defined in the Second Amended Stipulation of Settlement [ECF 124].

Lead Counsel is hereby awarded attorneys' fees of $750,000, equal to 27.78% of the Settlement Amount, plus reimbursement of out-of-pocket litigation expenses in the amount of $28,563.87, together with interest earned thereon at the rate earned by the Settlement Fund until paid.

The Court finds that the amount of fees and expenses awarded is fair and reasonable. This is largely for the reasons stated in open court on September 20, 2024, which reasons focused, among other things, on the intensity of the work required by the Plaintiffs' counsel on this pre-discovery settlement; the relative straightforwardness of the accounting and other issues in play here; and the robustness of the settlement obtained for the class.

Additionally, Lead Plaintiff Jun Zheng and named plaintiff Scott T. Hacker are each awarded $5,000, in connection with their service as representative plaintiffs.

IT IS on this 6th day of November, 2024, so **ORDERED**.

Michael E. Farbiarz, U.S.D.J.