# EXHIBIT 8

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**
**AT CHATTANOOGA**

| | | |
|---|---|---|
| CITY OF TAYLOR GENERAL EMPLOYEES RETIREMENT SYSTEM, Individually and on Behalf of all Others Similarly Situated, | ) ) ) ) | CLASS ACTION |
| | ) | |
| *Plaintiff*, | ) | Case No. 1:19-cv-24 |
| | ) | |
| v. | ) ) | |
| | ) | Judge Atchley |
| ASTEC INDUSTRIES, INC., BENJAMIN G. BROCK, and DAVID C. SILVIOUS, | ) ) | Magistrate Judge Steger |
| | ) | |
| *Defendants*. | ) | |

### ORDER AWARDING ATTORNEYS' FEES, REIMBURSEMENT OF LITIGATION EXPENSES, AND AWARD TO LEAD PLAINTIFF

WHEREAS, the Court has granted final approval of the Settlement of the above-referenced class action;

WHEREAS, The Rosen Law Firm, P.A., appointed by the Court as Lead Counsel for purposes of the Settlement, has petitioned the Court for an award of attorneys' fees in compensation for services provided to Lead Plaintiff Lynn Johnson ("Lead Plaintiff") and the Settlement Class, along with reimbursement of expenses incurred in connection with prosecuting this action, and an award to Lead Plaintiff, to be paid out of the Settlement Fund established pursuant to the Settlement;

WHEREAS, capitalized terms used herein having the meanings defined in the Stipulation of Settlement, filed on May 6, 2024 (the "Stipulation") (Dkt. No. 114); and

1

WHEREAS, the Court has reviewed the fee application and the supporting materials filed therewith and has heard the presentation made by Lead Counsel during the final approval hearing on September 5, 2024, and due consideration having been had thereon.

NOW, THEREFORE, it is hereby ordered:

1.      The Motion for Attorney Fees, Reimbursement of Litigation Expenses, and Award to Lead Plaintiff [Doc. 123] is **GRANTED**.

2.      Plaintiff's Counsel is awarded one-third of the Settlement Fund, or $4,566,666.67, as attorneys' fees in this action, together with a proportionate share of the interest earned on the fund, at the same rate as earned by the balance of the fund, from the date of the establishment of the fund to the date of payment.

3.      Plaintiff's Counsel shall be awarded expenses in the amount of $246,104.62, with interest, as described above.

4.      Lead Plaintiff shall be awarded $15,000 as reimbursement for his lost time and expenses in connection with his prosecution of the Action.

5.      Except as otherwise provided herein, the attorneys' fees, reimbursement of expenses, and the award to Lead Plaintiff shall be paid in the manner and procedure provided for in the Stipulation.

**SO ORDERED.**

/s/ Charles E. Atchley, Jr.
**CHARLES E. ATCHLEY, JR.**
**UNITED STATES DISTRICT JUDGE**

2