# EXHIBIT 12



# CORNERSTONE RESEARCH

Economic and Financial Consulting and Expert Testimony

# Securities Class Action Filings

2023 Year in Review

# Table of Contents

| | |
|---|---|
| Executive Summary | 1 |
| Key Trends in Federal and State Filings | 2 |
| Featured: Annual Rank of Filing Intensity | 3 |
| Combined Federal and State Filing Activity | 4 |
| Summary of Core Federal Trend Filings | 5 |
| Status of Core Federal Filings by Trend Category | 6 |
| Summary of Federal Cryptocurrency-Related Filings | 9 |
| Federal SPAC Filing Allegations | 10 |
| Market Capitalization Losses for Federal and State Filings | 11 |
| Mega Filings | 14 |
| Classification of Federal Complaints | 15 |
| U.S. Exchange-Listed Companies | 16 |
| Heat Maps: S&P 500 Securities Litigation™ for Federal Core Filings | 17 |
| Status of Core Federal Securities Class Action Filings | 19 |
| 1933 Act Filings in State Courts | 20 |
| Dollar Loss on Offered Shares™ (DLOS Index™) in Federal Section 11–Only and State 1933 Act Filings | 21 |
| Type of Security Issuance Underlying Federal Section 11 and State 1933 Act Filings | 22 |
| IPO Activity and Federal Section 11 and State 1933 Act Filings | 23 |
| Lag between IPO and Federal Section 11 and State 1933 Act Filings | 24 |
| Non-U.S. Core Federal Filings | 25 |
| Industry Comparison of Core Filings | 26 |
| Core Federal Filings by Circuit | 27 |
| Status of Core Federal Filings by Plaintiff Counsel | 28 |
| Filings Referencing Short-Seller Reports by Plaintiff Counsel | 29 |
| New Developments | 30 |
| Glossary | 31 |
| Additional Notes to Figures | 33 |
| Appendices | 35 |
| Research Sample | 41 |

# Table of Figures

Figure 1: Federal and State Class Action Filings Summary — 1

Figure 2: Annual Rank of Measurements of Federal and State Filing Intensity — 3

Figure 3: Federal Filings and State 1933 Act Filings by Venue — 4

Figure 4: Summary of Trend Filings—Core Federal Filings — 5

Figure 5: Status of Core Federal Cryptocurrency-Related Filings — 6

Figure 6: Status of Core Federal SPAC Filings — 7

Figure 7: Status of Core Federal COVID-19-Related Filings — 8

Figure 8: Summary of Cryptocurrency-Related Filings—Core Federal Filings — 9

Figure 9: Federal SPAC Filing Allegations — 10

Figure 10: Disclosure Dollar Loss Index® (DDL Index®) — 11

Figure 11: Median Disclosure Dollar Loss — 12

Figure 12: Maximum Dollar Loss Index® (MDL Index®) — 13

Figure 13: Mega Filings — 14

Figure 14: Allegations Box Score—Core Federal Filings — 15

Figure 15: Percentage of U.S. Exchange-Listed Companies Subject to Federal or State Filings — 16

Figure 16: Heat Maps of S&P 500 Securities Litigation™ Percentage of Companies Subject to Core Federal Filings — 17

Figure 17: Heat Maps of S&P 500 Securities Litigation™ Percentage of Market Capitalization Subject to Core Federal Filings — 18

Figure 18: Status of Filings by Year—Core Federal Filings — 19

Figure 19: State 1933 Act Filings by State — 20

Figure 20: Dollar Loss on Offered Shares™ (DLOS Index™) for Federal Section 11–Only and State 1933 Act Filings — 21

Figure 21: Federal Section 11 and State 1933 Act Class Action Filings by Type of Security Issuance — 22

Figure 22: Number of IPOs on Major U.S. Exchanges and Number of Filings of Federal Section 11 and State 1933 Act Claims — 23

Figure 23: Lag between IPO and Federal Section 11 and State 1933 Act Filings — 24

Figure 24: Annual Number of Class Action Filings by Location of Headquarters—Core Federal Filings — 25

Figure 25: Filings by Industry—Core Filings — 26

Figure 26: Filings by Circuit—Core Federal Filings — 27

Figure 27: Status by Plaintiff Law Firm of Record—Core Federal Filings — 28

Figure 28: Core Federal Filings Referencing Short-Seller Reports by Plaintiff Counsel — 29

Appendix 1: Basic Filings Metrics — 35

Appendix 2A: S&P 500 Securities Litigation—Percentage of S&P 500 Companies Subject to Core Federal Filings — 36

Appendix 2B: S&P 500 Securities Litigation—Percentage of Market Capitalization of S&P 500 Companies Subject to Core Federal Filings — 36

Appendix 3: M&A Federal Filings Overview ........................................................................... 37

Appendix 4: Status by Year—Core Federal Filings ............................................................. 37

Appendix 5: Filings by Industry—Core Filings .................................................................... 38

Appendix 6: Filings by Circuit—Core Federal Filings ......................................................... 39

Appendix 7: Filings by Exchange Listing—Core Federal Filings ......................................... 39

Appendix 8: Cryptocurrency-Related Filings by Cryptocurrency Classification—Core Federal Filings ......... 40

# Status of Core Federal Securities Class Action Filings

This analysis compares filing groups to determine whether filing outcomes have changed over time. As each cohort ages, a larger percentage of filings are resolved—whether through dismissal, settlement, remand, or by trial. In the first few years after filing, a larger proportion of core federal lawsuits are dismissed rather than settled, but in later years, more are resolved through settlement than dismissal.

*In 2023, one securities class action lawsuit filed in 2018 went to trial.*

- From 1997 to 2023, 46% of core federal filings were settled, 43% were dismissed, 0.5% were remanded, and 10% are continuing. During this time, only 0.4% of core federal filings (or 21 lawsuits) reached trial.

- More recent cohorts have too many ongoing filings to determine their ultimate resolution rates. For example, of filings that are ongoing, 83% were filed between 2021 and 2023, while 17% were filed before 2021.

- As shown in Appendix 3, contrary to trends in core federal filings, M&A filings from 2013 to 2022 were largely resolved through dismissal, with 93% of filings dismissed and 6% settled.

Figure 18: Status of Filings by Year—Core Federal Filings
2014–2023



Note: Percentages may not sum to 100% due to rounding. This analysis only considers federal filings. It does not present combined federal and state data, and lawsuits are not identified as parallel. This is different from Figures 1–3, 10–13, 15, and 22, and Appendices 1 and 5, which account for filings in federal courts that also have parallel lawsuits identified in state courts. In those analyses, when parallel lawsuits are filed in different years, only the earlier filing is reflected in the analysis.