# EXHIBIT 15

# Exhibit E

***Bernstein v. Gingko Bioworks Holdings, Inc., et al.*, Case No. 4:21-cv-08943-KAW (N.D. Cal.)**

## TIME REPORT BY CATEGORY

**FIRM NAME:** Pomerantz LLP

**REPORTING PERIOD:** January 18, 2022 to October 14, 2024

**CATEGORIES BY HOUR:**

(1) Lead Plaintiff Motion        (2) Pleadings and Investigation       (3) Motion to Dismiss      (4) Discovery

(5) Class Certification            (6) Settlement and Administration    (7) Other

| Name | Position | (1) | (2) | (3) | (4) | (5) | (6) | (7) | Hourly Rate | Cumulative Hours | Cumulative Lodestar |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Joshua B. Silverman | Partner | .6 | 208.3 | 60.6 | 155.9 | 24.4 | 76.2 | 4.3 | $1,100 | 530.3 | $583,330 |
| Omar Jafri | Partner | - | - | 3.1 | - | - | - | - | $975 | 3.1 | $3,022.5 |
| Alex Hood | Partner | 4.2 | - | - | - | - | - | - | $975 | 4.2 | $4,095 |
| Brian O'Connell | Of Counsel | .5 | 404.8 | 76.2 | 289.2 | .8 | 72.9 | 10.2 | $700 | 854.6 | $598,220 |
| Christopher Tourek | Of Counsel | - | - | - | - | - | 10.5 | - | $700 | 10.5 | $7,350 |
| Genc Arifi | Associate | - | 23.8 | 14.5 | 119.7 | - | .5 | 1.5 | $600 | 160 | $96,000 |
| Diego Martinez | Associate | - | - | - | - | - | 53.6 | - | $600 | 53.6 | $32,160 |
| Thomas Pryzyblowski | Associate | 2.95 | - | - | - | - | - | - | $600 | 2.95 | $1,770 |
| Karina Trevino | Project Associate | - | - | - | 998 | - | 4 | - | $465 | 1002 | $465,930 |
| TOTAL | - | 8.42 | 636.9 | 154.4 | 1,562.8 | 25.2 | 217.7 | 16 | - | 2,621.42 | $1,791,877.5 |