# EXHIBIT 17

ROBBINS GELLER RUDMAN
  & DOWD LLP
JASON A. FORGE (181542)
ELLEN GUSIKOFF STEWART (144892)
LAURA ANDRACCHIO (187773)
MICHAEL ALBERT (301120)
J. MARCO JANOSKI GRAY (306547)
TING H. LIU (307747)
KENNETH P. DOLITSKY (345400)
SARAH A. FALLON (345821)
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
jforge@rgrdlaw.com
elleng@rgrdlaw.com
landracchio@rgrdlaw.com
malbert@rgrdlaw.com
mjanoski@rgrdlaw.com
tliu@rgrdlaw.com
kdolitsky@rgrdlaw.com
sfallon@rgrdlaw.com

Lead Counsel for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re ALPHABET, INC. SECURITIES LITIGATION | Master File No. 3:18-cv-06245-TLT |
| | CLASS ACTION |
| This Document Relates To: | DECLARATION OF MICHAEL ALBERT FILED ON BEHALF OF ROBBINS GELLER RUDMAN & DOWD LLP IN SUPPORT OF APPLICATION FOR AWARD OF ATTORNEYS' FEES AND EXPENSES |
| ALL ACTIONS. | |
| | DATE: September 24, 2024 |
| | TIME: 2:00 p.m. |
| | CTRM: 9, 19th Floor |
| | JUDGE: Honorable Trina L. Thompson |

4883-3461-3709.v3

I, MICHAEL ALBERT, declare as follows:

1.    I am a member of the firm of Robbins Geller Rudman & Dowd LLP ("Robbins Geller" or the "Firm"). I am submitting this declaration in support of the application for an award of attorneys' fees, expenses, and charges (together, "expenses") in connection with services rendered in the above-entitled action (the "Litigation").

2.    This Firm is Lead Counsel of record for lead plaintiff State of Rhode Island, Office of the Rhode Island Treasurer on behalf of the Employees' Retirement System of Rhode Island and the Settlement Class herein.

3.    The information in this declaration regarding the Firm's time and expenses is taken from time and expense reports and supporting documentation prepared and/or maintained by the Firm in the ordinary course of business. I am a partner who oversaw and/or conducted the day-to-day activities in the Litigation and I reviewed these reports (and back-up documentation where necessary or appropriate) in connection with the preparation of this declaration. The purpose of this review was to confirm both the accuracy of the entries as well as the necessity for, and reasonableness of, the time and expenses committed to the Litigation. As a result of this review, reductions were made to both time and expenses in the exercise of billing judgment. Based on this review and the adjustments made, I believe that the time reflected in the Firm's lodestar calculation and the expenses for which payment is sought herein are reasonable and were necessary for the effective and efficient prosecution and resolution of the Litigation.

4.    After the reductions referred to above, the number of hours spent on the Litigation by the Firm is 23,026.30. A breakdown of the lodestar is provided in the attached Exhibit A. The lodestar amount for attorney/paraprofessional time based on the Firm's current rates is $14,514,240.00. The hourly rates shown in Exhibit A are the Firm's current rates in contingent cases set by the Firm for each individual. These hourly rates are consistent with hourly rates submitted by the Firm to state and federal courts in other securities class action litigation. The

Firm's rates are set based on periodic analysis of rates charged by firms performing comparable work both on the plaintiff and defense side.  Different timekeepers within the same employment category (*e.g.*, partners, associates, paralegals, etc.) may have different rates based on a variety of factors, including years of practice, years at the Firm, years in the current position (*e.g.*, years as a partner), relevant experience, relative expertise, and the rates of similarly experienced peers at this Firm or other firms.  For personnel who are no longer employed by the Firm, the "current rate" used for the lodestar calculation is based upon the rate for that person in his or her final year of employment with the Firm.

5.      Attached as Exhibit B is a chart reflecting the time billed by each timekeeper in each of 20 categories, and also reflects each timekeeper's individual hours and lodestar at their current rate.

6.      The Firm seeks an award of $1,540,059.57 in expenses and charges in connection with the prosecution of the Litigation.  Those expenses and charges are summarized by category in the attached Exhibit C.

7.      The following is additional information regarding certain of these expenses:

(a)      Filing and Attorney Service Fees: $4,700.55.  These expenses have been paid to the Court for filing fees and to attorney service firms or individuals who either: (i) served process of the complaint or subpoenas; or (ii) obtained copies of court documents for Lead Plaintiff.  The vendors who were paid for these services are set forth in the attached Exhibit D.

(b)      Transportation, Hotels, and Meals: $4,466.55.  In connection with the prosecution of this case, the Firm has paid for travel expenses to attend a court hearing and a deposition.  The date, destination, and purpose of each trip is set forth in the attached Exhibit E.

(c)      Court Hearing Transcripts, Deposition Transcripts, and Videography: $18,510.15.  The vendors who were paid for these services are listed in the attached Exhibit F.

DECL OF MICHAEL ALBERT FILED ON BEHALF OF ROBBINS GELLER RUDMAN & DOWD LLP IN SUPPORT OF AWARD OF FEES AND EXPENSES - 3:18-cv-06245-TLT      - 2 -
4883-3461-3709.v3

(d)      Experts and Consultants: $1,335,158.93.

(i)      F. Partnoy, Inc.: $433,125.00.   Frank Partnoy is the Adrian A. Kragen Professor of Law at the UC Berkeley School of Law and he has written extensively on the fields of securities markets and regulation, including finance, accounting, and valuation.   Lead Counsel utilized Professor Partnoy's opinions on market efficiency and the ability to prove class-wide damages in connection with Lead Plaintiff's second motion to certify class.

(ii)      The BVA Group, LLC: $412,119.61.   BVA is a nationally recognized consulting group which specializes in valuation, financial advisory, and commercial litigation.   Joseph R. Mason, Ph.D. is a Professor of Finance at the Ourso School of Business, Louisiana State University, Fellow at the Wharton School, the University of Pennsylvania, and Senior Advisor at BVA Group.   Lead Counsel retained Dr. Mason to analyze and provide expert opinion regarding whether damages could be shown at a class-wide basis in connection with Lead Plaintiff's first motion to certify class.

(iii)      Jonah Gelbach: $362,094.51.   Jonah Gelbach, Ph.D., J.D. is an economist and the Herman F. Selvin Professor of Law at the University of California Berkeley School of Law where his scholarship focuses on, among other topics, law and economics, event study methodology, securities litigation, and applied statistical methodology.   Lead Counsel retained Professor Gelbach to research, analyze, and provide expert opinions on issues relating to price impact and statistical significance of the alleged stock drops in connection with Lead Plaintiff's second motion to certify class.   Lead Counsel also extensively consulted Professor Gelbach on the issues of loss causation and damages.   In addition, Professor Gelbach played a vital role in the development and negotiation of the Plan of Allocation, which governs how claims will be calculated.

(iv)     Andrew Baker: $59,678.67. Andrew Baker is an assistant Professor of Law at the University of California Berkeley School of Law. Lead Counsel retained Professor Baker to assist in Professor Gelbach's research and analyses.

(v)     Kellogg, Hansen, Todd, Figel & Frederick, PLLC: $58,131.46. Kellogg, Hansen, Todd, Figel & Frederick, PLLC is a preeminent trial and appellate litigation firm. Lead Counsel retained Kellogg Hansen to advise and assist with the preparation of Supreme Court briefs in connection with Defendants' Petition for a Writ of Certiorari.

(vi)     ValueEdge Advisors, LLC: $6,379.68. ValueEdge Advisors is a leading corporate governance consulting firm. Lead Counsel retained ValueEdge Advisors to analyze and provide advice related to corporate governance policies and potential reforms at Alphabet.

(vii)     Tasta Group (d/b/a Caliber Advisors, Inc.): $2,612.50. Lead Counsel retained the services of economic expert Bjorn Steinholt with Caliber Advisors, Inc. to analyze and provide his opinions regarding the statistical significance of alleged stock drops as well as estimated damages.

(viii)     HaystackID, LLC: $1,017.50. HaystackID is a specialized e-discovery services firm. Lead Counsel retained the services of HaystackID to assist with issues related to Alphabet's production of electronic documents, including document attachments, hyperlinks, and format of productions.

(e)     Online Legal and Financial Research: $33,876.73. This category includes vendors such as the Federal Trade Commission, LexisNexis Products, PACER, Refinitiv, Thomson Financial, and Westlaw. These resources were used to obtain access to SEC filings, factual databases, legal research, and for proofreading and "blue-booking" court filings (including checking all legal authorities cited and quoted in briefs). This category represents the expenses

incurred by Robbins Geller for use of these services in connection with this Litigation.  The charges for these vendors vary depending upon the type of services requested.  For example, Robbins Geller has flat-rate contracts with some of these providers for use of their services.  When Robbins Geller utilizes online services provided by a vendor with a flat-rate contract, access to the service is by a billing code entered for the specific case being litigated.  At the end of each billing period in which such service is used, Robbins Geller's costs for such services are allocated to specific cases based on the percentage of use in connection with that specific case in the billing period.  As a result of the contracts negotiated by Robbins Geller with certain providers, the Class enjoys substantial savings in comparison with the "market-rate" for *a la carte* use of such services which some law firms pass on to their clients.  For example, the "market-rate" charged to others by LexisNexis for the types of services used by Robbins Geller is more expensive than the rates negotiated by Robbins Geller.

(f)        eDiscovery Database Hosting: $16,166.80.  Robbins Geller has installed top tier database software, infrastructure, and security.  The platform implemented, Relativity, is offered by over 100 vendors and is currently being used by 198 of the AmLaw200 firms.  Over 50 servers are dedicated to Robbins Geller's Relativity hosting environment with all data stored in a secure SSAE 18 Tier III data center with automatic replication to a datacenter located in a different geographic location.  By hosting in-house, Robbins Geller is able to charge a reduced, all-in rate that includes many services which are often charged as extra fees when hosted by a third-party vendor.  Robbins Geller's hosting fee includes user logins, ingestion, processing, OCRing, TIFFing, bates stamping, productions, and archiving – all at no additional per unit cost.  Also included is unlimited structured and conceptual analytics (*i.e.*, email threading, inclusive detection, near-dupe detection, concept searching, active learning, clustering, and more).  Robbins Geller is able to provide all these services for a cost that is typically much lower than outsourcing to a third-

DECL OF MICHAEL ALBERT FILED ON BEHALF OF ROBBINS GELLER RUDMAN & DOWD LLP IN SUPPORT OF AWARD OF FEES AND EXPENSES - 3:18-cv-06245-TLT                    - 5 -
4883-3461-3709.v3

party vendor. Utilizing a secure, advanced platform in-house has allowed Robbins Geller to prosecute actions more efficiently, utilize advanced AI technology, and has reduced the expense associated with maintaining and searching electronic discovery databases. Similar to third-party vendors, Robbins Geller uses a tiered rate system to calculate hosting charges. The amount requested reflects charges for the hosting of over a half million pages of documents received from parties and non-parties in this action.

(g) Mediation Fees (Phillips ADR Enterprises, P.C.): $126,351.88. The Honorable Layn R. Phillips (Ret.) is a former United States District Judge and United States Attorney, and is a highly respected mediator with extensive experience in complex securities litigation. Judge Phillips facilitated the settlement negotiations over the course of many discussions, written submissions, a full-day in-person mediation session, and subsequent negotiations, ultimately leading to the settlement of this Litigation.

8. The expenses pertaining to this case are reflected in the books and records of this Firm. These books and records are prepared from receipts, expense vouchers, check records, and other documents and are an accurate record of the expenses.

9. The identification and background of my Firm and its partners is attached hereto as Exhibit G.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 19th day of July, 2024, at San Diego, California.

_____
MICHAEL ALBERT

# EXHIBIT A

**EXHIBIT A**

*In re Alphabet, Inc. Securities Litigation*, No. 3:18-cv-06245-TLT
Robbins Geller Rudman & Dowd LLP
Inception through June 24, 2024

| NAME | | HOURS | RATE | LODESTAR |
|---|---|---|---|---|
| Albert, Michael | (P) | 1,045.40 | 785 | $ 820,639.00 |
| Bays, Lea M. | (P) | 68.90 | 915 | 63,043.50 |
| Daley, Joseph D. | (P) | 26.20 | 1050 | 27,510.00 |
| Forge, Jason A. | (P) | 1,572.00 | 1200 | 1,886,400.00 |
| Gusikoff Stewart, Ellen A. | (P) | 105.20 | 1200 | 126,240.00 |
| Janoski Gray, J. Marco | (P) | 812.10 | 760 | 617,196.00 |
| Liu, Ting H. | (P) | 609.30 | 760 | 463,068.00 |
| Myers, Danielle S. | (P) | 12.00 | 1075 | 12,900.00 |
| Robbins, Darren J. | (P) | 52.80 | 1400 | 73,920.00 |
| Williams, Shawn A. | (P) | 10.80 | 1200 | 12,960.00 |
| Abel, Lawrence A. | (A) | 1,907.90 | 700 | 1,335,530.00 |
| Brane, Austin P. | (A) | 35.60 | 550 | 19,580.00 |
| Dolitsky, Kenneth P. | (A) | 304.20 | 400 | 121,680.00 |
| Fallon, Sarah A. | (A) | 833.30 | 400 | 333,320.00 |
| Lakosil, Natalie F. | (A) | 10.30 | 450 | 4,635.00 |
| Oetting, Justin G. | (A) | 37.50 | 375 | 14,062.50 |
| Robertson, Jessica E. | (A) | 14.90 | 375 | 5,587.50 |
| Andracchio, Laura M. | (OC) | 938.20 | 1130 | 1,060,166.00 |
| Bowens, M. Lamontt | (OC) | 556.00 | 480 | 266,880.00 |
| Prado, Svenna | (OC) | 2,066.50 | 915 | 1,890,847.50 |
| Walton, David C. | (OC) | 4.20 | 1135 | 4,767.00 |
| Cho, Grace | (SA) | 1,373.80 | 460 | 631,948.00 |
| Fiore, Andrea G. | (SA) | 1,884.70 | 460 | 866,962.00 |
| Gao, Mary N. | (SA) | 596.00 | 460 | 274,160.00 |
| Greenberg, Brett B. | (SA) | 1,642.20 | 440 | 722,568.00 |
| Hierholzer, Jesse J. | (SA) | 8.00 | 460 | 3,680.00 |
| Hinton, David B. | (SA) | 31.90 | 475 | 15,152.50 |
| Montalvo, Sabrina | (SA) | 645.20 | 475 | 306,470.00 |
| Petix, Andrew T. | (SA) | 267.10 | 450 | 120,195.00 |
| Ronan, Charles R. | (SA) | 1,645.30 | 450 | 740,385.00 |
| Sarpy, Steven C. | (SA) | 292.40 | 450 | 131,580.00 |
| Selden, Jill B. | (SA) | 505.00 | 475 | 239,875.00 |
| Sonney, Megan M. | (SA) | 769.30 | 450 | 346,185.00 |
| Sousa, Elena | (SA) | 893.00 | 450 | 401,850.00 |
| Williams, Tavish M. | (SA) | 341.90 | 450 | 153,855.00 |
| Forensic Accountant | | 6.50 | 775 | 5,037.50 |
| Economic Analysts | | 108.35 | 315-470 | 44,052.50 |
| Research Analysts | | 49.20 | 325 | 15,990.00 |

| NAME | | HOURS | RATE | LODESTAR |
|---|---|---|---|---|
| Investigator | | 12.50 | 350 | 4,375.00 |
| Litigation Support | | 123.80 | 245-415 | 39,167.00 |
| Law Clerks | | 33.00 | 175-185 | 5,935.00 |
| Summer Associate | | 14.10 | 170 | 2,397.00 |
| Paralegals | | 662.65 | 350-410 | 268,292.50 |
| Document Clerks | | 50.30 | 160 | 8,048.00 |
| Shareholder Relations | | 46.80 | 110-150 | 5,148.00 |
| *TOTAL* | | *23,026.30* | | *$ 14,514,240.00* |

(P) Partner
(A) Associate
(OC) Of Counsel
(SA) Staff Attorney

# EXHIBIT B

**Exhibit B**

*In re Alphabet, Inc. Securities Litigation* , Case No. 3:18-cv-06245-TLT

**Firm Name: Robbins Geller Rudman & Dowd LLP**

Reporting Period: Inception through June 24, 2024

Categories:

| | | |
|---|---|---|
| (1) Factual Investigation | (8) Class Certification & Notice | (15) Mediation, Settlement Negotiations, Documentation, Preliminary/Final Approval of Settlement and POA |
| (2) Legal Research | (9) Discovery | (16) Trial Preparation |
| (3) Financial Research | (10) Discovery Motion Practice | (17) Appeal |
| (4) Litigation Strategy & Analysis | (11) Document Review | (18) Court Appearance & Preparation |
| (5) Draft Initial or Amended Complaint | (12) Other Pleadings, Briefs and Pretrial Motions | (19) Client/Shareholder Communication |
| (6) Lead Plaintiff Motion | (13) Fact Depositions | (20) Case/File Organization, Litigation File Support Tasks |
| (7) Motion to Dismiss | (14) Experts, Consultants & Investigators | |

| Name | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | Current Hours | Rate | Current Lodestar |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Albert, Michael | (P) | 17.70 | 16.40 | | 98.10 | 58.00 | 22.20 | 42.80 | 337.10 | 185.70 | 34.80 | 49.10 | 38.00 | 47.30 | 47.80 | 24.00 | | 3.20 | 19.90 | 3.30 | | 1,045.40 | 785 | $ 820,639.00 |
| Bays, Lea M. | (P) | | | | | | | | 68.60 | | 0.30 | | | | | | | | | | | 68.90 | 915 | 63,043.50 |
| Daley, Joseph D. | (P) | | | | | | | | | | | | | | | | | 26.20 | | | | 26.20 | 1050 | 27,510.00 |
| Forge, Jason A. | (P) | 5.50 | 4.50 | | 17.50 | 135.00 | | 50.50 | 372.00 | 124.50 | 248.50 | 2.00 | 101.00 | 49.00 | | 151.00 | 21.50 | 255.00 | 34.50 | | | 1,572.00 | 1200 | 1,886,400.00 |
| Gusikoff Stewart, Ellen A. | (P) | | | | | | | | | | | | | | | 105.20 | | | | | | 105.20 | 1200 | 126,240.00 |
| Janoski Gray, J. Marco | (P) | 35.30 | 30.90 | | 83.40 | 13.60 | | 77.70 | 61.30 | 355.20 | 51.20 | 18.30 | 37.40 | 5.70 | | 15.30 | | 26.50 | | 0.30 | | 812.10 | 760 | 617,196.00 |
| Liu, Ting H. | (P) | 14.00 | 7.20 | | 12.80 | 31.70 | | 35.40 | 62.80 | 324.20 | 11.70 | 42.00 | 29.80 | 5.90 | | 8.80 | | 22.90 | | 0.10 | | 609.30 | 760 | 463,068.00 |
| Myers, Danielle S. | (P) | | | | 0.70 | | 7.40 | | | | | | | | | | | | | 3.90 | | 12.00 | 1075 | 12,900.00 |
| Robbins, Darren J. | (P) | 0.20 | | | 9.30 | 1.50 | 3.60 | | 2.00 | | | | | | 0.30 | 28.30 | | | | 7.60 | | 52.80 | 1400 | 73,920.00 |
| Williams, Shawn A. | (P) | | | | 0.30 | | | | | | | | | | | 10.50 | | | | | | 10.80 | 1200 | 12,960.00 |
| Abel, Lawrence A. | (A) | 23.90 | 151.90 | | 8.40 | | | | 22.50 | 8.00 | | 1,566.40 | | 126.80 | | | | | | | | 1,907.90 | 700 | 1,335,530.00 |
| Brane, Austin P. | (A) | 27.20 | | | 3.90 | 4.50 | | | | | | | | | | | | | | | | 35.60 | 550 | 19,580.00 |
| Dolitsky, Kenneth P. | (A) | 5.90 | 8.10 | | 12.60 | | | | 35.60 | 105.00 | 9.00 | 58.10 | 0.40 | 1.70 | 2.10 | 64.90 | | | 0.80 | | | 304.20 | 400 | 121,680.00 |
| Fallon, Sarah A. | (A) | 4.90 | 120.20 | 5.00 | 21.00 | | | | 168.40 | 331.60 | 7.60 | 72.80 | 11.70 | 19.60 | 4.00 | 65.30 | | | 1.20 | | | 833.30 | 400 | 333,320.00 |
| Lakosil, Natalie F. | (A) | | 0.50 | | 0.40 | | | | | 3.60 | | | | | | 0.90 | | | | 0.40 | | 10.30 | 450 | 4,635.00 |
| Oetting, Justin G. | (A) | | 37.50 | | | | | | | | | | | | | | | | | | | 37.50 | 375 | 14,062.50 |
| Robertson, Jessica E. | (A) | | 14.90 | | | | | | | | | | | | | | | | | | | 14.90 | 375 | 5,587.50 |
| Andracchio, Laura M. | (OC) | 5.20 | | | 40.80 | | | | 94.10 | 548.70 | 8.80 | 38.80 | | 191.90 | 1.00 | 6.50 | | | 0.70 | 0.20 | 1.50 | 938.20 | 1130 | 1,060,166.00 |
| Bowens, M. Lamontt | (OC) | 78.50 | | | 17.50 | | | | | | | 460.00 | | | | | | | | | | 556.00 | 480 | 266,880.00 |
| Prado, Svenna | (OC) | 6.70 | | | 3.00 | | | | | | | 1,823.50 | | 233.30 | | | | | | | | 2,066.50 | 915 | 1,890,847.50 |
| Walton, David C. | (OC) | 3.20 | | | | 0.60 | | | | | | | | | | | | | | 0.40 | | 4.20 | 1135 | 4,767.00 |
| Cho, Grace | (SA) | 38.90 | 35.50 | | | | | | 9.00 | 102.60 | | 1,070.20 | | 111.60 | 6.00 | | | | | | | 1,373.80 | 460 | 631,948.00 |
| Fiore, Andrea G. | (SA) | 0.60 | 159.30 | | 2.50 | | | | 32.00 | | | 1,549.80 | | 132.50 | 8.00 | | | | | | | 1,884.70 | 460 | 866,962.00 |
| Gao, Mary N. | (SA) | | | | | | | | | | | 596.00 | | | | | | | | | | 596.00 | 460 | 274,160.00 |
| Greenberg, Brett B. | (SA) | 63.30 | 27.30 | | 3.20 | | | | 45.40 | 19.40 | 0.50 | 1,283.90 | | 199.20 | | | | | | | | 1,642.20 | 440 | 722,568.00 |
| Hierholzer, Jesse J. | (SA) | | | | | | | | | 0.50 | | 7.50 | | | | | | | | | | 8.00 | 460 | 3,680.00 |
| Hinton, David B. | (SA) | | | | | | | | | | | 31.90 | | | | | | | | | | 31.90 | 475 | 15,152.50 |
| Montalvo, Sabrina | (SA) | | | | | | | | | | | 645.20 | | | | | | | | | | 645.20 | 475 | 306,470.00 |
| Petix, Andrew T. | (SA) | 0.50 | 16.30 | | | | | | | 79.30 | | 171.00 | | | | | | | | | | 267.10 | 450 | 120,195.00 |
| Ronan, Charles R. | (SA) | 24.00 | 39.90 | | 5.30 | | | | 8.30 | 35.90 | | 1,512.90 | 4.20 | 8.00 | | 5.80 | | | 1.00 | | | 1,645.30 | 450 | 740,385.00 |
| Sarpy, Steven C. | (SA) | | | | 2.50 | | | | | 3.80 | | 286.10 | | | | | | | | | | 292.40 | 450 | 131,580.00 |
| Selden, Jill B. | (SA) | | | | | | | | | | | 505.00 | | | | | | | | | | 505.00 | 475 | 239,875.00 |
| Sonney, Megan M. | (SA) | 55.70 | 273.00 | | 25.40 | | | | | 63.50 | 2.00 | 349.70 | | | | | | | | | | 769.30 | 450 | 346,185.00 |
| Sousa, Elena | (SA) | | | | | | | | | | | 893.00 | | | | | | | | | | 893.00 | 450 | 401,850.00 |
| Williams, Tavish M. | (SA) | | | | | | | | | | | 341.90 | | | | | | | | | | 341.90 | 450 | 153,855.00 |
| Forensic Accountant | | | | | | | | | | 6.50 | | | | | | | | | | | | 6.50 | 775 | 5,037.50 |
| Economic Analysts | | | 1.30 | 104.15 | | | | | 0.80 | | | | | | | 2.10 | | | | | | 108.35 | 315-470 | 44,052.50 |

1

Categories:

(1) Factual Investigation
(2) Legal Research
(3) Financial Research
(4) Litigation Strategy & Analysis
(5) Draft Initial or Amended Complaint
(6) Lead Plaintiff Motion
(7) Motion to Dismiss

(8) Class Certification & Notice
(9) Discovery
(10) Discovery Motion Practice
(11) Document Review
(12) Other Pleadings, Briefs and Pretrial Motions
(13) Fact Depositions
(14) Experts, Consultants & Investigators

(15) Mediation, Settlement Negotiations, Documentation, Preliminary/Final Approval of Settlement and POA
(16) Trial Preparation
(17) Appeal
(18) Court Appearance & Preparation
(19) Client/Shareholder Communication
(20) Case/File Organization, Litigation File Support Tasks

| Name | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | Current Hours | Rate | Current Lodestar |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Research Analysts | | 44.70 | | 4.50 | | | | | | | | | | | | | | | | | | 49.20 | 325 | 15,990.00 |
| Investigator | | 12.50 | | | | | | | | | | | | | | | | | | | | 12.50 | 350 | 4,375.00 |
| Litigation Support | | | | | | | | | | 23.40 | 3.50 | 96.90 | | | | | | | | | | 123.80 | 245-415 | 39,167.00 |
| Law Clerks | | 17.00 | 16.00 | | | | | | | | | | | | | | | | | | | 33.00 | 175-185 | 5,935.00 |
| Summer Associate | | 3.40 | 10.70 | | | | | | | | | | | | | | | | | | | 14.10 | 170 | 2,397.00 |
| Paralegals | | 6.70 | 1.40 | | 1.00 | 26.20 | 10.05 | 15.30 | 171.40 | 109.30 | 58.10 | 1.50 | 66.30 | 5.50 | | 57.50 | | 66.90 | 3.50 | 6.90 | 55.10 | 662.65 | 350-410 | 268,292.50 |
| Document Clerks | | | | | | | | | | 2.40 | | 39.10 | | 8.80 | | | | | | | | 50.30 | 160 | 8,048.00 |
| Shareholder Relations | | | | | | | | | | | | | | | | | | | | 46.80 | | 46.80 | 110 | 5,148.00 |
| *TOTAL:* | | 495.50 | 972.80 | 113.65 | 369.60 | 271.10 | 43.25 | 221.70 | 1,422.70 | 2,501.70 | 436.00 | 13,512.60 | 288.80 | 1,151.30 | 69.20 | 546.10 | 21.50 | 400.70 | 61.60 | 69.90 | 56.60 | 23,026.30 | | $ 14,514,240.00 |

(P) Partner
(A) Associate
(OC)  Of Counsel
(SA) Staff Attorney

2

# EXHIBIT C