**THE ROSEN LAW FIRM, P.A.**
Laurence M. Rosen (SBN 219683)
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

*Co-Lead Counsel for Plaintiffs and the Class*

*[Additional Counsel on Signature Page]*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| RON BERGMAN, Individually and on Behalf of All Others Similarly Situated, | Case No.:  3:23-cv-01742-RFL |
| Plaintiff, | CLASS ACTION |
| v. | |
| CARIBOU BIOSCIENCES, INC., RACHEL E. HAURWITZ, JASON V. O'BYRNE, RYAN FISCHESSER, SCOTT BRAUNSTEIN, ANDREW GUGGENHIME, JEFFREY LONG-MCGIE, NATALIE R. SACKS, BOFA SECURITIES INC., CITIGROUP GLOBAL MARKETS, INC., and SVB SECURITIES LLC, | **DECLARATION OF SARA FUKS IN SUPPORT OF MOTION FOR DISTRIBUTION OF CLASS ACTION SETTLEMENT FUNDS** |
| Defendants. | Hearing Date: September 30, 2025<br>Time: 10:00 a.m.<br>Location: Courtroom 15, 18th Floor<br>Judge: Rita F. Lin |

DECLARATION OF SARA FUKS IN SUPPORT OF MOTION FOR DISTRIBUTION OF CLASS ACTION SETTLEMENT FUNDS; Case No. 3:23-cv-01742-RFL

I, Sara Fuks, hereby declare and state as follows:

1.    I, Sara Fuks, am an attorney duly licensed to practice in the State of New York and admitted *pro hac vice* in the above-captioned action. I am a partner at The Rosen Law Firm, P.A., Court-appointed Co-Lead Counsel for Lead Plaintiff Ron Bergman and counsel for named Plaintiff Carl Cooper (collectively, "Plaintiffs") and the Settlement Class in the above-captioned action. I have personal knowledge of the facts set forth herein and if called upon to testify, I could and would do so truthfully and accurately.

2.    I submit this declaration in support of Plaintiffs' Motion for Distribution of Class Action Settlement Funds.

3.    Attached hereto are true and correct copies of the following documents:

Exhibit 1:    Declaration of Sarah Evans Concerning the Results of the Claims Administration Process.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on July 17, 2025.

*/s/ Sara Fuks*

DECLARATION OF SARA FUKS IN SUPPORT OF MOTION FOR DISTRIBUTION OF CLASS ACTION SETTLEMENT FUNDS; Case No. 3:23-cv-01742-RFL

1

**CERTIFICATE OF SERVICE**

I, Laurence M. Rosen, hereby declare under penalty of perjury as follows:

I am the managing attorney of The Rosen Law Firm, P.A., with offices at 355 S. Grand Avenue, Suite 2450 Los Angeles, CA 90071. I am over the age of eighteen.

On July 17, 2025, I electronically filed the foregoing DECLARATION OF SARA FUKS IN SUPPORT OF MOTION FOR DISTRIBUTION OF CLASS ACTION SETTLEMENT FUNDS with the Clerk of the Court using the CM/ECF system which sent notification of such filing to counsel of record.

Executed on July 17, 2025.

                                                                    _/s/ Laurence M. Rosen_

DECLARATION OF SARA FUKS IN SUPPORT OF MOTION FOR DISTRIBUTION OF CLASS ACTION SETTLEMENT FUNDS; Case No. 3:23-cv-01742-RFL

2